| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Vahe Khojayan SBN261996**<br>**KG LAW, APC**<br>**1010 N. Central Ave, Ste 450**<br>**Glendale, CA 91202**<br>**818-245-1340 Fax: 818-245-1341**<br>**vahe@kglawapc.com**<br><br>☐ *Debtor's appearing without attorney*<br>☒ *Attorney for: Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**Anahit Harutyunyan**<br><br><br><br><br>                                                                                               Debtor(s). | CASE NUMBER: **2:20-bk-15381-SK**<br><br>CHAPTER: **13**<br><br>**DEBTOR'S NOTICE OF MOTION AND MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE**<br>**[11 U.S.C. § 506(d)]**<br><br>DATE:  **October 8, 2020**<br>TIME:  **8:30AM**<br>COURTROOM: 1575<br>ADDRESS:  **255 E. Temple Street, Los Angeles, CA 90012** |
|---|---|

**TO CREDITOR HOLDING JUNIOR LIEN** (*name*):    **Masis Karapetyan, Naira Khachatryan**

1. **NOTICE IS HEREBY GIVEN** that on the above date, time and place in the indicated above, Debtor in the above-captioned case will move this court for an order granting the relief set forth in the motion and accompanying supporting documents served and filed herewith.

2. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one. *(If you do not have an attorney, you may wish to consult one.)*

3. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than 14 days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

4. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies under penalty of perjury under the laws of the United States of America that the above-stated hearing date and time were available for this type of Motion according to the self-calendaring procedures of the assigned judge, (*specify name of judge*) Judge Sandra Klein.

---

*"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
*"FRBP" refers to the Federal Rules of Bankruptcy Procedure. "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2017                                             Page 1                                             **F 4003-2.4.JR.LIEN.MOTION**

Executed on (*date*): **August 28, 2020**

**KG LAW, APC**
Printed name of law firm (if applicable)

**Vahe Khojayan SBN261996**
Printed name of Debtor or Attorney for Debtor

**/s/ Vahe Khojayan**
Signature of Debtor or Attorney for Debtor

Case 2:20-bk-15381-SK    Doc 29    Filed 08/28/20    Entered 08/28/20 12:06:11    Desc
Main Document    Page 2 of 12

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2017                                                    Page 2                               **F 4003-2.4.JR.LIEN.MOTION**

**MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]**
**(DEBTOR:     Anahit Harutyunyan     )**

**NAME OF CREDITOR HOLDING JUNIOR LIEN (Respondent):     Masis Karapetyan, Naira Khachatryan**

**1. Subject Property**: Debtor moves to avoid the junior deed of trust, mortgage or other encumbrance (Lien) encumbering the following real property (Property), which is the principal residence of debtor.

Street address: __10366 Ormond Street,__
Unit number: ____
City, county, state, zip code: __Los Angeles (Sunland Area), CA  91040__

Legal description and /or map/book/page number, including county of recording:
**LOT 26 OF TRACT NO. 22714, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 649 PAGE(S) 93 TO 95 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.**

**ASSESSOR'S PARCEL NUMBER: 2544-039-011**

☐ See attached page for legal description of Property or document recording number.

**2. Subject Lien**

Date and place of recordation of lien recording instrument number and document recording number (specify)
**October 16, 2018,  Los Angeles County Recorder, Instrument no. 20181051233**

**3. Case History:**

a. A voluntary petition under Chapter ☐ 7 ☐ 11 ☐ 12 ☒ 13 of the Bankruptcy Code, 11 U.S.C. was filed in this case on (*specify petition date*): __06/15/2020__

b. ☐ An Order of Conversion to Chapter 13 was entered in this case on (*specify date*): ____

**4. Grounds for Avoidance of Junior Lien:**

a. As of (*date of title review*) __06/15/2020__, the Property is subject to the following liens in the amounts specified securing the debt against the Property that the Debtor seeks to have treated as indicated:

(1) (*Name of holder of 1st lien*) __Fifth Third Bank, N.A.__ in the amount of $ __647,465.05__.

(2) (*Name of holder of 2nd lien*) __Grachuy Arutyunyan, Trustee of the Arutyunyan Living Trust__ in the amount of $ __104,377.50__ ☒ is ☐ is not to be avoided;

(3) (*Name of holder of 3rd lien*) __Masis Karapetyan, Naira Khachatryan__ in the amount of $ __30,000__ ☒ is ☐ is not to be avoided;

☐ See attached page for additional lien(s).

As of (*date of valuation/appraisal*) __06/15/2020__, Property is worth no more than (*value per valuation/appraisal*) $ __410,000.00__.

b. As shown here, the Creditor holding the judicial lien encumbering the Property is wholly unsecured.

c. **Evidence in Support of Motion:**

(1) ☒ The amount of the lien identified in paragraph 3(a)(1) is based on (*type of evidence*) __Proof of Claim filed by First Third Bank, N.A.__, attached hereto and identified as Exhibit __A__.

(2) ☒ The amount of the lien identified in paragraph 3(a)(2) is based on (*type of evidence*) __Proof of Claim Filed by  Grachuy Arutyunyan, Trustee of the Arutyunyan Living Trust__, attached hereto and identified as Exhibit __B__.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2017                                Page 3                           **F 4003-2.4.JR.LIEN.MOTION**

(3) ☒ The amount of the lien identified in paragraph 3(a)(3) is based on (*type of evidence*) **Proof of Claim filed by Secured Creditor Masis Karapetyan and Naira Khachatryan**, attached hereto and identified as Exhibit **C**.

(4) ☒ The relative priority of the liens encumbering the Property is established by evidence attached as Exhibit **D**.

(5) ☐ The value of the Property from paragraph 3(b) is based on (*type of evidence*) **Appraisal by a certified Appraiser**, attached as Exhibit **E**.

(6) ☒ Debtor submits the attached Declaration(s). **Declaration of Anahit Harutyunyan, Declaration of Mike Ford, Declaration of Dylan Peterson.**

(7) ☒ Other evidence (*specify/identify supplemental evidence*): **Construction estimate, proposal and contract by Omega Structural, Inc.** attached as Exhibit **F**; **Cancellation of Contract, Release of Deposit and Cancellation of Escrow dated March 14, 2020**, attached as Exhibit **G**; **Cancellation of Contract, Release of Deposit and Cancellation of Escrow dated May 19, 2020** attached hereto as Exhibit **H**.

WHEREFORE, Debtor requests that this court issue an order granting this motion in the form of the **Attachment** to this motion. *(Attach a separate Attachment for each lien to be avoided.)*

Date: **August 28, 2020**                          Respectfully submitted,

**/s/ Vahe Khojayan**
Signature of Debtor or Attorney for Debtor

**Vahe Khojayan**
Printed name of Debtor or Attorney for Debtor

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2017                                    Page 4                          **F 4003-2.4.JR.LIEN.MOTION**

**ATTACHMENT TO MOTION/ORDER**
**(11 U.S.C. § 506: VALUATION/LIEN AVOIDANCE)**

This court makes the following findings of fact and conclusions of law:

1. **Creditor Lienholder/Servicer:** Masis Karapetyan, Naira Khachatryan    .

2. **Subject Lien:** Date and place or recordation of lien (*specify*):
   October 16, 2018, Los Angeles County Recorder, Instrument no. 20181051233

   Recorder's instrument number and/or document recording number: **Instrument no. 20181051233**

3. **Collateral:**
   a. Real property (street address, city, county and state, where located, legal description or map/book/page number, including county of recording):
   **10366 ORMOND STREET, LOS ANGELES (SUNLAND AREA), CA 91040**    . ☐ See attached page.

   **LOT 26 OF TRACT NO. 22714, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 649 PAGE(S) 93 TO 95 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.**

   **ASSESSOR'S PARCEL NUMBER: 2544-039-011**

   b. Other collateral: **none**    . ☐ See attached page.

4. **Secured Claim Amount**
   a. Value of Collateral: ............................................................................ $ **410,000.00**
   b. Senior Liens (reducing equity in the property to which the Subject Lien can attach):
      (1) First lien: ................................................... ($ **647,465.05**    )
      (2) Second lien: .............................................. ($ **104,377.50**    )
      (3) Third lien: ................................................. ($ **30,000.00**    )
      (4) Additional senior liens (*attach list*): ............................ ($    )
      Subtotal: ............................................................................. ($ **781,842.10**    )
   c. Secured Claim Amount (negative results should be listed as -$0-): ............. $ **0.00**
   Unless otherwise ordered, any allowed claim in excess of this Secured Claim Amount is to be treated as a nonpriority unsecured claim and is to be paid pro rata with all other nonpriority unsecured claims in Class 5A of the Plan.

5. **Lien avoidance:** Debtor's request to avoid the Subject Lien is granted as follows. The effective date of avoidance of the Subject Lien (Lien Avoidance Effective Date) will be upon:
   ☒ completion of the Chapter 13 Plan, or ☒ receipt of a Chapter 13 discharge in this case.

6. **Retention of lien until avoidance:** The Creditor Lienholder will retain the Subject Lien for the full amount due under the corresponding note and deed of trust, mortgage or lien if the Debtor's Chapter 13 case is dismissed or converted to any other chapter under the Bankruptcy Code, or if the Collateral is sold or refinanced, prior to the Lien Avoidance Effective Date.

7. **Retention of rights upon foreclosure of other lien:** In the event that the holder of any other lien on the Collateral forecloses on its interest and extinguishes the Creditor Lienholder/Servicer's lien rights prior to the Lien Avoidance Effective Date, the Creditor Lienholder's lien shall attach to any proceeds greater than necessary to pay the senior lien(s) from the foreclosure sale.

☐ See attached page(s) for more liens/provisions.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2017                                         Page 5                                         **F 4003-2.4.JR.LIEN.MOTION**

**DECLARATION OF ANAHIT HARUTYUNYAN**

I, ANAHIT HARUTYUNYAN, do hereby declare that all of the following is true and correct to the best of my personal knowledge and if called upon as a witness I could and would competently testify to the truthfulness of all of the below statements.

1. I am a person over the age of eighteen and the debtor in this case.

2. I am the owner of the real property located at 10366 Ormond Street, Los Angeles, CA 91040 (hereinafter the "Real Property").

3. The property is encumbered by the following liens:

    a. First deed of trust in favor of Fifth Third Bank, N.A. in the mount of $647,465.05. Attached hereto as Exhibit A is a true and correct copy of the proof of service filed by that creditor in this case.

    b. Second Deed of Trust in favor of Grachuy Arutyunyan, Trustee of the Arutyunyan Living Trust, in the amount of $104,377.50. Attached hereto as Exhibit B is a true and correct copy of the proof of claim filed by that creditor in this case.

    c. Third deed of trust in favor of Masis Karapetyan, Naira Khachatryan in the amount of $30,000. Attached hereto as Exhibit C is a true and correct copy of the deed of trust in favor of that creditor.

4. Attached hereto as Exhibit D is a title report that established the relative priority of the liens mentioned in Exhibits A, B and C.

5. The Real property has significant structural defects that require remediation. These defects and their significance came to our attention when we first attempted to sell the Real Property.

6. Initially we listed the Real Property for sale in December of 2019 for $899,000. We received an offer and accepted it. However, during the inspection period, the significant structural defects were discovered by the Seller and the sale was cancelled by mutual agreement in March 2020. Attached hereto as Exhibit G is a true and correct copy of that cancellation.

7. Subsequently, we relisted the real Property for sale at a reduced price of $799,000 after the initial sale fell through. Again we received and accepted an offer to buy the Real Property. Again, after the inspection was completed, the Buyer, having discovering and analyzed the structural defects, cancelled the sale. Attached hereto as Exhibit H is a true and correct copy of that cancellation.

8. We have obtained an estimate from a licensed contractor and structural engineering company Omega Structural, Inc. that estimated the cost of remedying the structural problems would be around $260,500.00.

9. Based on that a certified appraiser appraised the Real Property at $410,000.00.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 08/28/2020 at Glendale, California.

_____
ANAHIT HARUTYUNYAN

## DECLARATION OF MICHAEL F. FORD

I, MICHAEL F. FORD, do hereby declare that all of the following is true and correct to the best of my personal knowledge and if called upon as a witness I could and would competently testify to the truthfulness of all of the below statements.

1. I am a certified real estate appraiser (Certificate # AG002512) for a company Michael F. Ford Appraisals.

2. On or about 07/07/2020, I visited the real property located at 10366 Ormond Street, Los Angeles, CA 91040 (hereinafter the "Real Property").

3. I completed full interior and exterior inspection of the Real Property at the time of the visit.

4. Additionally, I reviewed the property for any structural defects and reviewed the Foundation Report & Contract prepared by Omega Structural, Inc. (Attached hereto as Exhibit F)

5. On August 24, 2020 I completed my evaluation of the Real Property. Pursuant to my evaluation the Real Property in its correct condition is valued at $410,000 as of June 15, 2020. Attached hereto as Exhibit E is a true and correct copy of my evaluation of the Real Property.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 08/24/2020 at Glendale, California.

*/s/ Michael F. Ford*
MICHAEL F. FORD

- 1 -

## DECLARATION OF DYLAN PETERSON

I, DYLAN PETERSON, do hereby declare that all of the following is true and correct to the best of my personal knowledge and if called upon as a witness I could and would competently testify to the truthfulness of all of the below statements.

1. I am employed by Omega Structural, Inc. licensed structural engineering (License No. 84559) and general contractor (License No. 998075) company.

2. On 07/31/2020, I visited the real property located at 10366 Ormond Street, Los Angeles, CA 91040 (hereinafter the "Real Property").

3. I reviewed the structural and foundation defects present at the Real Property, and provided an assessment and a report concerning the nature of the structural defects and the amount required to remedy the defects.

4. Pursuant to my evaluation there are significant structural defects present at the Real Property impacting the habitability of the proper.   Attached hereto as Exhibit F is a true and correct copy of my report and proposal.

5. In my opinion, remedying structural defects at the Real Property would cost $260,500.00.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 08/24/2020 at Glendale, California.

*Dylan Peterson*
_____
DYLAN PETERSON

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**1010 N. Central Ave, Ste 450**
**Glendale, CA 91202**

A true and correct copy of the foregoing document entitled (*specify*):     **Debtor's Motion to Avoid Junior Lien on Principal Residence**     will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **08/28/2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
**Joseph C Delmotte on behalf of Creditor Fifth Third Bank, National Association**
ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
**Joseph C Delmotte on behalf of Interested Party Courtesy NEF**
ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
**Kathy A Dockery (TR)**
EFiling@LATrustee.com
**Sevan Gorginian on behalf of Creditor Grachuy Arutyunyan**
sevan@gorginianlaw.com, 2486@notices.nextchapterbk.com
**Vahe Khojayan on behalf of Debtor Anahit Harutyunyan**
vahe@kglawapc.com
**United States Trustee (LA)**
ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On (*date*) **08/28/2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 28, 2020 | Menua Yesayan | /s/ Menua Yesayan |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2017                                      Page 6                            **F 4003-2.4.JR.LIEN.MOTION**

**SERVED BY UNITED STATES MAIL, CERTIFIED MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
*(Attached page to Proof of Service of Document-please include any additional or alternative addresses and attach additional pages if needed)*
*(Certified Mail required for service on a national bank.)*

| Lienholder | Address from | Delivery Method |
|---|---|---|
| 1st lienholder *(name and address)*<br>**Fifth Third Bank, N.A.**<br>**38 Fountain Square Plaza**<br>**Cincinnati, OH 45263**<br>**Attn: Greg D. Carmichael, CEO** | ☐ Proof of Claim  ☐ Secretary of State<br>☒ FDIC website  ☐ Other: *(specify)*: | ☐ US Mail<br>☒ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name:____ |
| 1st lienholder *(name)* and Agent for Service of Process *(name and address)*<br>**Fifth Third Bank, N.A.**<br>**c/o Corporation Service Company**<br>**2710 Gateway oaks Drive, Suite 150N**<br>**Sacramento, CA 95833** | ☐ Proof of Claim  ☒ Secretary of State<br>☐ FDIC website  ☐ Other: *(specify)*: | ☒ US Mail<br>☐ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name:____ |
| 1st lienholder *(name)* and Servicing Agent *(name and address)*<br>**Fifth Third Bank, N.A.**<br>**5001 Kingsley Drive, 1MOBBW**<br>**Cincinnati, OH 45772** | ☒ Proof of Claim  ☐ Secretary of State<br>☐ FDIC website  ☐ Other: *(specify)*: | ☒ US Mail<br>☐ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name:____ |
| 2nd lienholder *(name and address)*<br>**Grachuy Arutyunyan, Trustee of the Arutyunyan Living Trust**<br>**1041 E. Harvard Blvd.**<br>**Burbank, CA 91501** | ☒ Proof of Claim  ☐ Secretary of State<br>☐ FDIC website  ☐ Other: *(specify)*: | ☒ US Mail<br>☐ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name:____ |
| 2nd lienholder *(name)* and Agent for Service of Process *(name and address)* | ☐ Proof of Claim  ☐ Secretary of State<br>☐ FDIC website  ☐ Other: *(specify)*: | ☐ US Mail<br>☐ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name:____ |
| 2nd lienholder *(name)* and Servicing Agent *(name and address)* | ☐ Proof of Claim  ☐ Secretary of State<br>☐ FDIC website  ☐ Other: *(specify)*: | ☐ US Mail<br>☐ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name:____ |
| 3rd lienholder (name and address)<br>**Masis Karapetyan, Naira Khachatryan**<br>**1006 E. Angeleno Ave.,**<br>**Burbank, CA 91501** | ☒ Proof of Claim  ☐ Secretary of State<br>☐ FDIC website  ☐ Other: *(specify)*: | ☒ US Mail<br>☐ Certified Mail - Tracking#____<br>☐ Overnight Mail - |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2017                                      Page 7                    **F 4003-2.4.JR.LIEN.MOTION**

| | | |
|---|---|---|
| | | Tracking# _____<br>Carrier Name: _____ |
| 3rd lienholder (name) and Agent for Service of Process (name and address) | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: (*specify*): | Delivery Method<br>☐ US Mail<br>☐ Certified Mail - Tracking# _____<br>☐ Overnight Mail - Tracking# _____<br>Carrier Name: _____ |
| 3rd lienholder (name) and Servicing Agent (name and address) | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: (*specify*): | Delivery Method<br>☐ US Mail<br>☐ Certified Mail - Tracking# _____<br>☐ Overnight Mail - Tracking# _____<br>Carrier Name: _____ |

| | | |
|---|---|---|
| Alternative/Additional Address<br>*(name and address)* | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: (*specify*): | Delivery Method<br>☐ US Mail<br>☐ Certified Mail - Tracking# _____<br>☐ Overnight Mail - Tracking# _____<br>Carrier Name: _____ |
| Alternative/Additional Address<br>*(name and address)* | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: (*specify*): | Delivery Method<br>☐ US Mail<br>☐ Certified Mail - Tracking# _____<br>☐ Overnight Mail - Tracking# _____<br>Carrier Name: _____ |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2017                                                                 Page 8                                          **F 4003-2.4.JR.LIEN.MOTION**