# EXHIBIT A

# EXHIBIT A

Case 2:20-bk-15381-SK    Claim 27-1    Filed 08/28/20    Desc Main Document    Page 1 of 6
Case 2:20-bk-15381-SK    Doc 29    Filed 08/28/20    Entered 08/28/20 12:06    Page 1 of 6
Exhibit A    Page 3 of 6

**Fill in this information to identify the case**

Debtor 1  Anahit Harutyunyan

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: CENTRAL District of CALIFORNIA
(State)

Case number  20-15381

# Official Form 410
# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Fifth Third Bank, National Association
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Fifth Third
Name

5001 Kingsley Drive 1MOBBW
Number        Street

Cincinnati Ohio  45227
City            State        ZIP Code

Contact phone  800-375-1745

Contact Email: bankruptcydepartment@53.com

Where should payments to the creditor be sent?

Fifth Third
Name

P.O. Box 637640
Number        Street

Cincinnati Ohio  45263-7640
City            State        ZIP Code

Contact phone  800-375-1745

Contact Email: bankruptcydepartment@53.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
__ __ __ __—__ __ __ __—__ __ __ __—__ __ __ __ __ __ __ __

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims (if known) _____  Filed on ____/____/____
                                                                    MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                            **Proof of Claim**                            page 1
20-012879_JHH

| Part 2: | Give information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identity the debtor?**
☐ No
☒ Yes. Last 4 digits of the debtor's account or any number you use to identity the debtor: 1033

**7. How much is the claim?** $647,465.05

**Does this amount include interest or other charges?**
☐ No
☒ Yes.  Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A)

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

Note and Mortgage

**9. Is all or part of the claim secured?**
☐ No
☒ Yes.  The claim is secured by a lien on property.

**Nature of property:**
☒ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment (Official Form 410-A)* with this Proof of Claim.
**10366 Ormond St, Sunland, CA 91040**
☐ Motor vehicle
☐ Other. Describe:

**Basis for perfection:** Recorded Mortgage on Real Property

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $
**Amount of the claim that is secured:** $647,465.05
**Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $69,690.42

**Annual Interest Rate** (when case was filed) 5.875%
☒ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☒ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $

**11. Is this claim subject to a right of setoff?**
☒ No
☐ Yes.  Identify the property:

Official Form 410    **Proof of Claim**    page 2
20-012879_JHH

Case 2:20-bk-15381-SK    Claim 29-1    Filed 08/28/20    Desc Main Document    Page 3 of 6
Case 2:20-bk-15381-SK    Claim 27-1    Filed 08/12/20    Entered 08/28/20 12:06    Page 3 of 6
Exhibit A    Page 5 of 6

| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)<br><br>A claim may be partly priority and partly nonpriority. For example, In some categories, the law limits the amount entitled to priority | ☒ No<br><br>☐ Yes. Check all that apply: Amount entitled to priority<br><br>☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).<br><br>☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).<br><br>☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).<br><br>☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).<br><br>☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).<br><br>☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.<br><br>* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | **Amount entitled to priority**<br><br>$_____<br><br>$_____<br><br>$_____<br><br>$_____<br><br>$_____<br><br>$_____ |
|---|---|---|---|

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it.**
**FRBP 9011(b)**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
**18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  08/11/2020
                 MM / DD / YYYY

/s/ Sarah E. Barngrover
Signature

**Print the name of the person who is completing and signing this claim:**

Name      Sarah E. Barngrover
          First name    Middle name    Last name

Title     Authorized Agent for Creditor

Company   Manley Deas Kochalski LLC
          Identify the corporate servicer as the company if the authorized agent is a servicer.

Address   P.O. Box 165028
          Number        Street

          Columbus, OH  43216-5028
          City          State    ZIP Code

Contact phone  614-220-5611        Email  amps@manleydeas.com

**Mortgage Proof of Claim Attachment**     Exhibit A    Page 6 of 6      (12/15)

If you file a claim secured by a security interest in the debtor's principal residence, you must use this form as an attachment to your proof of claim. See separate instructions.

| Part 1: Mortgage and Case Information | | Part 2: Total Debt Calculation | | Part 3: Arrearage as of Date of the Petition | | Part 4: Monthly Mortgage Payment | |
|---|---|---|---|---|---|---|---|
| Case number: | 20-15381 | Principal balance: | $590,314.86 | Principal & interest due: | $52,595.10 | Principal & interest: | $3,506.34 |
| Debtor 1: | Anahit Harutyunyan | Interest due: | $44,354.49 | Prepetition fees due: | $3,217.92 | Monthly escrow: | $899.62 |
| Debtor 2: | | Fees, costs due: | $3,217.92 | Escrow deficiency for funds advanced: | $9,577.78 | Private mortgage insurance: | $0.00 |
| Last 4 digits to identify: | 1033 | Escrow deficiency for funds advanced: | $9,577.78 | Projected escrow shortage: | $4,299.62 | Total monthly payment: Effective: 07/01/2020 | $4,405.96 |
| Creditor: | *** | Less total funds on hand: | $0.00 | Less funds on hand: | $0.00 | | |
| Servicer: | Fifth Third Bank | Total debt: | $647,465.05 | Total prepetition arrearage: | $69,690.42 | | |
| Fixed accrual/daily Simple interest/other | Fixed accrual | *** Fifth Third Bank, National Association | | | | | |

**Part 5: Loan Payment History from First Date of Default**

| | Account Activity | | | | | Prin., int. & | How Funds Were Applied/Amounts Incurred | | | | | Balance After Amount Received or Incurred | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A. | B. Contractual Payment Amount | C. Funds Received | D. Amount Incurred | E. | F. Contractual Due Date | G. Esc past due balance | H. Amount to Principal | I. Amount to Interest | J. Amount to Escrow | K. Amount to fees or charges | L. Unapplied Funds | M. Principal Balance | N. Accrued interest balance | O. Escrow balance | P. Fees/Charges balance | Q. Unapplied funds balance |
| Date | | | | Description | | | | | | | | | | | | |
| | | | | Starting Balances | | | | | | | | $ 592,750.00 | $ 2,418.56 | $ - | $ - | |
| 12/1/2018 | $ 4,110.98 | | | Payment due | 12/1/2018 | $ 4,110.98 | | | | | | $ 592,750.00 | $ 2,418.56 | $ - | $ - | |
| 12/17/2018 | | | $ 175.31 | Late fee | 12/1/2018 | $ 4,110.98 | | | | $ 175.31 | | $ 592,750.00 | $ 2,418.56 | $ - | 175.31 | $ - |
| 12/31/2018 | | $ 4.11 | | | 12/1/2018 | $ 4,110.98 | | $ 4.11 | | | | $ 592,750.00 | $ 2,422.67 | $ - | 175.31 | $ - |
| 1/1/2019 | $ 4,110.98 | | | Payment due | 12/1/2018 | $ 8,221.96 | | | | | | $ 592,750.00 | $ 2,422.67 | $ - | 175.31 | $ - |
| 1/17/2019 | | | $ 175.31 | Late fee | 12/1/2018 | $ 8,221.96 | | | | $ 175.31 | | $ 592,750.00 | $ 2,422.67 | $ - | 350.62 | $ - |
| 1/21/2019 | | | $ 12.00 | Property inspection | 12/1/2018 | $ 8,221.96 | | | | $ 12.00 | | $ 592,750.00 | $ 2,422.67 | $ - | 362.62 | $ - |
| 1/25/2019 | | $ 4,110.98 | | Payment applied | 1/1/2019 | $ 4,110.98 | $ 604.33 | $ 2,902.01 | $ 604.64 | | | $ 592,145.67 | $ - | $ 3,027.31 | 362.62 | $ - |
| 1/28/2019 | | | | Reversal | 1/1/2019 | $ 4,110.98 | | | $ (3,027.31) | | | $ 592,145.67 | $ - | $ - | 362.62 | $ - |
| 1/28/2019 | | $ 3,027.31 | | Payment applied | 1/1/2019 | $ 4,110.98 | | | $ 3,027.31 | | | $ 592,145.67 | $ - | $ 3,027.31 | 362.62 | $ - |
| 1/31/2019 | | $ 4,110.98 | | Payment applied | 2/1/2019 | $ - | $ 607.29 | $ 2,899.05 | $ 604.64 | | | $ 591,538.38 | $ - | $ 3,631.95 | 362.62 | $ - |
| 2/1/2019 | $ 4,110.98 | | | Payment due | 2/1/2019 | $ 4,110.98 | | | | | | $ 591,538.38 | $ - | $ 3,631.95 | 362.62 | $ - |
| 3/1/2019 | $ 4,110.98 | | | Payment due | 2/1/2019 | $ 8,221.96 | | | | | | $ 591,538.38 | $ - | $ 3,631.95 | 362.62 | $ - |
| 3/18/2019 | | | $ 3,645.56 | Escrow disbursement | 2/1/2019 | $ 8,221.96 | | | $ (3,645.56) | | | $ 591,538.38 | $ - | $ (13.61) | 362.62 | $ - |
| 3/25/2019 | | | $ 15.00 | Property inspection | 2/1/2019 | $ 8,221.96 | | | | $ 15.00 | | $ 591,538.38 | $ - | $ (13.61) | 377.62 | $ - |
| 4/1/2019 | $ 4,110.98 | | | Payment due | 2/1/2019 | $ 12,332.94 | | | | | | $ 591,538.38 | $ - | $ (13.61) | 377.62 | $ - |
| 4/22/2019 | | | $ 15.00 | Property inspection | 2/1/2019 | $ 12,332.94 | | | | $ 15.00 | | $ 591,538.38 | $ - | $ (13.61) | 392.62 | $ - |
| 4/26/2019 | | $ 4,110.98 | | Payment applied | 3/1/2019 | $ 8,221.96 | $ 610.27 | $ 2,896.07 | $ 604.64 | | | $ 590,928.11 | $ - | $ 591.03 | 392.62 | $ - |
| 5/1/2019 | $ 4,110.98 | | | Payment due | 3/1/2019 | $ 12,332.94 | | | | | | $ 590,928.11 | $ - | $ 591.03 | 392.62 | $ - |
| 5/1/2019 | | | | Reversal | 2/1/2019 | $ 16,443.92 | $ (610.27) | $ (2,896.07) | $ (604.64) | | | $ 591,538.38 | $ - | $ (13.61) | 392.62 | $ - |
| 5/2/2019 | | $ 4,110.98 | | Payment applied | 3/1/2019 | $ 12,332.94 | $ 613.25 | $ 2,893.09 | $ 604.64 | | | $ 590,925.13 | $ - | $ 591.03 | 392.62 | $ - |
| 5/2/2019 | | $ 4,110.98 | | Payment applied | 4/1/2019 | $ 8,221.96 | $ 610.27 | $ 2,896.07 | $ 604.64 | | | $ 590,314.86 | $ - | $ 1,195.67 | 392.62 | $ - |
| 5/30/2019 | | | $ 15.00 | Property inspection | 4/1/2019 | $ 8,221.96 | | | | $ 15.00 | | $ 590,314.86 | $ - | $ 1,195.67 | 407.62 | $ - |
| 5/31/2019 | | | $ 95.00 | BPO | 4/1/2019 | $ 8,221.96 | | | | $ 95.00 | | $ 590,314.86 | $ - | $ 1,195.67 | 502.62 | $ - |
| 6/1/2019 | $ 4,110.98 | | | Payment due | 4/1/2019 | $ 12,332.94 | | | | | | $ 590,314.86 | $ - | $ 1,195.67 | 502.62 | $ - |
| 6/18/2019 | | | $ 15.00 | Property inspection | 4/1/2019 | $ 12,332.94 | | | | $ 15.00 | | $ 590,314.86 | $ - | $ 1,195.67 | 517.62 | $ - |
| 6/24/2019 | | $ 500.00 | | Unapplied credit | 4/1/2019 | $ 12,332.94 | | | | | $ 500.00 | $ 590,314.86 | $ - | $ 1,195.67 | 517.62 | $ 500.00 |
| 7/1/2019 | $ 4,110.98 | | | Payment due | 4/1/2019 | $ 16,443.92 | | | | | | $ 590,314.86 | $ - | $ 1,195.67 | 517.62 | $ 500.00 |
| 7/2/2019 | | | | Unapplied credit | 4/1/2019 | $ 16,443.92 | | | | | $ (500.00) | $ 590,314.86 | $ - | $ 1,195.67 | 517.62 | $ - |
| 7/19/2019 | | | $ 15.00 | Property inspection | 4/1/2019 | $ 16,443.92 | | | | $ 15.00 | | $ 590,314.86 | $ - | $ 1,195.67 | 532.62 | $ - |
| 8/1/2019 | $ 4,110.98 | | | Payment due | 4/1/2019 | $ 20,554.90 | | | | | | $ 590,314.86 | $ - | $ 1,195.67 | 532.62 | $ - |
| 8/19/2019 | | | $ 15.00 | Property inspection | 4/1/2019 | $ 20,554.90 | | | | $ 15.00 | | $ 590,314.86 | $ - | $ 1,195.67 | 547.62 | $ - |
| 9/1/2019 | $ 4,110.98 | | | Payment due | 4/1/2019 | $ 24,665.88 | | | | | | $ 590,314.86 | $ - | $ 1,195.67 | 547.62 | $ - |
| 9/12/2019 | | | $ 3,400.00 | Escrow disbursement | 4/1/2019 | $ 24,665.88 | | | $ (3,400.00) | | | $ 590,314.86 | $ - | $ (2,204.33) | 547.62 | $ - |
| 9/19/2019 | | | $ 15.00 | Property inspection | 4/1/2019 | $ 24,665.88 | | | | $ 15.00 | | $ 590,314.86 | $ - | $ (2,204.33) | 562.62 | $ - |

Case number  20-15381

Debtor 1  Anahit Harutyunyan

| Date | Contractual payment amount | Funds received | Amount incurred | Description | Contractual due date | Prin, int & esc past due balance | | | Fees / Charges | Unapplied funds | Principal balance | Accrued interest balance | Escrow balance | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/1/2019 | $ 4,110.98 | | | Payment due | 4/1/2019 | $ 28,776.86 | | | | | $ 590,314.86 | $ (2,204.33) | $ 562.62 | $ - |
| 10/21/2019 | | | $ 15.00 | Property inspection | 4/1/2019 | $ 28,776.86 | | | $ 15.00 | | $ 590,314.86 | $ (2,204.33) | $ 577.62 | $ - |
| 11/1/2019 | $ 4,110.98 | | | Payment due | 4/1/2019 | $ 32,887.84 | | | | | $ 590,314.86 | $ (2,204.33) | $ 577.62 | $ - |
| 11/6/2019 | | | $ 510.00 | Attorney fees | 4/1/2019 | $ 32,887.84 | | | $ 510.00 | | $ 590,314.86 | $ (2,204.33) | $ 1,087.62 | $ - |
| 11/11/2019 | | | $ 3,697.75 | Escrow disbursement | 4/1/2019 | $ 32,887.84 | $ (3,697.75) | | | | $ 590,314.86 | $ (5,902.08) | $ 1,087.62 | $ - |
| 12/1/2019 | $ 4,110.98 | | | Payment due | 4/1/2019 | $ 36,998.82 | | | | | $ 590,314.86 | $ (5,902.08) | $ 1,087.62 | $ - |
| 12/31/2019 | | $ 22.04 | | Escrow receipt | 4/1/2019 | $ 36,998.82 | $ 22.04 | | | | $ 590,314.86 | $ (5,880.04) | $ 1,087.62 | $ - |
| 1/1/2020 | $ 4,110.98 | | | Payment due | 4/1/2019 | $ 41,109.80 | | | | | $ 590,314.86 | $ (5,880.04) | $ 1,087.62 | $ - |
| 1/8/2020 | | | $ 20.00 | Recording cost | 4/1/2019 | $ 41,109.80 | | | $ 20.00 | | $ 590,314.86 | $ (5,880.04) | $ 1,107.62 | $ - |
| 1/8/2020 | | | $ 75.00 | Recording cost | 4/1/2019 | $ 41,109.80 | | | $ 75.00 | | $ 590,314.86 | $ (5,880.04) | $ 1,182.62 | $ - |
| 1/28/2020 | | | $ 75.00 | Recording cost | 4/1/2019 | $ 41,109.80 | | | $ 75.00 | | $ 590,314.86 | $ (5,880.04) | $ 1,257.62 | $ - |
| 1/28/2020 | | | $ 36.00 | Recording cost | 4/1/2019 | $ 41,109.80 | | | $ 36.00 | | $ 590,314.86 | $ (5,880.04) | $ 1,293.62 | $ - |
| 2/1/2020 | $ 4,110.98 | | | Payment due | 4/1/2019 | $ 45,220.78 | | | | | $ 590,314.86 | $ (5,880.04) | $ 1,293.62 | $ - |
| 2/20/2020 | | | $ 595.00 | Attorney fees | 4/1/2019 | $ 45,220.78 | | | $ 595.00 | | $ 590,314.86 | $ (5,880.04) | $ 1,888.62 | $ - |
| 2/20/2020 | | | $ 215.00 | Title search | 4/1/2019 | $ 45,220.78 | | | $ 215.00 | | $ 590,314.86 | $ (5,880.04) | $ 2,103.62 | $ - |
| 3/1/2020 | $ 4,110.98 | | | Payment due | 4/1/2019 | $ 49,331.76 | | | | | $ 590,314.86 | $ (5,880.04) | $ 2,103.62 | $ - |
| 3/23/2020 | | | $ 3,697.74 | Escrow disbursement | 4/1/2019 | $ 49,331.76 | $ (3,697.74) | | | | $ 590,314.86 | $ (9,577.78) | $ 2,103.62 | $ - |
| 4/1/2020 | $ 4,110.98 | | | Payment due | 4/1/2019 | $ 53,442.74 | | | | | $ 590,314.86 | $ (9,577.78) | $ 2,103.62 | $ - |
| 4/10/2020 | | | $ 35.10 | Statutory letter | 4/1/2019 | $ 53,442.74 | | | $ 35.10 | | $ 590,314.86 | $ (9,577.78) | $ 2,138.72 | $ - |
| 4/10/2020 | | | $ 4.20 | Statutory letter | 4/1/2019 | $ 53,442.74 | | | $ 4.20 | | $ 590,314.86 | $ (9,577.78) | $ 2,142.92 | $ - |
| 4/10/2020 | | | $ 215.00 | Attorney fees | 4/1/2019 | $ 53,442.74 | | | $ 215.00 | | $ 590,314.86 | $ (9,577.78) | $ 2,357.92 | $ - |
| 4/10/2020 | | | $ 322.50 | Attorney fees | 4/1/2019 | $ 53,442.74 | | | $ 322.50 | | $ 590,314.86 | $ (9,577.78) | $ 2,680.42 | $ - |
| 4/10/2020 | | | $ 129.00 | Attorney fees | 4/1/2019 | $ 53,442.74 | | | $ 129.00 | | $ 590,314.86 | $ (9,577.78) | $ 2,809.42 | $ - |
| 4/10/2020 | | | $ 86.00 | Attorney fees | 4/1/2019 | $ 53,442.74 | | | $ 86.00 | | $ 590,314.86 | $ (9,577.78) | $ 2,895.42 | $ - |
| 4/10/2020 | | | $ 43.00 | Attorney fees | 4/1/2019 | $ 53,442.74 | | | $ 43.00 | | $ 590,314.86 | $ (9,577.78) | $ 2,938.42 | $ - |
| 4/10/2020 | | | $ 64.50 | Attorney fees | 4/1/2019 | $ 53,442.74 | | | $ 64.50 | | $ 590,314.86 | $ (9,577.78) | $ 3,002.92 | $ - |
| 4/10/2020 | | | $ 107.50 | Attorney fees | 4/1/2019 | $ 53,442.74 | | | $ 107.50 | | $ 590,314.86 | $ (9,577.78) | $ 3,110.42 | $ - |
| 4/10/2020 | | | $ 107.50 | Attorney fees | 4/1/2019 | $ 53,442.74 | | | $ 107.50 | | $ 590,314.86 | $ (9,577.78) | $ 3,217.92 | $ - |
| 5/1/2020 | $ 4,110.98 | | | Payment due | 4/1/2019 | $ 57,553.72 | | | | | $ 590,314.86 | $ (9,577.78) | $ 3,217.92 | $ - |
| 6/1/2020 | $ 4,110.98 | | | Payment due | 4/1/2019 | $ 61,664.70 | | | | | $ 590,314.86 | $ (9,577.78) | $ 3,217.92 | $ - |
| 6/15/2020 | | | | Bankruptcy filed | 4/1/2019 | $ 61,664.70 | | | | | $ 590,314.86 | $ (9,577.78) | $ 3,217.92 | $ - |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Proof of Claim was served **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kathy Anderson Dockery, EFiling@LATrustee.com

Vahe Khojayan, Attorney for Anahit Harutyunyan, vahe@kglawapc.com

and on the below listed parties by regular U.S. mail, postage prepaid:

Anahit Harutyunyan, 10366 Ormond Ave, Sunland, CA  91040

Anahit Harutyunyan, 10366 Ormond St, Sunland, CA  91040

/s/ Sarah E. Barngrover

20-012879_JHH