# **EXHIBIT B**

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Anahit Harutyunyan |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Central District of California |
| Case number | 2:20-bk-15381-SK |

Official Form 410

# Proof of Claim    04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. **Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Grachuy Arutyunyan, Trustee of the Arutyunyan Living Trust
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

1041 E. Harvard Blvd.
Name

_____
Number     Street

Burbank        CA        91501
City           State     ZIP Code

Contact phone _____
Contact email _____

Where should payments to the creditor be sent? (if different)

_____
Name

_____
Number     Street

_____
City           State     ZIP Code

Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

**4. Does this claim amend one already filed?**

☒ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____
                                                                        MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                    **Proof of Claim**                    page 1

DocuSign Envelope ID: F0D0A9B0-C599-432C-8FCC-5CA094F06735
Case 2:20-bk-15381-SK    Claim 29-2    Filed 07/28/20    Desc Main Document    Page 2 of 6
Case 2:20-bk-15381-SK    Claim 29-2 Filed 07/28/20    Entered 03/28/20 12:06    Page 2 of 6
Exhibit B    Page 3 of 7

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**
☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**   $_____104,377.50_.   **Does this amount include interest or other charges?**
☐ No
☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

*GU*

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

Deed of Trust and Promissory Note secured by real property

**9. Is all or part of the claim secured?**
☐ No
☑ Yes.   The claim is secured by a lien on property.

**Nature of property:**
☑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property**:   $_____990,000.00_
**Amount of the claim that is secured:**   $_____104,377.50_
**Amount of the claim that is unsecured:**   $_____0.00_ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**   $_____104,377.50_

**Annual Interest Rate** (when case was filed) _12.00_ %
☑ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.**   $_____

**11. Is this claim subject to a right of setoff?**
☑ No
☐ Yes. Identify the property: _____

Official Form 410    **Proof of Claim**    page 2

DocuSign Envelope ID: F0D0A9B0-C599-432C-8FCC-5CA094F06735

Case 2:20-bk-15381-SK    Claim 24-2 Filed 07/30/20 Desc Main Document    Page 5 of 6
Case 2:20-bk-15381-SK    Doc 129-2 Filed 07/28/20 Entered 03/28/20 12:06:11    Page 3 of 6
Exhibit B    Page 4 of 7

| | | Amount entitled to priority |
|---|---|---|
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No<br>☐ Yes. *Check one:*<br>☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  07/30/2020
                  MM / DD / YYYY

Signature  *Grachuy Arutyunyan*

**Print the name of the person who is completing and signing this claim:**

Name    Grachuy Arutyunyan
        First name    Middle name    Last name

Title   _____

Company _____
        Identify the corporate servicer as the company if the authorized agent is a servicer.

Address 1041 E. Harvard Rd.
        Number       Street
        Burbank, CA                          91501
        City                    State    ZIP Code

Contact phone _____    Email _____

Official Form 410    **Proof of Claim**    page 3

Statement Per Bankruptcy Rule 3001(c)(2)(A)

The loan matured August 2019.

| | |
|---|---|
| Original loan | $85,000 |
| Unpaid interest | $11,050 (since 7/1/2019) |
| Late fees | $ 1,530 |
| Foreclosure Fees | $ 5947.50 |
| Mailing/Postage | $ 350 |
| Legal Fees | $500 |



DO NOT DESTROY THIS NOTE: When paid, this note with Deed of Trust securing same, must be surrendered to Trustee for cancellation before reconveyance will be made

Escrow No.: 01-32586-028

## NOTE SECURED BY DEED OF TRUST
INSTALLMENT NOTE - INTEREST ONLY

$85,000.00                                                                                               Date: July 26, 2018

Glendale, California.

In installments as herein stated, for value received, I/We jointly and severally, promise to pay to **GRACHUY ARUTYUNYAN, TRUSTEE OF THE ARUTYUNYAN LIVING TRUST DATED OCT 10, 2013** or order, at **1041 E HARVARD RD, BURBANK, CA 91501**

the principal sum of **EIGHTY-FIVE THOUSAND AND 00/100 ($85,000.00)**, with interest from **September 1, 2018** on unpaid principal at the rate of **12.0000** per cent per annum, payable in monthly installments of **interest only in the amount of EIGHT HUNDRED AND FIFTY DOLLARS 00/00 CENTS ($850.00), or more** on the **1st** day of each month, beginning on the **1st** day of, **September 2018**, and continuing until the **1st** day of **August 2018**, at which time the entire principal balance together with interest due thereon, shall become due and payable.   2019 GA.

"A late charge of 10.0000 percent of the monthly payment shall be due on each installment not received within 15 days of the due date."

Should default be made in payment of any of the installment of principal or interest when due, the whole sum of principal and interest shall, at the option of the holder of this note, become immediately due and payable. Principal and interest payable in lawful money of the United States. If action be instituted on this note, I/We promise to pay such sum as the Court may fix as attorney's fees. This note is secured by a Deed of Trust to Lawyers Title Company, a California corporation, as TRUSTEE.

_____
Diana Babasyan

_____
Anahit Harutyunyan

E460070                                            THIS FORM IS NOT TO BE DUPLICATED                                            T23

**RECORDING REQUESTED BY:**
Lawyers Title Company

**AND WHEN RECORDED MAIL TO:**

GRACHUY ARUTYUNYAN, TRUSTEE OF THE ARUTYUNYAN
LIVING TRUST DATED OCT 10, 2013
1041 E HARVARD RD
BURBANK, CA 91501

08/01/2018

*20180773135*

THIS SPACE FOR RECORDER'S USE ONLY:

Escrow No.: 01-32586-028       Title Order No.: 118054352

## SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS

**THIS DEED OF TRUST**, made July 26, 2018                                      A.P. #2544-039-011

Diana Babasyan, a Single Woman and Anahit Harutyunyan, a Married Woman, as her sole and separate property as Joint Tenants, herein called **Trustor,**
whose address is 10366 Ormond Street, (Sunland Area) Los Angeles, CA 91040 and

Lawyers Title Company, a California Corporation, herein called Trustee, and GRACHUY ARUTYUNYAN, TRUSTEE OF THE ARUTYUNYAN LIVING TRUST DATED OCT 10, 2013, herein called **BENEFICIARY,**

**WITNESSETH:** That Trustor IRREVOCABLY GRANTS, TRANSFERS AND ASSIGNS TO TRUSTEE IN TRUST, WITH POWER OF SALE that Property in Los Angeles County, California, described as:
LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT "A" AND MADE A PART HEREOF
Also Known as: 10366 Ormond Street, (Sunland Area) Los Angeles, CA 91040-

**TOGETHER WITH** the rents, issues and profits thereof, **SUBJECT, HOWEVER,** to the right power and authority given to and conferred upon Beneficiary by paragraph (10) of the provisions incorporated herein by reference to collect and apply such rents, issues and profits. **For the Purpose of Securing:** 1. Performance of each agreement of Trustor incorporated by reference or contained herein. 2. Payment of the indebtedness evidenced by one promissory note of even date herewith, and any extensions or renewal thereof, in the principal sum of **$85,000.00** executed by Trustor in favor of Beneficiary or order. 3. Payment of such further sums as the then record owner of said property may borrow from Beneficiary, when evidenced by another note (or notes) reciting it is so secured.

**DATED July 26, 2018**

_____
Diana Babasyan

_____
Anahit Harutyunyan

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF Los Angeles
On July 28, 2018
before me, Raul A. Cabrera Jr.
A Notary Public personally appeared
Diana Babasyan + Anahit Harutyunyan
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.

Signature _____

(Seal)

RAUL A. CABRERA JR.
Commission # 2104898
Notary Public - California
Los Angeles County
My Comm. Expires Apr 2, 2019