# **EXHIBIT D**

**PROVIDENT TITLE COMPANY**

2200 WEST ORANGEWOOD AVENUE, SUITE 140
ORANGE, CA 92868
PHONE NO. (800) 794-8094

| | |
|---|---|
| DUKE'S ESCROW (3973)<br>303 N. GLENOAKS BLVD. #200<br>BURBANK, CA 91502 | TITLE OFFICER: ROEMY CASTILLO<br>E-MAIL: TITLEUNIT80@PROVIDENTTITLE.COM<br>ORDER NO.: 80012746-RC |

ATTN:  ENID ESPINOZA

YOUR REFERENCE NO: 10366 ORMOND ST.

PROPERTY ADDRESS:   10366 ORMOND STREET, SUNLAND AREA, CALIFORNIA

## PRELIMINARY REPORT

DATED AS OF JULY 07, 2020 AT 7:30 A.M.

PROVIDENT TITLE COMPANY, HEREBY REPORTS THAT IT IS PREPARED TO ISSUE, OR CAUSE TO BE ISSUED AS OF THE DATE HEREOF, A WESTCOR LAND TITLE INSURANCE COMPANY POLICY OR POLICIES OF TITLE INSURANCE DESCRIBING THE LAND AND THE ESTATE OR INTEREST THEREIN HEREINAFTER SET FORTH, INSURING AGAINST LOSS WHICH MAY BE SUSTAINED BY REASON OF ANY DEFECT, LIEN OR ENCUMBRANCE NOT SHOWN OR REFERRED TO AS AN EXCEPTION IN SCHEDULE B OR NOT EXCLUDED FROM COVERAGE PURSUANT TO THE PRINTED SCHEDULES, CONDITIONS AND STIPULATIONS OF SAID POLICY FORMS.

THE PRINTED EXCEPTIONS AND EXCLUSION FROM THE COVERAGE OF SAID POLICY OR POLICIES ARE SET FORTH IN SCHEDULE B ATTACHED.  COPIES OF THE POLICY FORMS SHOULD BE READ.  THEY ARE AVAILABLE FROM THE OFFICE WHICH ISSUED THIS REPORT. *PLEASE READ THE EXCEPTIONS SHOWN OR REFERRED TO BELOW AND THE EXCEPTIONS AND EXCLUSIONS SET FORTH IN SCHEDULE B OF THIS REPORT CAREFULLY.  THE EXCEPTIONS AND EXCLUSIONS ARE MEANT TO PROVIDE YOU WITH NOTICE OF MATTERS WHICH ARE NOT COVERED UNDER THE TERMS OF THE TITLE INSURANCE POLICY AND SHOULD BE CAREFULLY CONSIDERED.*

*IT IS IMPORTANT TO NOTE THAT THIS PRELIMINARY REPORT IS NOT A WRITTEN REPRESENTATION AS TO THE CONDITION OF TITLE AND MAY NOT LIST ALL LIENS, DEFECTS, AND ENCUMBRANCES AFFECTING TITLE TO THE LAND.*

THIS REPORT (AND ANY SUPPLEMENTS OR AMENDMENTS HERETO) IS ISSUED SOLELY FOR THE PURPOSE OF FACILITATING THE ISSUANCE OF A POLICY OF TITLE INSURANCE AND NO LIABILITY IS ASSUMED HEREBY.  IF IT IS DESIRED THAT LIABILITY BE ASSUMED PRIOR TO THE ISSUANCE OF A POLICY OF TITLE INSURANCE, A BINDER OR COMMITMENT SHOULD BE REQUESTED.

ROEMY CASTILLO
TITLE OFFICER

ORDER NO.: 80012746-RC

THE FORM OF POLICY OF TITLE INSURANCE CONTEMPLATED BY THIS REPORT IS:

AMERICAN LAND TITLE ASSOCIATION SHORT-FORM RESIDENTIAL LOAN POLICY (2012)
OR
AMERICAN LAND TITLE ASSOCIATION LOAN POLICY (2006)

ISSUED BY PROVIDENT TITLE COMPANY AS AGENT FOR:
WESTCOR LAND TITLE INSURANCE COMPANY

## SCHEDULE A

1. THE ESTATE OR INTEREST IN THE LAND HEREINAFTER DESCRIBED OR REFERRED TO COVERED BY THIS REPORT IS:

   A FEE

2. TITLE TO SAID ESTATE OR INTEREST AT THE DATE HEREOF IS VESTED IN:

   ANAHIT HARUTYUNYAN, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY

3. THE LAND REFERRED TO HEREIN IS SITUATED IN THE COUNTY OF < - PAUSE>, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

LOT 26 OF TRACT NO. 22714, IN THE CITY OF LOS AGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 649 PAGE(S) 93 TO 95 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

ASSESSOR'S PARCEL NUMBER: 2544-039-011

**SCHEDULE B**

AT THE DATE HEREOF EXCEPTIONS TO COVERAGE IN ADDITION TO THE PRINTED EXCEPTIONS AND EXCLUSIONS IN THE POLICY FORM DESIGNATED ON THE FACE PAGE OF THIS REPORT WOULD BE AS FOLLOWS:

A.  PROPERTY TAXES, INCLUDING ANY ASSESSMENTS COLLECTED WITH TAXES, TO BE LEVIED FOR THE FISCAL YEAR 2020-2021, WHICH ARE A LIEN NOT YET PAYABLE.

B.  PROPERTY TAXES FOR THE FISCAL YEAR SHOWN BELOW ARE PAID.  FOR INFORMATIONAL PURPOSES THE AMOUNTS ARE:
    FISCAL YEAR:              2019-2020
    1ST INSTALLMENT:          $ 3,697.75 PAID
    2ND INSTALLMENT:          $ 3,697.74 PAID
    CODE NO.:                 00013
    TAX PARCEL NO.:           2544-039-011

C.  SUPPLEMENTAL ASSESSMENTS OF PROPERTY TAXES, IF ANY, MADE PURSUANT TO THE PROVISIONS OF PART 0.5, CHAPTER 3.5 (COMMENCING WITH SECTION 75) OF THE CALIFORNIA REVENUE AND TAXATION CODE AS A RESULT OF THE TRANSFER OF TITLE TO THE VESTEE NAMED IN SCHEDULE A.

SUPPLEMENTAL OR ESCAPED ASSESSMENTS OF PROPERTY TAXES, IF ANY, MADE PURSUANT TO PART 0.5, CHAPTER 3.5 OR PART 2, CHAPTER 3, ARTICLES 3 AND 4, RESPECTIVELY, OF THE CALIFORNIA REVENUE AND TAXATION CODE AS A RESULT OF CHANGES IN OWNERSHIP OR NEW CONSTRUCTION OCCURRING PRIOR TO DATE OF POLICY.

ASSESSMENTS, IF ANY, FOR COMMUNITY FACILITY DISTRICTS AFFECTING SAID LAND WHICH MAY EXIST BY VIRTUE OF ASSESSMENT MAPS OR NOTICES FILED BY SAID DISTRICTS.

**NOTE:  THE MAP ATTACHED HERETO IS NEITHER A PLAT NOR A SURVEY, IT IS FURNISHED AS A CONVENIENCE TO LOCATE THE LAND INDICATED HEREON WITH REFERENCE TO STREETS AND OTHER LAND.  NO LIABILITY IS ASSUMED BY REASON OF RELIANCE HEREIN.**

1.  WATER RIGHTS, CLAIMS OR TITLE TO WATER, WHETHER OR NOT SHOWN BY THE PUBLIC RECORDS.

2.  AN EASEMENT FOR THE PURPOSE SHOWN BELOW AND RIGHTS INCIDENTAL THERETO AS SET FORTH IN A DOCUMENT
    PURPOSE:              PUBLIC UTILITIES
    AFFECTS:              SAID LAND
    RECORDED:             IN BOOK 3725, PAGE 59 OF OFFICIAL RECORDS.

    THE EXACT LOCATION AND EXTENT OF SAID EASEMENT IS NOT DISCLOSED OF RECORD.

3.  AN EASEMENT FOR THE PURPOSE SHOWN BELOW AND RIGHTS INCIDENTAL THERETO AS SET FORTH IN A DOCUMENT
    PURPOSE:              INGRESS AND EGRESS
    AFFECTS:              SAID LAND
    RECORDED:             IN BOOK 20565, 171 OF OFFICIAL RECORDS.

    THE EXACT LOCATION AND EXTENT OF SAID EASEMENT IS NOT DISCLOSED OF RECORD.

4. AN EASEMENT FOR THE PURPOSE SHOWN BELOW AND RIGHTS INCIDENTAL THERETO AS SET FORTH IN A DOCUMENT
   PURPOSE:            PUBLIC UTILITIES
   AFFECTS:            SAID LAND
   RECORDED:           IN BOOK 20599, 29 OF OFFICIAL RECORDS.

   THE EXACT LOCATION AND EXTENT OF SAID EASEMENT IS NOT DISCLOSED OF RECORD.

5. AN EASEMENT FOR THE PURPOSES SHOWN BELOW AND RIGHTS INCIDENTAL THERETO AS SHOWN OR AS OFFERED FOR DEDICATION ON THE RECORDED MAP OF SAID TRACT.
   PURPOSE:            PUBLIC UTILITIES
   AFFECTS:            SAID TRACT 22714

6. COVENANTS, CONDITIONS AND RESTRICTIONS, BUT OMITTING ANY COVENANT, CONDITION AND RESTRICTION, IF ANY, BASED ON RACE, COLOR, RELIGION, SEX, HANDICAP, FAMILIAL STATUS OR NATIONAL ORIGIN UNLESS AND ONLY TO THE EXTENT THAT THE COVENANT, CONDITION OR RESTRICTION (A) IS EXEMPT UNDER TITLE 42 OF THE UNITED STATES CODE, OR (B) RELATES TO HANDICAP, BUT DOES NOT DISCRIMINATE AGAINST HANDICAPPED PERSONS" AS SET FORTH IN THE DOCUMENT RECORDED: JANUARY 08, 1960 AS DOCUMENT NO. 3297 OF OFFICIAL RECORDS.

   **NOTE:** SECTION 12956.1 OF THE GOVERNMENT CODE PROVIDES THE FOLLOWING: IF THIS DOCUMENT CONTAINS ANY RESTRICTIONS BASED ON RACE, COLOR, RELIGION, SEX, FAMILIAL STATUS, MARITAL STATUS, DISABILITY, NATIONAL ORIGIN, OR ANCESTRY, THAT RESTRICTION VIOLATES STATE AND FEDERAL FAIR HOUSING LAWS AND IS VOID. ANY PERSON HOLDING AN INTEREST IN THIS PROPERTY MAY REQUEST THAT THE COUNTY RECORDER REMOVE THE RESTRICTIVE LANGUAGE PURSUANT TO SUBDIVISION (C) OF SECTION 12956.1 OF THE GOVERNMENT CODE.

   SAID COVENANTS, CONDITIONS AND RESTRICTIONS PROVIDE THAT A VIOLATION THEREOF SHALL NOT DEFEAT THE LIEN OF ANY MORTGAGE OR DEED OF TRUST MADE IN GOOD FAITH AND FOR VALUE.

7. AN EASEMENT FOR THE PURPOSE SHOWN BELOW AND RIGHTS INCIDENTAL THERETO AS SET FORTH IN A DOCUMENT
   PURPOSE:            PUBLIC UTILITIES
   AFFECTS:            SAID LAND
   RECORDED:           JUNE 02, 1960 AS DOCUMENT NO. 4141 OF OFFICIAL RECORDS.

8. A DEED OF TRUST TO SECURE AN INDEBTEDNESS IN THE AMOUNT SHOWN BELOW, AND ANY OTHER OBLIGATIONS SECURED THEREBY
   AMOUNT:             $ 85,000.00
   DATED:              JULY 26, 2018
   TRUSTOR:            DIANA BABASYAN, A SINGLE WOMAN AND ANAHIT HARUTYUNYAN, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY AS JOINT TENANTS
   TRUSTEE:            LAWYERS TITLE COMPANY , A CALIFORNIA CORPORATION
   BENEFICIARY:        GRACHUY ARUTYUNYAN, TRUSTEE OF THE ARUTYUNYAN LIVING TRUST DATED OCT 10, 2013
   RECORDED:           AUGUST 01, 2018 AS DOCUMENT NO. 2018077335 OF OFFICIAL RECORDS.

   **NOTE: TO AVOID DELAYS AT THE TIME OF CLOSING, PLEASE SUBMIT THE ORIGINAL NOTE, DEED OF TRUST, THE (PROPERLY EXECUTED) REQUEST FOR RECONVEYANCE, AND A COPY OF THE SERVICE AGREEMENT IF THE LOAN IS BEING HANDLED BY A SERVICING AGENT; TO THIS OFFICE, AT LEAST ONE WEEK PRIOR TO THE CLOSE OF ESCROW.**

    AN AGREEMENT WHICH STATES THAT THIS INSTRUMENT WAS SUBORDINATED
TO ITEM: 9 OF SCHEDULE B.
RECORDED: OCTOBER 10, 2018 AS DOCUMENT NO. 201801028191 OF OFFICIAL RECORDS.

    A NOTICE OF DEFAULT UNDER THE TERMS OF SAID DEED OF TRUST
RECORDED: DECEMBER 11, 2019 AS DOCUMENT NO. 201901380144 OF OFFICIAL RECORDS.

    A SUBSTITUTION OF TRUSTEE UNDER SAID DEED OF TRUST WHICH SUBSTITUTED THE TRUSTEE
RECORDED: MARCH 23, 2020 AS DOCUMENT NO. 20200335364 OF OFFICIAL RECORDS.

    A NOTICE OF TRUSTEE'S SALE UNDER SAID DEED OF TRUST
RECORDED: MARCH 23, 2020 AS DOCUMENT NO. 20200335365 OF OFFICIAL RECORDS.

9. A DEED OF TRUST TO SECURE AN INDEBTEDNESS IN THE AMOUNT SHOWN BELOW, AND ANY OTHER OBLIGATIONS SECURED THEREBY
AMOUNT: $ 592,750.00
DATED: OCTOBER 09, 2018
TRUSTOR: ANAHIT HARUTYUNYAN, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY
TRUSTEE: OLD REPUBLIC TITLE COMPANY
BENEFICIARY: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), ACTING SOLELY AS A NOMINEE FOR GOLDEN WEST ALLIANCE, INC., D/B/A PROVIDENT LENDING GROUP, A CORPORATION, ITS SUCCESSORS AND/OR ASSIGNS
RECORDED: OCTOBER 10, 2018 AS DOCUMENT NO. 20181028193, OF OFFICIAL RECORDS

    AN ASSIGNMENT OF THE BENEFICIAL INTEREST UNDER SAID DEED OF TRUST WHICH NAMES
AS ASSIGNEE: FIFTH THIRD BANK
RECORDED: OCTOBER 25, 2019 AS DOCUMENT NO. 20191146319 OF OFFICIAL RECORDS.

    A SUBSTITUTION OF TRUSTEE UNDER SAID DEED OF TRUST WHICH SUBSTITUTED THE TRUSTEE
RECORDED: NOVEMBER 14, 2019 AS DOCUMENT NO. 20191235819 OF OFFICIAL RECORDS.

10. A DEED OF TRUST TO SECURE AN INDEBTEDNESS IN THE AMOUNT SHOWN BELOW, AND ANY OTHER OBLIGATIONS SECURED THEREBY
AMOUNT: $ 30,000.00
DATED: OCTOBER 15, 2018
TRUSTOR: ANAHIT HARUTYUNYAN
TRUSTEE: LAWYERS TITLE
BENEFICIARY: MASIS KARAPETYAN AND NAIRA KHACHATRYAN
RECORDED: OCTOBER 16, 2018 AS DOCUMENT NO. 20181051233 OF OFFICIAL RECORDS.

**NOTE: TO AVOID DELAYS AT THE TIME OF CLOSING, PLEASE SUBMIT THE ORIGINAL NOTE, DEED OF TRUST, THE (PROPERLY EXECUTED) REQUEST FOR RECONVEYANCE, AND A COPY OF THE SERVICE AGREEMENT IF THE LOAN IS BEING HANDLED BY A SERVICING AGENT; TO THIS OFFICE, AT LEAST ONE WEEK PRIOR TO THE CLOSE OF ESCROW.**