# EXHIBIT F




**LIC #998075**
**2516 W Vernon Ave, Los Angeles, CA 90008**
www.omegastructuralinc.com

---

# Proposal & Contract

| | |
|---|---|
| **Address:** | **10366 Ormond St** |
| **Client:** | **Boris And Anahit** |
| **Phone:** | **310-844-2424** |
| **Email:** | **vahe@kglawapc.com** |
| **Date:** | **Friday, July 31 2020** |

**Proposal Provided By:**
**Dylan Peterson**
**Dylan@OmegaStructuralinc.com**
***C: (815) 690-8179***




*Dear Valued Client,*

*Enclosed is the report of our visual inspection that was conducted on the structural foundation of your residence. The purpose of this report is to detail the current condition of the foundation and provide recommendations to repair the deficiencies.*

*Our inspection was conducted at the request of the client to provide an opinion regarding the existing state of the property's foundation and any other structure providing structural support. This report may also provide information for other types of work/projects requested by the client.*

*Inspections entail a visual examination of the accessible portions of the foundation and may include assumptions based on our knowledge and experience of the areas we cannot access. Should we not be able to visually inspect all parts of the foundation, it is possible that our analysis may contain inaccuracies.*

*All work shall be performed in accordance with the requirements and relevant codes/regulations specified by the City of Los Angeles or appropriate City the property is located within.*

***Please do not hesitate to contact us with questions regarding the information contained in this report/proposal and we look forward to assisting you with all of your structural needs***

*Sincerely,*
*Dylan Peterson*
*and the Omega Structural Team*




**RESTRICTED USE OF THIS REPORT:**
The use of this report is specifically restricted to the client named within this report and is not transferable or usable by any other parties. This inspection report is not valid without the signed inspection agreement.

**REPORT DEFICIENCY COMMENTS:**
Comments within the report represent a deficiency. Please note that the deficiency comments listed within this report are not a certification that all deficiencies within a system and/or component have been fully diagnosed and/or reported and this inspection report does not provide a guarantee of future performance of any system or component within the house nor the errors of omission with the inspection and/or report do not exist.




## *Findings*

**Site Description:**

- The home was originally constructed in 1964 with a raised foundation and post/piers supporting the interior flooring. The home is on a hillside with a back patio and deck. An addition was partially built on the rear right side but remains uncompleted with exposed lath and incomplete foundation.
- The home is largely unsupported with indications of movement dowhill found in the exterior cracking of stucco around window and door frames, separation of the deck and patio, and interior cracking in the drywall around door/window frames as well as ceiling and walls.
- The most extensive indications of foundation failure are seen in the addition where the floor slopes visibly, approximately 3-4 inches downhill, with cracks (recently patched but still visible). From the exterior the foundation of the addition appears to be nothing more than CMU blocking. It was not possible to verify if rebar was present but at minimum, caissons should be present and a continuous concrete foundation should have been poured.
- The addition's internal framing is also in question and will likely require demolition and rebuilding before it can be inhabited again.
- The rest of the structure desperately requires the construction of caissons and a grade beam to prevent further sinking and sliding downhill.
- At this point I do not advise the addition be occupied as the loads are not properly supported and is a safety risk.






OMEGA
STRUCTURAL INC



OMEGA STRUCTURAL INC







**Recommended Repairs:**

- **Complete a soil report approved by the City**
- **Complete engineering**
- **Construct approximately (12) new caissons with grade beam,**
- **New foundation for the addition**
- **Demolish and rebuild the addition**
- **New retaining wall around the rear patio**




## *Pricing*

### ❑ Soils Engineering

Southwest Geotechnical

*Soils Engineering will be required for this project. Our Engineer will use the results of the approved soils report to complete his design and calculations. We have a good working relationship with Southwest Geotechnical and recommend their services. You are also able to contract your own soils engineer to complete the work and provide us with the report.*

***Southwest Geotechnical, Inc.***
*Address: 21704 Golden Triangle Rd # 425, Santa Clarita, CA 91350*
*Phone: (661) 222-9544*

**Estimated Price: $3,500-$5,000 (billed directly by SGI)**

### ❑ Engineering

Southwest Geotechnical

*After the soils report has been approved by the city, our engineer will use that information for design and calculations of the new wall and foundation. These designs will then be submitted and approved by the city prior to construction.*

**Price: $6,400.00**

### ❑ Caissons and Grade Beam 150 Linear Ft

1 Level Building

*Approximately 12 new caissons will be embedded into bedrock and connected by a grade beam which will tie into the foundation. These will be 35" in diameter, hand dug, constructed of rebar cages and poured with at least 2500 psi Concrete.*

Note: This detail subject to change based on the accessibility during inspection.

**Estimated Price: $148,000.00**

### ❑ Partial Foundation Replacement 58 Linear Ft

1 Level Building

*The structure will be shored/braced to properly provide support during construction. We will demolish the existing foundation and dispose of debris in a permitted 10yrd container to be relocated offsite. A trench following the perimeter of the house will be dug at the appropriate depth and width to accommodate the new foundation. We will frame a new 8inch-wide stem wall, per city standard code, with a new pressure-treated sill plate and 5/8th J-bolts every 6 feet ft on center. (4) #4 rebar will run lengthwise, top and bottom or per designated city code. A cripple wall be framed to appropriate height with 2×4 studs, 2×6 blocking, and LTP4/LTP5 nailing plates.*

Note: This detail may change depending on city code and condition of structure.

**Estimated Price: $ 18,600.00**

OMEGA STRUCTURAL INC

- **Addition Demo and Construction** **Approx 420 sq ft**

2 Level Building

*Approximately **420'**square **ft.** of living area needs to be first demolished with debris removed offsite, and then reconstructed properly with framing to city code, and the roof extended.*

Note: This detail subject to change based on the accessibility during inspection.

**Estimated Price: $48,000.00**

- **Retaining Wall**

4 feet tall x 23 ft long

*A new retaining wall at the rear of the property supporting the back patio is failing and requires a replacement to prevent further deterioration and sliding downhill.*

Note: This detail may change depending on city code and condition of structure.

**Estimated Price: $ 36,000.00**

**Total: $260,500.00**




**Includes:**

- All construction material
- Labor, necessary services
- Supervision
- Tenant coordination
- Housing paperwork
- Coordination with point of contact and/or on site manager and Tenant Coordination
- All Material, Labor & Supervision to Build Plan
- Necessary Services (Porta Potty, Trash Receptacles etc where applicable)
- Haul Away of Construction Related soil & debris from site

**Exclusions:**

- City Building Permit (and Expeditor Fee if applicable)
- Deputy Inspections
- Structural Observations
- City Inspections
- Additional Work outside of plans provided or Additional Engineering Fees (For Extra Design)
- Termite Damage or Dry Rot Damage Repair
- Masonry or any stone-like design or special concrete finish (Concrete will be broom finish)
- Relocation of Plumbing Lines or Electrical
- Cosmetic Repairs/Betterment outside of work area
- Stucco patching & paint outside of work area
- Landscaping




## *OMEGA STRUCTURAL, INC TERMS AND CONDITIONS*

**1. OMEGA STRUCTURAL INC STANDARDS** Omega Structural Inc shall exercise usual and customary professional care in the efforts to comply with applicable codes, regulations and laws in effect as of the date of execution of this Agreement.

**2. OWNER RESPONSIBILITY** Owner is responsible for supplying electricity, water, & sewer. Omega Structural Inc does not dump concrete, mortar, stucco, paint etc. into the owner's sewer system. Owner is responsible to remove and/or to protect personal property. The owner shall point out and warrant the property lines to Omega Structural Inc and shall hold Omega Structural Inc harmless for any disputes or errors in the property line or setback locations. Owner gives Omega Structural Inc permission to place a sign/banner with phone number on the property for the duration of the project for people to call in case of any emergency/construction issues.

**3. RIGHT TO STOP WORK** Omega Structural Inc shall have the right to stop work if any payment, including any payment for extra work, is not made as agreed in this Contract within 3 days of receipt of invoice. If any payment required under this contract is not made within 3 days of receipt, the project may be kept idle until all payments due have been made current.

**4. PERMISSIBLE DELAYS** Permissible delays in the completion of the work to be performed under this contract are those caused by acts of Mother Nature, Acts or Omissions of Owner or Owners agents, employees or independent contractors, labor strikes, acts of public utilities, acts of public bodies or inspectors, extra work, changes requested by Owner, failure by Owner to make payments promptly, or other circumstances or contingencies unforeseen by Omega Structural Inc and beyond Omega Structural Incs' reasonable control.

**4. TENANTS** For applicable projects, tenants will not have to be relocated during the construction process. Tenants will be required to remove vehicles & personal belongings from the parking area where work will be performed during work hours. Hours of operations are Monday- Friday from, 9:00 AM – 5:00 PM. Tenants will not be allowed into the parking area at any time during work hours. Any tenant complaints will be reported immediately to the owners attention. Kevin Fanta shall be put on your list of authorized persons to tow. If tenants' cars remain, they will be towed at their own expense.

**5. PAYMENTS** Payments to Omega Structural Inc will be due within 3 days of receipt of invoice. Any change orders will be due in full on the next payment due. This is a cash/check transaction unless otherwise specified. If Client fails to make any payment due to Omega Structural Inc for services and expenses within thirty days after receipt of Omega Structural Inc's invoice, the amounts due to Omega Structural Inc will be increased at the rate of 1.5% per month. After non payment for 4 months, Omega Structural Inc will exercise it's full lien rights. Payments may be



made through ACH (with a 1% fee) or through quickbooks invoice (2.9% additional fee) or through credit card (2.4% additional fee). There is no fee for paying by check.

**7. ADDITIONAL FEES/EXCLUSIONS** Masonry or any stone like designs, moving of plumbing or electrical, geo-technical and soils engineering reports, cosmetic repairs outside of scope, any siding/stucco repair other than work area, landscaping, additional work, dry rot, or termite damage repair, and findings from the pre construction meeting with the building inspector and the engineer that is not on the original plan will be considered a change order and additional fees will apply.

**8. WARRANTY** No warranty or representation, either expressed or implied, is included or intended in Omega Structural Inc's proposal and contract. Omega Structural Inc, shall exercise usual and customary professional care in its efforts to comply with applicable codes, regulations and laws in effect as of the date of execution of this Agreement.

**9. INFORMATION PROVIDED BY CLIENT** Information regarding tenants and occupancy are to be provided by the client if applicable. Omega Structural Inc, will submit a schedule of work for Tenant Habitability Plan or Means and Methods Plan. The Client shall provide to Omega Structural Inc such information as is available to the Client and the Client's consultants and Omega Structural Inc shall be entitled to rely upon the accuracy and the completeness thereof.

**10. JOB SITE SAFETY** Omega Structural Inc will exercise job site safety in accordance with California Law. There will be a responsible supervisor on the job site while retrofit work is in progress. Job site will be kept clean in accordance with Cal/OSHA Regulations and Division 33 of the Los Angeles Building Code.

**11. INDEMNIFICATION** Omega Structural Inc will indemnify Owner against claims, liability, loss and expense (including attorneys' fees) arising out of the Work. Such indemnification shall include without limitation damage to building, persons, tenants, tenants' property, claims by third parties relating to the Work or the Ordinances, claims by governmental agencies relating to the Work or ordinances, breach of this contract, and mechanic's liens relating to the Work. Owner will indemnify Omega Structural Inc, against claims, liability, loss and expense (including attorneys' fees), arising out of damages caused by Owner's breach of this Contract.

**12. TERMINATION** This Agreement may be terminated upon ten (10) days written notice by either party should the other fail to perform its obligations thereunder. In the event of termination, the Client shall pay Omega Structural Inc for services completed to the date of termination, including all reimbursable expenses, and materials not returnable and termination expenses.

**13. DISPUTE RESOLUTION** In an effort to resolve any conflicts that arise during or following the completion of the Project, Omega Structural Inc and Client agree that, prior to any litigation,

all claims, counterclaims, disputes and other matters in question between the parties hereto, arising out of or relating to this Agreement or breach thereof, will be submitted to non- binding mediation under the auspices of a mutually agreeable mediation unless the parties mutually agree otherwise. Client and Omega Structural Inc further agree to include the foregoing provision in any and all Agreements with independent contractors and consultants retained for the Project and to require all independent contractors and consultants to likewise include said provisions in any and all Agreements with subcontractors, sub consultants, suppliers, or fabricators so retained.

**13. SEVERABILITY** If any portion of this Agreement is found to be unenforceable, the remaining portions of the Agreement shall remain in effect and be enforced.

## NOTICE TO OWNER:

To preserve the right to file a claim or lien against your property, certain claimants such as subcontractors or material suppliers are each required to provide you with a document called a “Preliminary Notice”. A preliminary notice is not a lien against your property. Its purpose is to notify you of persons or entities that may have a right to file a lien against your property if they are not paid. Generally, the maximum time allowed for filing a mechanics’ lien against your property is 60 days after substantial completion of your project.

## MODIFICATION OF AGREEMENT

Any subsequent amendment, modification or agreement which alters this contract must be signed or initiated by Contractor and Owner, and is to be deemed a part of this contract. The foregoing conditions may only be amended, supplemented, modified, or canceled by a written Agreement
(Omega Structural Inc will provide a release for each progress payment made)



## *Authority to Execute Agreement*

By signing below, each Party warrants and represents that the person signing this Agreement has authority to bind that Party and that the Party's execution of this Agreement is not in violation of any By-law, Covenants and/or other restrictions placed upon them by their respective entity. Any person signing this Agreement for a party, represents and warrants that he has express authority to sign this Agreement for that party and agrees to hold the opposing party harmless for any costs or consequences of the absence of actual authority to sign.

I, ______________________________, have read and understand this Proposal/Contract; the documents incorporated and agree to all terms and conditions. Costs and schedules may change after this time frame with approved change orders and this proposal may need to be revised if both parties agree.

I hereby authorize Omega Structural Inc CSLB 998075 to proceed with the services specified in this proposal and act as an agent for the City Building, Planning, and Housing Departments.

*I authorize only the following person(s) to act as an agent for the property and a point of contact for this project:*

__________________________ __________________________ __________________________ Name
Relationship to Property Phone

__________________________ __________________________ __________________________ Name
Relationship to Property Phone

Property Title Owner: ________________________________

Mailing Address: ________________________________

Accepted By: ________________________________ Date: ____________________
*Clients Signature*

________I would like Omega Structural to pay the permit fee and invoice me for the amount charged which I will pay upon receipt.

**OR**

________I am responsible for permit fee, structural observation fees & deputy inspector fees which I will pay with each progress payment due as the project progresses and will provide blank checks to LADBS for City Permit Fees.

Accepted By: ____________________________ Date: _______________




*This Contract and its attachments constitutes the entire agreement between the parties. There are no other agreements, oral or written pertaining to the work to be performed under this Contract. This contract can be modified only by an agreement in writing signed by both parties.*