# EXHIBIT G



**CANCELLATION OF CONTRACT,
RELEASE OF DEPOSIT
AND CANCELLATION OF ESCROW**
(C.A.R. Form CC, Revised 11/14)

In accordance with the terms and conditions of the: [X] California Residential Purchase Agreement; or [ ] Other _____ ("Agreement"), dated **March 14, 2020**, including all amendments and related documents, on property known as **10366 Ormond Street, Shadow Hills, CA  91040** ("Property"), between **Suzi Petrosian** ("Buyer") and **Anahit Harutyunyan** ("Seller").

**Paragraphs 1 and 2 below constitute escrow instructions to Escrow Holder. Release of funds (pursuant to paragraph 2) requires mutually Signed release instructions from Buyer and Seller, judicial decision or arbitration award. A party may be subject to a civil penalty of up to $1,000 for refusal to sign such instructions if no good faith dispute exists as to who is entitled to the deposited funds (Civil Code §1057.3).**

1. **CANCELLATION OF CONTRACT:** [X] Buyer [ ] Seller [ ] both Buyer and Seller cancel(s) the Agreement for the following reason:
   A. [X] As permitted by the good faith exercise of paragraph(s) **14b** of the Agreement.
   OR B. [ ] Buyer has failed to remove the applicable contingency after being given a Notice to Buyer to Perform (C.A.R. Form NBP).
   OR C. [ ] Buyer has failed to take the applicable contractual action after being given a Notice to Buyer to Perform (C.A.R. Form NBP).
   OR D. [ ] Seller has failed to take the applicable contractual action after being given a Notice to Seller to Perform (C.A.R. Form NSP).
   OR E. [ ] Seller has failed to remove the applicable contingency after being given a Notice to Seller to Perform (C.A.R. Form NSP).
   OR F. [ ] Per mutual agreement.
   OR G. [ ] Other _____ .

   *Suzi Petrosian*                **Suzi Petrosian**           **03/20/2020**
   Buyer's or Seller's Signature (party cancelling the contract)        Date

   _____
   Buyer's or Seller's Signature (party cancelling the contract)        Date

2. **RELEASE OF DEPOSIT and CANCELLATION OF ESCROW**
   Buyer and Seller cancel escrow # **32232-30** with **North Hills Escrow** and
   A. [ ] Seller authorizes release of Buyer's deposit, less Buyer's fees and costs, to Buyer.
   OR B. [ ] Buyer authorizes release of Buyer's deposit, less Seller's fees and costs, to Seller. ([ ] Pursuant to a properly executed liquidated damages clause, Buyer's authorization of release of deposit to Seller is limited to no more than 3% of the purchase price. Any additional deposit shall be returned to Buyer.)
   OR C. [ ] Both Buyer and Seller acknowledge mutual cancellation of the Agreement and authorize Escrow Holder to continue to hold the deposit until receiving subsequent mutual instructions, judicial decision or arbitration award.
   OR D. [X] Other: **Release 100%  of buyer deposit of $26,400** .

Buyer and Seller (i) mutually release each other from all obligation to buy, sell or exchange the Property under the Agreement, and unless otherwise specified, from all claims, actions and demands that each may have against the other(s) by reason of the Agreement; and (ii) intend that all rights and obligations arising out of the Agreement are null and void.

Date _____                        Date _____
Buyer *Suzi Petrosian*                              Seller *Anahit Harutyunyan*   03/20/2020 03:53 PM PDT
       **Suzi Petrosian**                                  **Anahit Harutyunyan**
Buyer _____                        Seller _____

©2014, California Association of REALTORS®, Inc. United States copyright law (Title 17 U.S. Code) forbids the unauthorized distribution, display and reproduction of this form, or any portion thereof, by photocopy machine or any other means, including facsimile or computerized formats.
THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS®. NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ACCURACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL.
This form is made available to real estate professionals through an agreement with or purchase from the California Association of REALTORS®. It is not intended to identify the user as a REALTOR®. REALTOR® is a registered collective membership mark which may be used only by members of the NATIONAL ASSOCIATION OF REALTORS® who subscribe to its Code of Ethics.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, LLC.
a subsidiary of the California Association of REALTORS®
525 South Virgil Avenue, Los Angeles, California 90020

**CC REVISED 11/14 (PAGE 1 OF 1)**
**CANCELLATION OF CONTRACT, RELEASE OF DEPOSIT AND CANCELLATION OF ESCROW (CC PAGE 1 OF 1)**