Vahe Khojayan (SBN 261996)
KG LAW
1010 N. Central Ave., Suite 450
Glendale, CA 91202
Tel: (818) 245-1340
Fax: (818) 245-1341
vahe@lawyer.com

Attorneys for debtor
ANAHIT HARUTYUNYAN

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>**ANAHIT HARUTYUNYAN**<br><br>Debtor-in possession | Case Number: 2:20-bk-15381-SK<br><br>Chapter 13<br><br>**DEBTOR'S EVIDENTIARY OBJECTIONS TO DECLARATION OF GRACHUY ARUTYUNYAN, AND EXHIBITS ATTACHED THERETO**<br><br>Confirmation Hearing<br>Date: September 10, 2020<br>Time: 10:00AM<br>Place: Courtroom 1575, 255 E. Temple<br>  Street, Los Angeles, CA 90012 |

**TO THE HONORABLE SANDRA KLEIN, UNITED STATES BANKRUPTCY JUDGE, CHAPTER 13 TRUSTEE, AND ALL PARTIES IN INTEREST**:

Debtor ANAHIT HARUTYUNYAN, hereby submits the following evidentiary objections to the declaration of Grachuy Arutyunyan, filed in support of the Objection to Confirmation of Chapter 13 Plan replies to the objections to Confirmation of Debtor's Chapter 13 Plan of Reorganization [Docket No. 17]. These evidentiary objections are filed contemporaneously with the Debtor's Reply to the Objections to the Confirmation of Chapter 13 Plan.

1

**DEBTOR'S EVIDENTIARY OBJECTIONS TO DECLARATION OF GRACHUY ARUTYUNYAN, AND EXHIBITS ATTACHED THERETO**

| No. | Statement | Objection and FRE |
|---|---|---|
| 1. | Paragraph 3: "The Debtor had several offers but they cancelled the sales." | Lack of foundation, Lack of personal knowledge. Fed.R.Evid. §§601, 602. |
| 2. | Paragraph 3: "They told their realtor that they had a relative from Russia who was going to send them money to allow them to keep the Property." | Lack of foundation, Lack of personal knowledge. Fed.R.Evid. §§ 601, 602, Hearsay, no exceptions. Fed.R.Evid. §§ 801, 802 |
| 3. | Paragraph 3: "They relisted the Property in September of 2019 with the same real estate agent and received an offer of $910,000 in February of 2020, which they accepted. | Lack of foundation, Lack of personal knowledge. Fed.R.Evid. §§ 601, 602 |
| 4. | Paragraph 3: "Escrow opened and everything was proceeding smoothly and I was going to recover my investment." | Lack of foundation, Lack of personal knowledge, Fed.R.Evid. §§ 601, 602. Improper legal argument and conclusion. |
| 5. | Paragraph 3: ""However, yet again, Debtor abruptly cancelled escrow." | Lack of foundation, Lack of personal knowledge, Fed.R.Evid. §§ 601, 602. Improper legal argument and conclusion. |
| 6. | Paragraph 4. "Debtor's value of the Property at $600,000 is completely false." | Lack of foundation, Lack of personal knowledge, Fed.R.Evid. §§ 601, 602. Improper expert opinion by a law witness. Fed. R. Evid |

**DEBTOR'S EVIDENTIARY OBJECTIONS TO DECLARATION OF GRACHUY ARUTYUNYAN, AND EXHIBITS ATTACHED THERETO**

| | | |
|---|---|---|
| | | §§ 701, 702 |
| 7. | Paragraph 4. "She is intentionally listing this value in order to avoid my lien and Mr. Karapetyan's lien (the 3rd lienholder)." | Lack of foundation, Lack of personal knowledge, Fed.R.Evid. §§ 601, 602. |
| 8. | Paragraph 5. "The Property's fair market value as of the petition date is *above $900,000*." | Lack of foundation, Lack of personal knowledge, Fed.R.Evid. §§ 601, 602. Improper expert opinion by a law witness. Fed. R. Evid §§ 701, 702. |
| 9. | Exhibit B. | Unauthenticated writing. Fed. R. Evid. § 901. Hearsay, no exceptions. Fed. R. Evid. § 802. |
| 10. | Paragraph 6: "The sales comparables show that in less than a 1 mile radius, between May 22, 2020 to July 17, 2020, the value of the homes sold ranged $885,000 to $1,150,000. That is an average $476 per square foot. This Property is 2,250 square feet, which would easily place the Property at $1,071,000. | Lack of foundation, Lack of personal knowledge, Fed.R.Evid. § 602. Improper expert opinion by a law witness. Fed. R. Evid §701, Relies on Hearsay, Fed. R. Evid. § 802. |
| 11. | Exhibit C | Unauthenticated writing. Fed. R. Evid. § 901. |
| 12. | Paragraph 7. "Based on these images and the interior, it is absolutely impossible to conclude that this Property is worth $600,000." | Lack of foundation, Lack of personal knowledge, Fed.R.Evid. §§ 601, 602. Improper expert opinion by a law witness. Fed. R. Evid §701, 702 |

3

**DEBTOR'S EVIDENTIARY OBJECTIONS TO DECLARATION OF GRACHUY
ARUTYUNYAN, AND EXHIBITS ATTACHED THERETO**

| | | |
|---|---|---|
| 13. | Paragraph 8. "On the same block, the homes sold average $800,000 and up to $1,100,000." | Lack of foundation, Lack of personal knowledge, Fed.R.Evid. §§ 601, 602. |
| 14. | Exhibit D. | Unauthenticated writing. Fed. R. Evid. § 901. Hearsay, no exceptions. Fed. R. Evid. §§ 801, 802. |
| 15. | Paragraph 9: "Debtor had listed the Property and withdrew the listing in an attempt to defraud me and Mr. Karapetyan, the third lienholder." | Lack of foundation, Lack of personal knowledge, Fed.R.Evid. §§ 601, 602. Improper legal argument and conclusion. |
| 16. | Exhibit E | Unauthenticated writing. Fed. R. Evid. § 901. Hearsay, no exceptions. Fed. R. Evid. §§ 801, 802. |
| 17. | Exhibit F. | Unauthenticated writing. Fed. R. Evid. § 901. Hearsay, no exceptions. Fed. R. Evid. §§ 801, 802. |
| 18. | Paragraph 10. "This report, dated July 29, 2020, shows there are three active listings in one mile radius with average sale prices of $1,080,667." | Lack of foundation, Lack of personal knowledge, Fed.R.Evid. §§ 601, 602. Improper expert opinion by a law witness. Fed. R. Evid §701. |
| 19. | Exhibit G | Unauthenticated writing. Fed. R. Evid. § 901. Hearsay, no exceptions. |

4

**DEBTOR'S EVIDENTIARY OBJECTIONS TO DECLARATION OF GRACHUY ARUTYUNYAN, AND EXHIBITS ATTACHED THERETO**

| | | Fed. R. Evid. §§ 801, 802. |
|---|---|---|
| 20. | Paragraph 11: "In this correspondence, Mr. Karapetyan states that he had advised the Debtor and her husband, Borik Babayan, to sell the Property." | Double Hearsay, no exceptions. Fed. R. Evid. §§ 801, 802. Unauthenticated writing. Fed. R. Evid. § 901, Lack of foundation, Lack of personal knowledge, Fed.R.Evid. §§ 601, 602. |
| 21. | Paragraph 11: "Debtor's husband told Mr. Karapetyan that "*they don't have any intention to sell the [Property] even though it might sell for over $900.000*."" | Double Hearsay, no exceptions. Fed. R. Evid. §§ 801, 802. Unauthenticated writing. Fed. R. Evid. § 901, Lack of foundation, Lack of personal knowledge, Fed.R.Evid. §§ 601, 602. |
| 22. | Paragraph 11: "The realtor listed the Property and has an offer for $900,000 but the Debtor and her husband rejected the offer in bad faith." | Hearsay, no exceptions. Fed. R. Evid. §§ 801, 802. Lack of foundation, Lack of personal knowledge, Fed.R.Evid. §§ 601, 602. Improper legal argument and conclusion. |
| 23. | Exhibit H. | Unauthenticated writing. Fed. R. Evid. § 901. Hearsay, no exceptions. Fed. R. Evid. §§ 801, 802. |
| 24. | Paragraph 12: "In this sales comparable report it shows | Lack of foundation, Lack |

**DEBTOR'S EVIDENTIARY OBJECTIONS TO DECLARATION OF GRACHUY ARUTYUNYAN, AND EXHIBITS ATTACHED THERETO**

| | | |
|---|---|---|
| | that based on the average sales comparables in these figures – the Property is worth $991,045." | of personal knowledge, Fed.R.Evid. §§ 601, 602. Improper expert opinion by a law witness. Fed. R. Evid §701. |
| 25. | Paragraph 13: "In fact, in February 2020, Debtor accepted an offer for $910,000 from a buyer and escrow was opened." | Lack of foundation, Lack of personal knowledge, Fed.R.Evid. §§ 601, 602. |
| 26. | Paragraph 13: "But, the Debtor abruptly rescinded the agreement claiming that they had a family member from Russia who was willing to send them money to cure arrears and allow them to keep the Property." | Lack of foundation, Lack of personal knowledge, Fed.R.Evid. §§ 601, 602. Improper legal argument. |
| 27. | Paragraph 14: "What the Debtor is really attempting to do is delay the process far enough so she can short-sale the Property to a related family member." | Lack of foundation, Lack of personal knowledge, Fed.R.Evid. §§ 601, 602. Improper legal argument and conclusion. |

Dated:  09/02/2020             By: _____

                                                    Vahe Khojayan
                                                    Counsel for Debtor in Possession

**DEBTOR'S EVIDENTIARY OBJECTIONS TO DECLARATION OF GRACHUY ARUTYUNYAN, AND EXHIBITS ATTACHED THERETO**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**1010 N. Central Ave, Ste 450
Glendale, CA 91202**

A true and correct copy of the foregoing document described as __**Evidentiary Objections**__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __**09/02/2020**__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**Joseph C Delmotte on behalf of Creditor Fifth Third Bank, National Association
ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
Joseph C Delmotte on behalf of Interested Party Courtesy NEF
ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
Kathy A Dockery (TR)
EFiling@LATrustee.com
Sevan Gorginian on behalf of Creditor Grachuy Arutyunyan
sevan@gorginianlaw.com, 2486@notices.nextchapterbk.com
Vahe Khojayan on behalf of Debtor Anahit Harutyunyan
vahe@kglawapc.com
United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov**

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __**09/02/2020**__, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **09/02/2020** | **Menua Yesayan** | **/s/ Menua Yesayan** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**DEBTOR'S EVIDENTIARY OBJECTIONS TO DECLARATION OF GRACHUY ARUTYUNYAN, AND EXHIBITS ATTACHED THERETO**

| | |
|---|---|
| Bank of America<br>4909 Savarese Circle<br>Fl1-908-01-50<br>Tampa, FL 33634<br><br>Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850<br><br>Masis Karapetyan, Naira Khachatryan<br>1006 E. Angeleno Ave.,<br>Burbank, CA 91501<br><br>Nordstrom FSB<br>Attn: Bankruptcy<br>Po Box 6555<br>Englewood, CO 80155<br><br>Resurgent Capital Services<br>Attn: Bankruptcy<br>Pob 10497<br>Greenville, SC 29603<br><br>Volkswagen Credit, Inc<br>Attn: VW Credit Inc.<br>Po Box 9013<br>Addison TX 75001<br><br>LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487<br><br>Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2238 |

8

**DEBTOR'S EVIDENTIARY OBJECTIONS TO DECLARATION OF GRACHUY ARUTYUNYAN, AND EXHIBITS ATTACHED THERETO**