# EXHIBIT    K

　　　　　　　　　　　　　　　　　　　　　　　　　　　Vahe Khojayan <vahe@kglawapc.com>

## Offer on the property - Harutyunyan

**Sevan Gorginian, Esq.** <sevan@gorginianlaw.com>　　　　　　　　　　　　　　　Thu, Sep 3, 2020 at 1:32 PM
To: Vahe Khojayan <vahe@kglawapc.com>

Hi Vahe -

Nice speaking with you yesterday.  As mentioned on our call, my client knows someone (an investor) willing to purchase the property.  They will offer $700k for the property.  If your clients are serious to sell, then this is the right time.  I will withdraw all objections to plan confirmation and they can sell the property with all of the structural damages.

As you know, the current fair market value of any asset is what a willing and able buyer is willing to pay for it.  So your clients may have their appraisals, we will have ours -- but if we inform the judge that there is a buyer, right now, willing to pay $700k then that's the price.

Please relay this to your clients and see if we can make a deal and move forward.

Thanks,

Sevan Gorginian, Esq.
Attorney at Law

**Law Office of Sevan Gorginian**
450 North Brand Boulevard, Suite 600
Glendale I California I 91203
Tel: 818.928.4445 I Fax: 818.928.4450
www.GorginianLaw.com

We are a Debt Relief Agency.

CONFIDENTIALITY NOTICE: The contents of this email are intended for the addressee(s) and may contain confidential or privileged information and may be legally protected from disclosure. If you received this email by accident then please immediately let me know by replying to this email and then please delete the email.  Use of this email or storing it if it is not yours is prohibited under the law. Thank you.