# EXHIBIT    M

 Vahe Khojayan <vahe@kglawapc.com>

## Appraisal tomorrow at 5pm? Sunland property

**Vahe Khojayan** <vahe@kglawapc.com>  Wed, Sep 23, 2020 at 1:37 PM
To: "Sevan Gorginian, Esq." <sevan@gorginianlaw.com>

> Got it.
>
> Vahe Khojayan
> KG Law, APC
> 1010 N. Central Ave. Ste 450
> Glendale, CA  91202
> T:  818-280-4280
> F:  818-280-4281
> www.kglawapc.com
>
>
> The information contained in this e-mail transmission is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by return e-mail, and delete and/or destroy this transmission. Thank you.
>
> On Wed, Sep 23, 2020 at 1:34 PM Sevan Gorginian, Esq. <sevan@gorginianlaw.com> wrote:
>> Vahe, I appreciate it.  That time won't work for them.  I told the appraiser to contact your office to schedule a time this week or even next that is convenient to your clients.  Thank you.
>>
>> On Wed, Sep 23, 2020 at 1:20 PM Vahe Khojayan <vahe@kglawapc.com> wrote:
>>> Sevan: We can give access to the appraiser tomorrow at 1pm.  Sorry today won't work.
>>>
>>> Vahe Khojayan
>>> KG Law, APC
>>> 1010 N. Central Ave. Ste 450
>>> Glendale, CA  91202
>>> T:  818-280-4280
>>> F:  818-280-4281
>>> www.kglawapc.com
>>>
>>>
>>> The
>>>
>>> information contained in this e-mail transmission is attorney
>>>
>>> privileged and confidential information intended only for the use of the
>>>
>>> individual or entity named above. If the reader of this transmission is
>>>
>>> not the intended recipient, you are hereby notified that any
>>>
>>> dissemination, distribution, or copying of this communication is
>>>
>>> strictly prohibited. If you have received this communication in error,
>>>
>>> please immediately notify us by return e-mail, and delete and/or destroy

this transmission. Thank you.

On Wed, Sep 23, 2020 at 8:56 AM Sevan Gorginian, Esq. <sevan@gorginianlaw.com> wrote:
> Thank you. There was some issue between my client and the appraiser, the details of which I will be putting in her declaration to explain the issue - not a big deal. Thank you.
>
>
> Sevan Gorginian, Esq.
> Attorney at Law
>
> **Law Office of Sevan Gorginian**
> 450 North Brand Boulevard, Suite 600
> Glendale I California I 91203
> Tel: 818.928.4445 I Fax: 818.928.4450
> www.GorginianLaw.com
>
> We are a Debt Relief Agency.
>
> CONFIDENTIALITY NOTICE:
>
> The contents of this email are intended for the addressee(s)
>
> and may contain confidential or privileged information and may be legally protected from
>
> disclosure. If you received this email by accident then please immediately let me know by replying to this email and then please delete the email. Use of this email or storing it if it is not yours is prohibited under the law. Thank you.
>
>
> On Wed, Sep 23, 2020 at 8:15 AM Vahe Khojayan <vahe@kglawapc.com> wrote:
>> Let me check with them and let you know. What was the problem with the first appraiser?
>>
>> On Wed, Sep 23, 2020 at 7:36 AM Sevan Gorginian, Esq. <sevan@gorginianlaw.com> wrote:
>>> Vahe, To clarify my email below, my client would like to do another appraisal. Please ask your clients for a convenient time this week or next. Thanks.
>>>
>>> We have someone that can be there today at five but if that does not work then please propose different dates and times that work for your client this week or next. Thank you!
>>>
>>> On Tue, Sep 22, 2020 at 6:45 PM Sevan Gorginian, Esq. <sevan@gorginianlaw.com> wrote:
>>>> Hi Vahe, would you please ask your client if it's ok if we send an appraiser tomorrow at 5pm? We've had some complications with our appraiser we sent last week. I know that is not your fault nor your clients but if your clients are amenable and available, if we can send an appraiser there tomorrow at 5pm or sometime else this week or next. Please let me know. Thanks. --
>>>> Sevan Gorginian, Esq.
>>>> Bankruptcy Counsel
>>>>
>>>> Law Office of Sevan Gorginian
>>>> 450 N. Brand Boulevard | Suite 600
>>>> Glendale | California | 91203
>>>> Tel: 818.928.4445 | Fax: 818.928.4450
>>>> sevan@gorginianlaw.com
>>>> www.GorginianLaw.com
>>>>
>>>> We are a debt relief agency. We help people file for bankruptcy.
>>>
>>>
>>> --
>>> Sevan Gorginian, Esq.
>>> Bankruptcy Counsel

Law Office of Sevan Gorginian
450 N. Brand Boulevard | Suite 600
Glendale | California | 91203
Tel: 818.928.4445 | Fax: 818.928.4450
sevan@gorginianlaw.com
www.GorginianLaw.com

We are a debt relief agency. We help people file for bankruptcy.

--
Vahe K.

--
Sevan Gorginian, Esq.
Bankruptcy Counsel

Law Office of Sevan Gorginian
450 N. Brand Boulevard | Suite 600
Glendale | California | 91203
Tel: 818.928.4445 | Fax: 818.928.4450
sevan@gorginianlaw.com
www.GorginianLaw.com

We are a debt relief agency. We help people file for bankruptcy.