Stella Havkin (SBN 134334)
David Jacob (SBN 256374)
Havkin & Shrago Attorneys at Law
5950 Canoga Avenue, Suite 400
Woodland Hills, California 90040
Telephone: (818) 999-1568
Facsimile: (818) 305-6040
Email: stella@havkinandshrago.com

Attorneys for Creditor Grachuy Arutyunyan as trustee for Arutyunyan Living Trust

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA- LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:20-bk-15381-SK |
| | Chapter 13 |
| ANAHIT HARUTYUNYAN, | **SUPPLEMENTAL OBJECTION TO CONFIRMATION OF CHAPTER 13 CASE; DECLARATIONS AND REQUEST FOR JUDICIAL NOTICE** |
| Debtor | |
| | Time: March 4, 2021 |
| | Date: 8:30 a.m. |
| | Courtroom: 1575 |
| | Location: 255 E. Temple Street |
| | Los Angeles CA 90012 |

**TO THE HONORABLE SANDRA R. KLEIN, UNITED STATES BANKRUPTCY JUDGE; DEBTOR AND DEBTOR'S COUNSEL; KATHY DOCKERY CHAPTER 13 TRUSTEE, AND OTHER PARTIES IN INTEREST:**

Grachuy Arutyunyan as trustee for the Arutyunyan Living Trust ("Arutyunyan") a junior lien holder on the real estate located at 10366 Ormond Avenue Sunland, California 91040 ("Real Property") files this supplemental objection to confirmation of the chapter 13 case ("Case") of Anahit Harutyunyan ("Debtor") on the following grounds:

//

//

//

Supplemental Objection to Confirmation ----Page 1

## I.

## <u>INTRODUCTION</u>

The Debtor is not eligible to be a chapter 13 debtor for two reasons.  First, the Debtor misrepresented facts and/or withheld information from the Court regarding her Real Property to manipulate the value on a lien avoidance motions.  Therefore, this Debtor is not a member of the "honest but unfortunate" class entitled to the benefits and privileges of a Chapter 13 bankruptcy case *Marrama v. Citizens Bank*, 549 U.S. 365, 374 (2007) (citation omitted).  The Debtor cannot be trusted to be in possession of assets of the bankruptcy estate.

Second, the Debtor is not eligible to be a chapter 13 debtor because she does not have regular income as required under 11 U.S.C. §109(e).

## II.

## <u>FACTS</u>

1. On August 21, 2018, the Debtor obtained an appraisal for the Real Estate valuing the Real Estate at $915,000 ("2018 Value").  The appraisal which was obtained through a subpoena is attached to the Declaration of Sevan Gorginian as Exhibit "1."  **The appraisal at page 3 states that "Bathrooms remodeled less than a year ago.  The subject property is improved with 2bd/1bath dwelling with 2 car built in garage and a partial basement. Per owner they are planning to pull permits to finish this area as a bedroom or den w/full bathroom.  … After the last transfer the subject property underwent a major remodeling and upgrades through the place."**  Further, at page 23 of the appraisal, photos demonstrate that as of August 21, 2018, the basement was not completed.

2. No such permits were ever obtained, yet the addition was completed.  A true and correct of the report prepared by L.T.H. Design and Construction is attached to the Declaration of Levon Halulyan as Exhibit "A".  The report was prepared as a result of an inspection on September 17, 2020.  The report discusses several illegal additions. Further, Mr. Halulyan reviewed the Los Angeles Register of Permits for the Property and no permits were obtained since August 14, 2003.  As such, the work that was performed by the Debtor was without permits and without approval by the authorized governmental agencies.  The issues with the

structural problems with the addition were self-created by the Debtor.  At the time of the inspection, the Debtor informed Halulyan that they did the additions. The additions were done in the hillside area.  They are illegal and must be torn down.  The cost to do so is approximately $23,000.

3.  From March 11, 2020 to June 12, 2020, the Real Property was listed for sale for $799,000.00 ("Pre-Petition List Value").

4.  On March 14, 2020, Debtor received an offer for the Real Property for $880,000. .Dkt 52-1. Exhibit "1" ("Petrosian Offer").

5.  On May 19, 2020, after the Petrosian Offer was withdrawn, the Debtor accepted another offer for $900,000.00 ("Asatryan Offer").

6.  The Debtor filed for Chapter 13 relief on June 15, 2020 ("Petition Date"), Dkt No. 1.

7.  On June 23, 2020 the Debtor filed the schedules, Dkt No. 11.

8.  The Debtor's schedule B and C lists the Real Property with a value of $600,000.00. ("Petition Value").

9.   The Debtor's schedule I and J ("Budget Schedules") Dkt No. 11 Pg 19 and statement of financial affairs reference a transportation business called Arm Trans ("Arm Trans") headquartered at the Real Property.  Dkt No. 11 Pg 29.

10. The Budget Schedules state that the Debtor is the "bookkeeper" and the non-filing spouse (the "Husband") is the driver for Arm Trans.  Dkt No. 11 Pg 19.

11. Arm Trans is not listed on schedule B or C nor are any vehicles disclosed for Arm Trans. Dkt No. 11 Pg 8.

12. The United States Department of Transportation ("USDOT") "Safer Web Company Snapshot" ("Snapshot") attached as Exhibit "1" to the Declaration of Stella Havkin shows that the Husband and the DBA Arm Trans are no longer authorized to operate under the USDOT number ("USDOT Number").  The Snapshot also shows that insurance that is in the process of being canceled.

**13.** On December 10, 2019, the Debtor and Husband separated.  See, page 1 of Exhibit "1" to the Request for Judicial Notice.  On August 3, 2020, the Husband filed for divorce from the

Supplemental Objection to Confirmation ----Page 3

Debtor in Los Angeles Superior Court Case No. 20PDFL01098.  At no time since the filing of the instant case has the Debtor filed amended schedules to reflect that she is separated from Husband or that the Husband has a separate household with the income for the household being different than disclosed in the schedules.  **Husband lives in Michigan.**

14. Husband is the subject of a forfeiture action by the State of Ohio.  A true and correct copy of the complaint for forfeiture is attached to the Request for Judicial Notice as Exhibit "2." The action was pending within a year of the filing of the petition.  Yet, the Debtor failed to disclose in the Statement of Financial Affairs legal proceedings that her Husband was a party to.  Forfeitures would affect the Debtor's ability to perform under any plan.  However, she failed to disclose such an important fact.

15. On August 3, 2020, Kathy Dockery the Chapter 13 Trustee ("Trustee") filed an objection ("Objection") to the confirmation of the Debtor's plan Dkt No. 23 requesting proof of income and compliance documents for Arm Trans including proof of insurance and licenses. Objection Item No. 5.

16. On August 28, 2020, The Debtor filed motions to avoid liens including Arutyunyan. Dkt Nos. 26,27,28 (Together referred to herein as the "Lien Avoidance Motion").

17. The Lien Avoidance Motion included a declaration and appraisal from an appraiser named Michael Ford ("Ford") valuing the Real Property at $410,000.00 ("Ford Value").

18. The Lien Avoidance included a declaration from Dylan Peterson ("Peterson") listing a non-existent structural engineering license. Dkt No. 77 Pg. 3. The evidence attached to the Peterson declaration included a price quote ("Quote") which stated "the **most extensive indication** of foundation failure **are seen in the _addition_**" (emphasis added) ("Addition"). Dkt No. 26 Exhibit E Pg 34.  The Quote noted that the Addition was "….recently patched." Dkt No. 26 Exhibit E Pg 34.  The Quote described the foundation of the Addition as follows: "From the exterior the foundation of the addition appears to be **nothing more than CMU blocking**" (emphasis added) Dkt No. 26 Exhibit E Pg 34.

19. Creditors filed oppositions to the Lien Avoidance Motion with valuations at $975,000.00. Dkt No.65 ("Landon Value") and $930,000 Dkt No.64 ("Masterson Value").

20. The Creditors and the Debtor agreed to an independent third-party appraiser ("Third-Party") whose appraisal was $900,000. ("Third Party Value").

21. Debtor objected to the Third-Party Value on various grounds ("Supplemental") including alleged failure of the Third-Party to take the foundational issues into account.  Dkt. No. 87 Pg. 2.

### III.

### ARGUMENT

**A.** **THE DEBTOR HAS NO EVIDENCE INDICATING REGULAR INCOME TO BE A CHAPTER 13 DEBTOR.**

11 U.S.C. § 109(e) states "Only an individual with regular income…. may be a debtor under chapter 13 of this title."   An individual with regular income is defined under 11 U.S.C. §101(30) "means an individual whose income is sufficiently stable and regular" to make plan payments. The Budget Schedules list Arm Trans as an employer and the Debtor is a "bookkeeper".  Yet, the Husband has filed for divorce.  Further, California is one of the states in the union that requires a valid USDOT Number to conduct an intra state transportation business. See. FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION "DO I NEED A USDOT NUMBER?" https://www.fmcsa.dot.gov/registration/do-i-need-usdot-number (last updated December 31, 2020). A true and correct copy of the printout from the FMCSA website is attached to the Havkin Declaration as Exhibit "2."   Arm Trans and the Husband are no longer authorized to conduct business with the USDOT number and as seen on Snapshot there is a pending cancelation of insurance.  Without an operating business, the Debtor has no income to commit to a Chapter 13 plan.  Further, according to the Debtor's schedules, Arm Trans has no vehicles or assets.

The Chapter 13 Trustee has requested numerous documents including a business report, profit and loss statements, evidence of insurance, and licenses. The Debtor will be unable to provide these documents since the Husband is no longer authorized to conduct this business.  The Debtor's tax returns mention rental income which does not exist on the Budget Schedules. See Objection page 5. To date no amendments to the schedules have been made, nor has the Objection been withdrawn.  The Husband filed divorce after the Petition Date and Budget Schedules show that the

1    Debtor is dependent entirely on the Husband's income as the employer. **The Husband lives in**

2    **Michigan.** See, Exhibit "1" to the Request for Judicial Notice. The Debtor has not disclosed this

3    fact to the Court. Without the Husband she has no income. Therefore, the Debtor does not qualify

4    as a Chapter 13 Debtor.

5    **B.    MISREPRESENTING THE NATURE AND EXTENT OF FOUNDATIONAL**

6    **DEFECTS TO MANIPULATE VALUE ON THE LIEN AVOIDANCE MOTION IS BAD**

7    **FAITH CONDUCT.**

8    The Debtor not only misrepresented Peterson's credentials Dkt 26 pg 9 ¶ 1 (no structural

9    engineering license), but also the nature and extent of the "structural and foundational defects

10   present at the [Real Property]" Dkt 26 pg 9 ¶ 3 ("Defects"). Three days passed between the Debtor's

11   own Pre-Petition List Value and the Petition Value resulting in a $199,000 decrease in value. As

12   stated in Arutyunyan's reply to the Supplemental, the price drop describes the Real Property value

13   as if the Real Property was "the victim of multiple explosions only days before the Petition Date"

14   Dkt No. 91 pg 6 line 4. Now we know that the Debtor created explosions came in the form of

15   Addition built illegally without permits, without City permission and not up to code.

16   This Addition was presented to the Court as if it was structural problems existing with the

17   Main Property, the one built with permission and up to code. The Debtor's declaration attached to

18   the Lien Avoidance Motion was silent about the recently added, patched and illegal Addition,

19   merely that the seller "found" defects. Docket Pg 7 ¶6. Notwithstanding these "defects" the Debtor

20   chose to relist the Real Property and then the buyer "found" these defects. Docket Pg 7 ¶7. The

21   Peterson Declaration is silent about an Addition and lack of permits. Only the fine print in the Lien

22   Avoidance Motion Exhibit E hints that the "most extensive indication of foundational failure are

23   seen in the [Addition]". Only after a very close examination of the picture on the right-hand side of

24   page 36 Exhibit "E" can one see the Addition. The Court and creditors are expected to play hide and

25   seek and "Where's Waldo" with the evidence.

26   **C.    THIS COURT HAS DISCRETION TO DENY CONFIRMATION AND TO**

27   **CONVERT THIS CASE TO CHAPTER 7 RATHER THAN DISMISS.**

28   Although "bad faith" is not one of the enumerated reasons for dismissal or conversion under

Supplemental Objection to Confirmation ----Page 6

11 U.S.C. § 1307(c), federal courts are nearly unanimous in stating that pre-petition bad faith conduct can constitute a reason for dismissal or conversion including the Ninth Circuit See, *Marrama* at 367 (2007).  Bad faith is to be determined on case-by-case basis "considering the particular features of each Chapter 13 plan." *In re Blendheim*, 803 F.3d 477, 499 (9th Cir 2015) (internal citation omitted) utilizing a totality of the circumstances test considering four factors:

> (1) whether the debtor misrepresented facts in his petition or plan, unfairly manipulated the Bankruptcy Code, or otherwise filed his Chapter 13 petition or plan in an inequitable manner;
> (2) the debtor's history of filings and dismissals;
> (3) whether the debtor only intended to defeat state court litigation; and
> (4) whether egregious behavior is present.
> *Blendheim* at 499 (citations omitted)

Examples of "egregious behavior" as set forth in *In re Tomlin*, 105 F.3d 933, 937 (4th Cir 1997) Cited by *In re Leavitt*, 171 F.3d 1219, 1224 (9th Cir 1999)   could include  the concealing of information from the bankruptcy court, *See*, *In re Martin-Trigona* 35 B.R. 596, 602 (Bankr S.D.N.Y 1983) Cited in *Tomlin* at 937.  The Debtor complained that the Third Party did not take the Defects into account in their appraisal as if those Defects belonged to the foundation of the main structure, when in fact the Defects were a product of the Addition created by the Debtor by failing to comply with laws which require permits and inspection by City officials.  The Debtor's own 2018 Value was half a million dollars more than the Ford Value and this is because of the Addition.  The Quote for the work was to bring the Addition up to code not the make the main structure habitable. Creditors should not be made to pay for an illegal Addition and for misrepresentations made to the Court.

Once bad faith is found, the Court has discretion to convert the Case even if the Debtor was to now request dismissal. *In re Rosson* 545 F.3d 764, 777 (9th Cir 2008) (bankruptcy courts have discretion to convert rather than dismiss a chapter 13 notwithstanding debtor preferences); *In re Jacobsen* 609 F.3d 647, 653 (5th Cir 2010)(debtor's absolute right to dismissal can be defeated with a bad faith finding or abuse of process resulting in conversion).

Given the lengths to which the Debtor has gone to deceive parties and this Court, dismissal

1  would merely change the venue for the Debtor to continue the hide and seek game at the creditors'

2  expense.  A Chapter 7 trustee is better equipped to supervise and deal with parties such as the Debtor.

3  This deception required a tremendous amount of effort and expense and it maybe that the Chapter

4  7 Trustee may also fail in controlling the Debtor, but at that point it would be clear to the Court that

5  the Debtor is not entitled to a discharge.  In this case, the reaction of Debtor's counsel to presenting

6  a misrepresentation to the Court was that the objection was "too late" not that the allegation was

7  incorrect. Dkt No. 77 Page 3.

## IV.

## CONCLUSION

10       WHEREFORE, Arutunyan respectfully requests that the Court enter an order:

11   1.   Denying confirmation of the Chapter 13 case;

12   2.   Alternatively, converting the Case to Chapter 7 so that a Chapter 7 Trustee can relieve

13        the investigative burden currently on the creditors.

14   3.   Granting such other and further relief as this Court may deem just and proper.

DATED: February 19, 2021              Respectfully submitted,

Havkin & Shrago

By: _____
    Stella Havkin
    Attorney for Secured Creditor Arutunyan

Supplemental Objection to Confirmation ----Page 8

**DECLARATION OF STELLA HAVKIN**

I, Stella Havkin, declare,

1.      I am an attorney at law, duly licensed to practice before the Central District of California, and am counsel for Grachuy Arutyunyan as trustee for the Arutyunyan Living Trust ("Arutyunyan").  I offer this declaration ("Declaration") in support of Arutyunyan's motion to convert ("Motion") to the above titled debtor's ("Debtor") Chapter 13 case to Chapter 7 case.  I have personal knowledge of the facts stated herein.  Unless otherwise noted, capitalized terms referenced in this declaration have the same meaning as those set forth in the Application.  If called and sworn as a witness, I could and would competently testify to the above.

2.      Attached hereto as Exhibit "1" is a true and correct copy of the Snapshot obtained from Federal Motor Carrier Safety Administration Website on February 15, 2021.

3.      Further, California is one of the states in the union that requires a valid USDOT Number to conduct an intra state transportation business. See FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION "DO I NEED A USDOT NUMBER?." A true and correct copy of the printout from the website of FMCSA is attached hereto as Exhibit "2."

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed this 17th day of February 2021 at Woodland Hills, California.

_____
Stella Havkin

**EXHIBIT 1**



*Company Snapshot*

**BARIS BABASYAN**
USDOT Number: 1556809

( ) USDOT Number   ( ) MC/MX Number   ( ) Name

Enter Value: 1556809

[ Search ]

**ID/Operations** | **Inspections/Crashes In US** | **Inspections/Crashes In Canada** | **Safety Rating**

**Carriers:** If you would like to update the following ID/Operations information, please complete and submit form MCS-150 which can be obtained online or from your State FMCSA office. If you would like to challenge the accuracy of your company's safety data, you can do so using FMCSA's DataQs system.

**Other Information for this Carrier**

▼ SMS Results
▼ Licensing & Insurance

**Carrier and other users:** FMCSA provides the Company Safety Profile (CSP) to motor carriers and the general public interested in obtaining greater detail on a particular motor carrier's safety performance then what is captured in the Company Snapshot. To obtain a CSP please visit the CSP order page or call (800)832-5660 or (703)280-4001 (Fee Required).

For help on the explanation of individual data fields, click on any field name or for help of a general nature go to **SAFER General Help**.

**The information below reflects the content of the FMCSA management information systems as of 02/14/2021.**

**To find out if this entity has a pending insurance cancellation, please click here.**

| | | | |
|---|---|---|---|
| **Entity Type:** | CARRIER | | |
| **Operating Status:** | NOT AUTHORIZED | **Out of Service Date:** | None |
| **Legal Name:** | BARIS BABASYAN | | |
| **DBA Name:** | ARM TRANS | | |
| **Physical Address:** | 10366 ORMOND ST SHALOW HILLS, CA  91040 | | |
| **Phone:** | (313) 753-9407 | | |
| **Mailing Address:** | 10366 ORMOND ST SHALOW HILLS, CA  91040 | | |
| **USDOT Number:** | 1556809 | **State Carrier ID Number:** | |
| **MC/MX/FF Number(s):** | MC-577804 | **DUNS Number:** | -- |
| **Power Units:** | 1 | **Drivers:** | 1 |
| **MCS-150 Form Date:** | 07/29/2020 | **MCS-150 Mileage (Year):** | 1 (2019) |

**Operation Classification:**

| | | | |
|---|---|---|---|
| x Auth. For Hire | Priv. Pass.(Non-business) | State Gov't | |
| Exempt For Hire | Migrant | Local Gov't | |
| Private(Property) | U.S. Mail | Indian Nation | |
| Priv. Pass. (Business) | Fed. Gov't | | |

**Carrier Operation:**

| | | |
|---|---|---|
| x Interstate | Intrastate Only (HM) | Intrastate Only (Non-HM) |

**Cargo Carried:**

| | | |
|---|---|---|
| x General Freight | Liquids/Gases | Chemicals |
| Household Goods | Intermodal Cont. | Commodities Dry Bulk |
| Metal: sheets, coils, rolls | Passengers | Refrigerated Food |
| Motor Vehicles | Oilfield Equipment | Beverages |
| Drive/Tow away | Livestock | Paper Products |
| Logs, Poles, Beams, Lumber | Grain, Feed, Hay | Utilities |
| Building Materials | Coal/Coke | Agricultural/Farm Supplies |
| Mobile Homes | Meat | Construction |
| Machinery, Large Objects | Garbage/Refuse | Water Well |
| Fresh Produce | US Mail | |

**ID/Operations** | **Inspections/Crashes In US** | **Inspections/Crashes In Canada** | **Safety Rating**

### US Inspection results for 24 months prior to: 02/14/2021

Total Inspections: 0
Total IEP Inspections: 0

**Note:** Total inspections may be less than the sum of vehicle, driver, and hazmat inspections. Go to Inspections Help for further information.

| Inspection Type | Vehicle | Driver | Hazmat | IEP |
|---|---|---|---|---|
| Inspections: |
| Inspections | 0 | 0 | 0 | 0 |
| Out of Service | 0 | 0 | 0 | 0 |
| Out of Service % | 0% | 0% | 0% | 0% |
| Nat'l Average % as of DATE 01/29/2021* | 20.71% | 5.19% | 4.44% | N/A |

**\*OOS rates calculated based on the most recent 24 months of inspection data per the latest monthly SAFER Snapshot.**

### Crashes reported to FMCSA by states for 24 months prior to: 02/14/2021

**Note:** Crashes listed represent a motor carrier's involvement in reportable crashes, without any determination as to responsibility.

| | Type | Fatal | Injury | Tow | Total |
|---|---|---|---|---|---|
| | | | Crashes: | | |
| | Crashes | 0 | 0 | 0 | 0 |

---

**ID/Operations** | **Inspections/Crashes In US** | **Inspections/Crashes In Canada** | **Safety Rating**

### Canadian Inspection results for 24 months prior to: 02/14/2021

Total inspections: 0

**Note:** Total inspections may be less than the sum of vehicle and driver inspections. Go to Inspections Help for further information.

| Inspection Type | Vehicle | Driver |
|---|---|---|
| | Inspections: | |
| Inspections | 0 | 0 |
| Out of Service | 0 | 0 |
| Out of Service % | 0% | 0% |

### Crashes results for 24 months prior to: 02/14/2021

**Note:** Crashes listed represent a motor carrier's involvement in reportable crashes, without any determination as to responsibility.

| | Type | Fatal | Injury | Tow | Total |
|---|---|---|---|---|---|
| | | | Crashes: | | |
| | Crashes | 0 | 0 | 0 | 0 |

---

**ID/Operations** | **Inspections/Crashes In US** | **Inspections/Crashes In Canada** | **Safety Rating**

*The Federal safety rating does not necessarily reflect the safety of the carrier when operating in intrastate commerce.*

**Carrier Safety Rating:**

### The rating below is current as of: 02/14/2021

### Review Information:

| Rating Date: | None | Review Date: | None |
|---|---|---|---|
| Rating: | None | Type: | None |

SAFER Home | Feedback | Privacy Policy | USA.gov | Freedom of Information Act (FOIA) | Accessibility | OIG Hotline | Web Policies and Important Links | Plug-ins

https://safer.fmcsa.dot.gov/query.asp?searchtype=ANY&query_type=queryCarrierSnapshot&query_param=USDOT&query_string=1556809     2/3

1200 New Jersey Avenue SE, Washington, DC 20590 • 1-800-832-5660 • TTY: 1-800-877-8339 • Field Office Contacts

**EXHIBIT 2**

 An official website of the United States government Here's how you know

The latest information on the Coronavirus Disease 2019 (COVID-19) is available on coronavirus.gov.

United States Department of Transportation

# FMCSA
### Federal Motor Carrier Safety Administration

Search

Home / Registration

- Registration
- Getting Started
- Get Authority to Operate (MC Number)
- USDOT Numbers
- Update Registration
- Insurance Filing Requirements
- Request PIN
- Other Services ›

## Related Links

- Register via the Unified Registration System
- Get Operating Authority (MC Number)
- Frequently Asked Questions
- Ask a Question by Email

### FMCSA Registration Information

Federal Motor Carrier Safety Administration
Note: Mid-day (especially Tuesday - Wednesday) has the highest call volume and is the busiest time for the Contact Center. Wait times and processing times can be much longer during these periods.
MC-RS
1200 New Jersey Ave. SE, Room W65-206
Washington, DC 20590
United States

**Phone:** 800-832-5660
**Business Hours:**
8:00am-8:00pm ET, M-F

**Social Media Links:**

# Do I Need a USDOT Number?

Español

What is a USDOT Number?
Companies that operate commercial vehicles transporting passengers or hauling cargo in interstate commerce must be registered with the FMCSA and must have a USDOT Number. Also, commercial intrastate hazardous materials carriers who haul types and quantities requiring a safety permit must register for a USDOT Number.

The USDOT Number serves as a unique identifier when collecting and monitoring a company's safety information acquired during audits, compliance reviews, crash investigations, and inspections. **Click the button below to access our interactive tool that will determine if you need a US DOT number:**

## DO I NEED A DOT NUMBER?

You are required to obtain a USDOT number if you have a vehicle that:

- Is used to transport the types and quantities of hazardous materials requiring a safety permit in intrastate commerce (see 49 CFR 385.403).

OR

- Has a gross vehicle weight rating or gross combination weight rating, or gross vehicle weight or gross combination weight, of 4,536 kg (10,001 pounds) or more, whichever is greater; or
- Is designed or used to transport more than 8 passengers (including the driver) for compensation; or
- Is designed or used to transport more than 15 passengers, including the driver, and is not used to transport passengers for compensation;

### AND is involved in Interstate commerce:

Trade, traffic, or transportation in the United States—

- Between a place in a State and a place outside of such State (including a place outside of the United States);
- Between two places in a State through another State or a place outside of the United States; or
- Between two places in a State as part of trade, traffic, or transportation originating or terminating outside the State or the United States.

You are required by FMCSA to obtain a USDOT Number and comply with the Federal Regulations.

How to Comply with Federal Regulations

It is the responsibility of motor carrier operators and drivers to know and comply with all applicable Federal Motor Carrier Safety Regulations. Safety compliance and safe operations translate into saved lives and protected property.  We believe the information in this package, when effectively applied, will contribute to safer motor carrier operations and highways.

## States that Require a DOT Number

Apart from federal regulations, some states require their intrastate commercial motor vehicle registrants to obtain a USDOT Number. These states include:

- Alabama
- Alaska
- Arizona
- California
- Colorado

Send an Email

Chat with FMCSA Customer
Service

- Connecticut
- Delaware
- Florida
- Georgia
- Idaho
- Indiana
- Iowa
- Kansas
- Kentucky
- Maine
- Maryland
- Massachusetts
- Michigan
- Minnesota
- Missouri
- Montana
- New Jersey
- New York
- Nebraska
- Nevada
- North Carolina
- Ohio
- Oklahoma
- Oregon
- Pennsylvania
- Puerto Rico
- South Carolina
- Texas
- Utah
- Washington
- West Virginia
- Wisconsin
- Wyoming

For intrastate motor carrier registration, check with your responsible state agency.

Last updated: Thursday, December 31, 2020

U.S. DEPARTMENT OF TRANSPORTATION

**Federal Motor Carrier Safety Administration**

1200 NEW JERSEY AVENUE, SE

WASHINGTON, DC 20590

1-800-832-5660

Subscribe To Email Updates

   

**About**

About FMCSA

Registration

Regulations

Safety

Analysis

Careers

FMCSA Portal

**News and Events**

FMCSA Newsroom

Press Releases

Speeches

Testimony

Events

**Resources**

Resources for Carriers

Resources for Consumers

Resources for Drivers

Forms

Contact Us

**Policies, Rights, Legal**

About DOT

Budget and Performance

Civil Rights

FOIA

Information Quality

No FEAR Act

Office of Inspector General

Privacy Policy

USA.gov

Web Policies and Notices

Web Standards

**DECLARATION OF LEVON HALULYAN**

I, Levon Halulyan, declare,

1.      I am a California licensed contractor under license number #686974. I operate my contracting company under LTH Design and Construction.   Unless otherwise here stated, the capitalized terms in this Declaration shall have the same meaning as they do in the Motion. I have personal knowledge of the facts stated herein. Unless otherwise noted, capitalized terms referenced in this declaration have the same meaning as those set forth in the Application.  If called and sworn as a witness, I could and would competently testify to the above.

2.      On September 17, 2020, I inspected the Debtor's Real Property.  I prepared a report of my inspection and quote for the work.  A true and correct copy of the report is attached hereto as Exhibit "A."  My report discussed several illegal additions located at the Property.

3.      In preparing my report, I reviewed the Los Angeles Register of Permits for the Property and no permits were obtained since August 14, 2003.  As such, the work that was performed by the Debtor was without permits and without approval by the authorized governmental agencies.  At the time of the inspection, the Debtor informed Halulyan that they did the additions. The issues with the structural problems with the addition were self created by the Debtor.  The additions were done in the hillside area.  They are illegal and must be torn down. The cost to do so is approximately $23,000.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed this 17th day of February 2021 at Burbank, California.

_____
Levon Halulyan

Motion to Convert ----Page 10

**EXHIBIT A**

**L.T.H. Design and Construction**
8007 Via Verona, Burbank, CA 91504
818-425-1346
Halulyan@yahoo.com

Enclosed is the report of the visual inspection that was conducted on the
structural components of the residence located at 10366 Ormond St.,
Sunland, CA 91040, by Levon Halulyan, license #686974. The inspection
was conducted for you on the date of September 15.

The information you need should be contained in the attached report. If
you should have any questions, please give us a call. It was a pleasure to
have done business with you, and we hope we may be of additional
service to you some time in the future.

Levon Halulyan
License#686974

# STRUCTURAL INSPECTION REPORT

## 1.0    INTRODUCTION

The purpose of this report is to document the results of a visual inspection that was conducted on the residential building  which is described below and to document our agreement regarding these services. The information contained in this report takes precedence over any communications that may have occurred prior to the issuance of this report , although an attempt is made to give the final conclusions on the checklist. The inspection was conducted for you, as our client, in accordance with the inspection Agreement to provide you with opinions regarding the performance of the primary load-bearing structural components of this building and to assess if these components are performing the function for which intended or are need of immediate repair.

## 2.0    PROJECT DESCRIPTION

The residence inspected was located at 10366 Ormond St, Sunland, CA 91040.
 The residence inspected was a two story, single family wood frame dwelling with exterior plaster (stucco) siding.

## 3.0    INSPECTION RESULTS

Based on the property records from LADBS I concluded that:

1. This property has several illegal unpermitted additions and alterations.
   The inspection revealed that none of the work on additions or alterations are done in accordance to the city code.
   Demolition is needed for illegal structures;
   See exhibit 1-7
   a)The patio enclosure has been illegally modified and needs to be demolished.

b) Backside retaining wall was illegally built and does not meet code standards. The wall has defects and cracks; needs to be demolished.

c) Backside patio was illegally enlarged and needs to be demolished.

2. Inspection of the foundation of this residence, excluding all the illegal additions, failed to reveal the existence of a deflected condition or evidence indicating that any foundation instabilities were present. Floors, counters, sills, etc. were observed to be in a reasonably level condition. No deviations from level were observed in the floor. No repairs are needed in the permitted main structure of the house .

Estimated Cost of Demolition

1) Covering the walls of the main structure before demolition. $3000.00

2) Rent bobcat. $1200.00 per week.

3) Carefully demolish illegal additions to prevent any damage to the main structure, use bobcat, jackhammer, hand tools if necessary. $9000.00
(Note; due to property being on the hillside, pathway will be made for bobcat)

4) Haul away trash and debris. $4000.00

5) Miscellaneous. 5% $860.00

6) Management, necessary services, coordination; $5000.00

Total cost: $23,060.00

Notes:

California building code requires the owner to provide the expenses to remove all the illegal alterations and bring the property back to the original state in order to be allowed to refinance or to sell the property. My recommendations are to demolish the unpermitted additions and alterations and bring the property back to the original state.

Unpermitted additions are not part of the total square footage of the property; appraisal of the property does not include these illegal additions; therefore demolition of those additions should not affect the appraised value of the property. Nor should the cost of any repairs and construction needed to fix, rebuild or to legalize the unpermitted additions be deducted from the total appraised value of the property.

Levon Halulyan

09/17/2020







Address of Building   **10366 ORMOND ST**



# CITY OF LOS ANGELES
# CERTIFICATE OF OCCUPANCY

**Note: Any change of use of occupancy must be approved by the Department of Building and Safety.**

☐ This certifies that, so far as ascertained or made known to the undersigned, the vacant land, building or portion of building described below and located at the address complies with the applicable construction requirements (Chapter 9) and/or the applicable zoning requirements (Chapter 1) of the Los Angeles Municipal Code for the use, or occupancy group in which it is classified.* (Non-Residential Uses)

☒ This certifies that, so far as ascertained by or made known to the undersigned, the building or portion of building described below and located at the above address complies with the applicable requirements of the Municipal Code, as follows Ch. 1, as to permitted uses, Ch. 9, Arts. 1, 3, 4, and 5; and with applicable requirements of State Housing Law-for following occupancies:* (Residential Uses)

Permit No. and Year   **90WV10596**

**Add 6' x 31' enclosed patio roof to an existing 2 Story, Type V, Dwelling and attached garage. R-3/M-1 Occupancy.**

c8883872886888524

Total Parking Required _____ ☒☒☒ No Change in Parking requirement.

Total Parking Provided _____ = Standard _____ + Compact _____ + Disabled _____

* ALSO SUBJECT TO ANY AFFIDAVITS OR BUILDING AND ZONING CODE MODIFICATIONS WHETHER LISTED ABOVE OR NOT.

Issued By / Office:   LA-VN-WLA-SP-C.D. # __2__   Bureau: BLDG -(BCS)   Division: GI-MS-MSS-EQ-BMI-COMM

Owner   **D. Ekuhr**
Owner's Address   **10366 Ormond St.**
**Sunland, Ca  91040**

Issued: ____3 11 91____   By: ____W. KING/kp____

08—B-95A (R.11/89)

10366 W Ormond St    Case 2:20-bk-15381-SK    Doc 112    Filed 02/19/21    Entered 02/19/21 12:47:25    Desc
Main Document    Page 27 of 102

03016 - 90000 - 16176    2

Printed: 08/14/03 11:50 AM

| Bldg-Alter/Repair | City of Los Angeles - Department of Building and Safety | Issued On: 08/14/2003 |
|---|---|---|
| 1 or 2 Family Dwelling | **APPLICATION FOR BUILDING PERMIT** | Last Status: Issued |
| Express Permit | **AND CERTIFICATE OF OCCUPANCY** | Status Date: 08/14/2003 |
| No Plan Check | | |

| 1. TRACT | BLOCK | LOT(s) | | ARB | MAP REF # | | PARCEL ID # (PIN) | 2. BOOK/PAGE/PARCEL |
|---|---|---|---|---|---|---|---|---|
| TR 22714 | | 26 | | | M B 649-93/95 | | 198B177  116 | 2544 - 039 - 011 |

**3. PARCEL INFORMATION**

Area Planning Commission - North Valley     Census Tract - 1021.010     Hillside Grading Area - YES
LADBS Branch Office - VN     District Map - 198B177     Hillside Ordinance - YES
Council District - 2     Environmentally Sensitive Area - YES     High Wind Area - YES
Certified Neighborhood Council - Foothill Trails District     Energy Zone - 9     Earthquake-Induced Landslide Area - YES
Community Plan Area - Sunland-La Tuna Cyn-Lakevw     Fire District - MFD     Near Source Zone Distance - 0.0

ZONE(S): RE40-1-K  /

**4. DOCUMENTS**

ZAI - ZAI-1728        CPC - CPC-26742
ORD - ORD-172231-SA1030
CPC - CPC-25271-SA1030
CPC - CPC-25824-SA1030

**5. CHECKLIST ITEMS**

**6. PROPERTY OWNER, TENANT, APPLICANT INFORMATION**

Owner(s):
Bradpiece, Theodore G Tr Bradpiece Trust     10366  Ormond St        SHADOW HILLS CA 91040

Tenant:
Applicant:   (Relationship: Owner-Bldr)
Theodore G. Bradpiece -        10366 Ormond St        SHADOW HILLS, CA 91040     (818) 767-1762

| 7. EXISTING USE    PROPOSED USE | 8. DESCRIPTION OF WORK |
|---|---|
| (01) Dwelling - Single Family | Replace drywall/plaster (patch and paint). Non-structural repair only. New stucco w/wire lath over (e) siding to remain. Area = 384 sqft.  Replace damaged wood framing (less than 10%). Same size/spacing/type. |

**9. # Bldgs on Site & Use:**

For information and/or inspection requests originating within LA County,

**Call toll-free (888) LA4BUILD**

**10. APPLICATION PROCESSING INFORMATION**

BLDG. PC By:        DAS PC By:
OK for Cashier:        Coord. OK:

Signature: _____        Date:

Outside LA County, call (213)-482-0000.    (LA4BUILD = 524-2845)

For Cashier's Use Only     W/O #:  31616176
Project Name:

**11. PROJECT VALUATION & FEE INFORMATION Final Fee Period**

Permit Valuation:  $3,336        PC Valuation:

| FINAL TOTAL Bldg-Alter/Repair | 172.04 |
|---|---|
| Permit Fee Subtotal Bldg-Alter/Reps | 130.00 |
| E.Q. Instrumentation | 0.50 |
| O.S. Surcharge | 3.01 |
| Sys. Surcharge | 9.03 |
| Planning Surcharge | 4.50 |
| Planning Surcharge Misc Fee | 5.00 |
| Permit Issuing Fee | 20.00 |

Sewer Cap ID:        Total Bond(s) Due:

Payment Date: 08/14/03
Receipt No: IN050122814
Amount: $172.04
Method: Credit Card

**2003EP01696**

**12. ATTACHMENTS**

**13. STRUCTURE INVENTORY**

03016 - 90000 - 16176

**14. APPLICATION COMMENTS**

E-Permit paid by credit card, fax number-> (818)767-2095.  Toilet and shower water conservation devices required.
Battery operated smoke detectors required located per code.

In the event that any box (i.e. 1-16) is filled to capacity, it is possible that additional information has been captured electronically and could not be printed due to space restrictions. Nevertheless, the information printed exceeds that required by Section 19825 of the Health and Safety Code of the State of California.

**15. Building Relocated From:**

| 16. CONTRACTOR, ARCHITECT, & ENGINEER NAME | ADDRESS | | CLASS | LICENSE# | PHONE # |
|---|---|---|---|---|---|
| (O) , Owner-Builder | , | , | | 0 | 8187671762 |

**PERMIT EXPIRATION**

This permit expires two years after the date of the permit issuance. This permit will also expire if no construction work is performed for a continuous period of 180 days (Sec. 98.0602 LAMC).  Claims for refund of fees paid must be filed within one year from the date of expiration for permits granted by the Dept. of Building & Safety (Sec. 22.12 & 22.13 LAMC).

**17. OWNER-BUILDER DECLARATION**

I hereby affirm under penalty of perjury that I am exempt from the Contractors' State License Law for the following reason (Section 7031.5, Business and Professions Code:
Any city or county which requires a permit to construct, alter, improve, demolish, or repair any structure, prior to its issuance, also requires the applicant for such permit to file a signed statement that he or she is licensed pursuant to the provisions of the Contractors License Law (Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code) or that he or she is exempt therefrom and the basis for the alleged exemption.  Any violation of Section 7031.5 by any applicant for a permit subjects the applicant to a civil penalty of not more than five hundred dollars ($500).):

( ) I, as the owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale (Sec. 7044, Business & Professions Code: The Contractors License Law does not apply to an owner of property who builds or improves thereon, and who does such work himself or herself or through his or her own employees, provided that such improvements are not intended or offered for sale.  If, however, the building or improvement is sold within one year from completion, the owner-builder will have the burden of proving that he or she did not build or improve for the purpose of sale).
OR
( ) I, as the owner of the property, am exclusively contracting with licensed contractors to construct the project (Sec. 7044, Business & Professions Code: The Contractors License Law does not apply to an owner of property who builds or improves thereon, and who contracts for such projects with a contractor(s) licensed pursuant to the Contractors License Law.)

**18. WORKERS' COMPENSATION DECLARATION**

I hereby affirm, under penalty of perjury, the following declaration:

I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

**19. ASBESTOS REMOVAL DECLARATION**

I certify that notification of asbestos removal is either not applicable or was sent to the AQMD or EPA as per  section 19827.5 of the Health and Safety Code.

**20. FINAL DECLARATION**

I certify that I have read this application INCLUDING THE ABOVE DECLARATIONS and state that the above information INCLUDING THE ABOVE DECLARATIONS is correct.  I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes. I realize that this permit is an application for inspection and that it does not approve or authorize the work specified herein, and it does not authorize or permit any violation or failure to comply with any applicable law.  Furthermore, neither the City of Los Angeles nor any board, department officer, or employee thereof, make any warranty, nor shall be responsible for the performance or results of any work described herein, nor the condition of the property nor the soil upon which such work is performed. I further affirm under penalty of perjury, that the proposed work will not destroy or unreasonably interfere with any access or utility easement belonging to others and located on my property, but in the event such work does destroy or unreasonably interfere with such easement, a substitute easement(s) satisfactory to the holder(s) of the easement will be provided (Sec. 91.0106.4.3.4 LAMC).

**By signing below, I certify that:**

(1) I accept all the declarations above namely the Owner-Builder Declaration, Workers' Compensation Declaration, Asbestos Removal Declaration and Final Declaration; and

(2) This permit is being obtained with the consent of the legal owner of the property.

Print Name: **THEODORE G. BRADPIECE**       Sign: **Internet e-Permit System Declaration**       Date: 08/14/2003       ☒ Owner   ☐ Authorized Agent

# EXPRESS PERMIT
# INSPECTION RECORD



**LA · DBS**
DEPARTMENT OF BUILDING AND SAFETY

| | For use by cashier only |
|---|---|
| | Payment Date: 08/14/03 |
| | Receipt No: IN050122814 |
| | Amount: $172.04 |
| | Method: Credit Card |

PERMIT #: 03016 - 90000 - 16176

ADDRESS: 10366 W Ormond St

OWNER: Bradpiece, Theodore G Tr Bradpiece Trust
10366 Ormond St
SHADOW HILLS CA 91040

Bldg-Alter/Repair
1 or 2 Family Dwelling
Express Permit
No Plan Check

JOB DESCRIPTION: Replace drywall/plaster (patch and paint). Non-structural repair only. New stucco w/wire lath over (e) siding to remain. Area = 384 sqft. Replace damaged wood framing (less than 10%). Same size/spacing/type.

## INSPECTION RECORDS MUST BE AVAILABLE WHEN REQUESTED

| GROUNDWORK INSPECTIONS | | | DO NOT COVER UNTIL PREVIOUS IS SIGNED | | |
|---|---|---|---|---|---|
| Electrical | | | Exterior Lathing | | |
| Plumbing | | | Interior Lathing | | |
| Gas Piping | | | Drywall | | |
| Heating & Refrigeration | | | OK to Cover Walls | | |
| OK to Place Floor | | | DO NOT COVER UNTIL ABOVE IS SIGNED | | |
| DO NOT PLACE FLOOR UNTIL ABOVE IS SIGNED | | | WORK OUTSIDE OF THE BUILDING | | |
| ROUGH INSPECTIONS | | | Electrical Underground | | |
| Electrical | | | Gas | | |
| Plumbing | | | Heating & Refrigeration | | |
| Fire Sprinkler | | | Sewer | | |
| Heating & Refrigeration | | | FINAL INSPECTIONS | | |
| Roof Sheathing | | | Electrical | | |
| Framing | | | Plumbing | | |
| Insulation | | | Gas | | |
| Elevator | | | Gas Test | | |
| Suspended Ceiling | | | Heating & Refrigeration | | |
| OK to Cover | | | Elevator | | |
| | | | Fire Sprinkler | | |
| | | | LAFD (Title 19 only) | | |
| | | | LAFD Fire Life Safety | | |
| | | | PROJECT FINAL | | |

### FOR INSPECTION REQUESTS, PLEASE CALL
### (888) LA-4BUILD (524-2845)
### Outside LA County, call (213) 482-0000

SUPPLEMENTAL NOTES: _____

_____

_____

## IMPORTANT NOTICE

* Prior to the start of any construction work adjacent to any public way, pedestrian protection shall be provided (Sec. 91.3303 L.A.M.C.).
* Inspection(s) may be requested anytime via the Internet or touch tone phone. To request an inspection via the Internet, go to www.ladbs.org and click the "Inspection" link. To request an inspection via touch tone phone, call toll free (888) LA4BUILD (888-524-2845) and select option 1 for the Automated Inspection Request System. To request an inspection via the Customer Call Center between 7:00 a.m. and 5:00 p.m., select option 2. Outside LA County, call (213) 482-0000.
* When requesting an inspection, the following information may be requested: job address, type of inspection, use of building, 15 digit permit number and a contact phone number of the person who can be reached on the day of the inspection. Inspection request(s) received by the Customer Call Center before 2:00 p.m. or Internet or Automated Inspection Request System before 3:00 p.m. can be requested for the following business day. An automated system will attempt to telephone the contact phone number before 10:00 a.m. on the day of the inspection.
* Permit fees provide for a limited number of inspections. A re-inspection fee may be assessed when the work for which an inspection was requested is not ready, when inspection records are not available, or where no site access is made available.
* No person shall perform any construction or repair work between the hours of 9:00 p.m. (6:00 p.m. grading) and 7:00 a.m. the following day which results in loud noises to the disturbance of persons occupying sleeping quarters in any dwelling, hotel, motel, apartment, or other place of residence (Sec. 41.40 L.A.M.C.).
* No person, other than an individual homeowner engaged in the repair or construction of his/her single-family dwelling, shall perform any construction or repair work of any kind upon any building or structure located on land developed with residential buildings or perform work within 500 feet of land so occupied, before 8:00 a.m. or after 6:00 p.m. on any Saturday or at any time on Sunday (Sec. 41.40 L.A.M.C.).
* Dust control measures to prevent dust from being blown or deposited over or upon any private property in any residential area must be implemented during any excavation or earth-moving phase of construction, sand blasting, or demolition.
* Building permits are valid for two years or expire on the 180th day from the date of issuance if the work permitted has not commenced. The Department reserves the right to expire any permit where work has been suspended for a period of 180 days.
* Inspection services will not be provided when there is an unleashed dog on the premises.

4

**APPLICATION FOR INSPECTION**

FOR
INSPECTION

**COMBINATION APPLICATION AND CERTIFICATE OF OCCUPANCY**

INSTRUCTIONS: 1. 'Applicant to Complete Numbered Items Only.

| 1. LEGAL DESCR. | LOT 26 | BLOCK | TRACT 22714 | COUNTY REF. NO. | 1988177 |
|---|---|---|---|---|---|
| | | | | | 1021.01 |

2. PRESENT USE OF BUILDING  01) Dwlg w/att gar   NEW USE OF BUILDING 01) same   **RA-1-K**

3. JOB ADDRESS  10366 Ormond St   MPD   02

4. BETWEEN CROSS STREETS  Wheatland   AND   Sunland   1M

6. OWNER'S NAME  David Fluhr   PHONE   11r

6. OWNER'S ADDRESS  10366 Ormond St   CITY Sunland   ZIP 91040

7. ENGINEER   BUS. LIC. NO.   ACTIVE STATE LIC. NO.   PHONE   ALLEY

8. ARCHITECT OR DESIGNER   BUS. LIC. NO.   ACTIVE STATE LIC. NO.   PHONE   Hillside

9. ARCHITECT OR ENGINEER'S ADDRESS   CITY   ZIP   5' pus F

10. CONTRACTOR  George Cook   BUS. LIC. NO.   ACTIVE STATE LIC. NO.  9K6710   ZI 1571

11. SIZE OF EXISTING BLDG. WIDTH   LENGTH   NO. OF EXISTING STORIES   HEIGHT   N/C   HWA

12. FRAMING MATERIAL OF EXISTING BLDG.   EXT. WALLS   ROOF   FLOOR

13. 10366 Ormond St   STREET BLDG.

14. VALUATION TO ENCLOSE ALL FIXED EQUIPMENT REQUIRED TO OPERATE AND PROPOSED BUILDING   $ 1,300   DIST. OFF. VN   P.A INFO noF

15. ROOF WORK  complete new hip roof & apply class A

comp shingle roofing   9.5 sqs

NEW USE OF BUILDING  Dwlg w/att gar   SIZE OF ADDITION none

**23.30**

**90VN. 83149**

06/19/90 10:44:55AM VHD4 T-8596 C 09
B PRMT COMM TN                    21.80
EI RESIDENTIAL                     0.50
ONE STOP SURCH                     1.00
FROM TRAN  8594 TO  8596
TOTAL                             79.81
CHANGE

| | | | | | |
|---|---|---|---|---|---|
| F.C. | G.U.I. + NP | CONT. INSP. | | | |
| E.F.C. | F.M. | | | | |
| I.F. | E.I. .50 | | | | |
| 21.80 | | | | | |
| I.F. | F.H. | | | | |
| S.D. | O.S.S. 1.00 | | | | |
| VN | S.O.S.S. | | | | |

$ & $ 8-8-3 (3.7/88)

---

**DECLARATIONS AND CERTIFICATIONS**

**LICENSED CONTRACTORS DECLARATION**

16. I hereby affirm that I am licensed under the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

Date _____ Lic. Class _____ Lic. Number 551897 Contractor _George Cook_ (Signature)

**OWNER-BUILDER DECLARATION**

17. I hereby affirm that I am exempt from the Contractor's License Law for the following reason (Sec. 7031.5, Business and Professions Code: Any city or county which requires a permit to construct, alter, improve, demolish, or repair any structure...

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work...

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project...

☐ I am exempt under Sec. _____ B. & P. C. for this reason _____

Date _____ Owner's Signature _____

**WORKERS' COMPENSATION DECLARATION**  NOT REQUIRED

18. I hereby affirm that I have a certificate of consent to self-insure, or a certificate of Worker's Compensation Insurance, or a certified copy thereof (Sec. 3800, Lab. C.).

Policy No. _____ Insurance Company _____
☐ Certified copy is hereby furnished.
☐ Certified copy is filed with the Los Angeles City Dept. of Bldg. & Safety.

Date _____ Applicant's Signature _____

Applicant's Mailing Address _____

**CERTIFICATE OF EXEMPTION FROM WORKERS' COMPENSATION INSURANCE**

19. I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the Workers' Compensation Laws of California.   NO EMPLOYEES

Date _____ Applicant's Signature _____

NOTICE TO APPLICANT: If, after making this Certificate of Exemption, you should become subject to the Workers' Compensation provisions of the Labor Code, you must forthwith comply with such provisions or this permit shall be deemed revoked.

**CONSTRUCTION LENDING AGENCY**

20. I hereby affirm that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.).

Lender's Name _____ Lender's Address _____

21. I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

I realize that this permit is an application for inspection, that it does not authorize or authorize the work specified herein, that it does not authorize or permit any violation or failure to comply with any applicable law, that neither the city of Los Angeles nor any board, department, officer or employee thereof make any warranty or shall be responsible for the performance or results of any work described herein or the condition of the property or soil upon which such work is performed. (See Sec. 91.0202 LAMC)

Signed _George Cook_
(Owner or agent having property owner's consent)   Position   Date

| Bureau of Engineering | | ADDRESS APPROVED | | |
|---|---|---|---|---|
| | | DRIVEWAY | | |
| | | HIGHWAY | REQUIRED | |
| | | DEDICATION | COMPLETED | |
| | | FLOOD CLEARANCE | | |
| SEWERS | | | SEWERS AVAILABLE | |
| RES. NO. | | | NOT AVAILABLE | |
| CERT. NO. | | | SFC PAID | |
| | SFC NOT APPLICABLE | | SFC DUE | |
| Grading | PRIVATE SEWAGE SYSTEM APPROVED | | | |
| Comm. Safety | APPROVED FOR ISSUE ☐   NO FILE ☐   FILE CLOSED ☐ | | | |
| Fire | APPROVED (TITLE 19) (L.A.M.C.-5700) | | | |
| Housing | HOUSING AUTHORITY APPROVAL | | | |
| Planning | APPROVED UNDER CASE # | | | |
| Transportation | APPROVED FOR | | | |
| Construction Tax | RECEIPT NO. | | DWELLING UNITS | |

LEGAL DESCRIPTION

ON PLOT PLAN SHOW ALL BUILDINGS ON LOT AND USE OF EACH

Bureau of
Engineering

| | HIGHWAY | REQUIRED | |
|---|---|---|---|
| | DEDICATION | COMPLETED | |
| | FLOOD CLEARANCE | | |
| SEWERS | | SEWERS AVAILABLE | |
| | | NOT AVAILABLE | |
| | | SPC PAID | |
| | SPC NOT APPLICABLE | SPC DUE | |
| Grading | PRIVATE SEWAGE SYSTEM APPROVED | | |
| Conservation | APPROVED FOR ISSUE ☐   NO FILE ☐   FILE CLOSED ☐ | | |
| Fire | APPROVED (TITLE 19) (L.A.M.C.-5700) | | |
| Housing | HOUSING AUTHORITY APPROVAL | | |
| Planning | APPROVED UNDER CASE # | | |
| Transportation | APPROVED FOR | | |
| Construction Tax | RECEIPT NO. | DWELLING UNITS | |

LEGAL DESCRIPTION

ON PLOT PLAN SHOW ALL BUILDINGS ON LOT AND USE OF EACH

← SEE ATTACHED PLOT PLANS SHALL NOT EXTEND ABOVE THIS LINE

**LA DBS**
DEPARTMENT OF BUILDING AND SAFETY

September 15, 2020
**Document Report**

**Documents**

**Document Number(s)**
1990WV10596

**Record Description**
Record ID: 21673824
Doc Type: BUILDING PERMIT
Sub Type: ALTERATION
Doc Date: 09/25/1990
Status: None
Doc Version: None
AKA Address: None
Project Name: None
Disaster ID: None
Subject: None
Product Name: None
Manufacturer's Name: None
Expired Date: None
Receipt Number: None
Case Number: None
Scan Number: None
Dwelling Units: None
Comments: ADD'N-PATIO ENCLOSURES AT FLRS 1-2. This document shows the
following information: Type Const 1 = 5N; Occpncy 1 = R3; Occpncy 2 = M1;
Insp Group = B; Stories = 1; Value or Grading CuYds = 7500.

**Property Address(es)**
10366    W ORMOND ST

**Legal Description(s)**
Tract: TR 22714
Block:  Lot: 26 Arb:
Map Reference: Modifier:

**PIN(s)**
198B177   116

**Assessor Number(s)**
2544-039-011

**LA DBS**
DEPARTMENT OF BUILDING AND SAFETY

September 15, 2020
**Document Report**

**Council District(s)**
2

**Census Tracts(s)**
102101

**District Offices(s)**
VN

**Film RBF**
Type: HIST P0301; 004; 0440

**Primary Use**
SINGLE-FAMILY DWELLING

********

Note: If you have any questions, please visit one of our Records Counter Section open Monday thru Fridays from 7:30 AM to 4:30 PM,
EXCEPT on Wednesdays which opens from 9:00 AM to 4:30 PM.

.

Locations: Metro - 201 N. Figueroa St., 1st Floor Rm. 110, Los Angeles CA 90012
Van Nuys - 6262 Van Nuys Blvd, 2nd Floor Van Nuys CA 91401

# LA DBS
### DEPARTMENT OF BUILDING AND SAFETY

September 15, 2020
## Document Report

## Documents
Digital Image {4a65e203-7a91-4f92-be8b-43987f6dda53}

## Document Number(s)
03016-90000-16176

## Record Description
Record ID: 50906625
Doc Type: BUILDING PERMIT
Sub Type: BLDG-ALTER/REPAIR
Doc Date: 08/14/2003
Status: ISSUED
Doc Version: None
AKA Address: None
Project Name: None
Disaster ID: None
Subject: None
Product Name: None
Manufacturer's Name: None
Expired Date: None
Receipt Number: None
Case Number: None
Scan Number: None
Dwelling Units: None
Comments: REPLACE DRYWALL/PLASTER (PATCH AND PAINT). NON-STRUCTURAL REPAIR
  ONLY.NEW STUCCO W/WIRE LATH OVER (E) SIDING TO REMAIN. AREA = 384 SQFT.
  REPLACE DAMAGED WOOD FRAMING (LESS THAN 10%). SAME SIZE/SPACING/TYPE.

## Property Address(es)
10366  10366  W ORMOND ST   91040-

## Legal Description(s)
Tract: TR 22714
 Block:  Lot: 26 Arb:
 Map Reference:M B 649-93/95 Modifier:

## Contact
Name: THEODORE G BRADPIECE

## PIN(s)
198B177   116

# CITY LA DBS
## DEPARTMENT OF BUILDING AND SAFETY

September 15, 2020
**Document Report**

**Assessor Number(s)**
2544-039-011

**Council District(s)**
2

**Census Tracts(s)**
1021.01

**District Offices(s)**
VN

**Permit Reference(s)**
2003EP01696

**Primary Use**
SINGLE-FAMILY DWELLING

********

Note: If you have any questions, please visit one of our Records Counter Section open Monday thru Fridays from 7:30 AM to 4:30 PM,
       EXCEPT on Wednesdays which opens from 9:00 AM to 4:30 PM.

Locations: Metro - 201 N. Figueroa St., 1st Floor Rm. 110, Los Angeles CA 90012
           Van Nuys - 6262 Van Nuys Blvd, 2nd Floor Van Nuys CA 91401



ZIMAS

Public

| | Search | | | Reports | | Resources | | News! |



| Map Reference | M B 849-93/95 |
| Block | None |
| Lot | 26 |
| Arb (Lot Cut Reference) | None |
| Map Sheet | 189D177 |

▶ Jurisdictional

▶ Planning and Zoning

▼ Assessor

| Assessor Parcel No. (APN) | 2544039011 ˅ |

Ownership (Assessor)

| Owner1 | |
| Owner2 | |
| Address | |

Ownership (Bureau of Engineering, Land Records)

| Owner | |
| Address | |

| APN Area (Co. Public Works)* | 0.069 (ac) |
| Use Code | 0100 - Residential - Single Family Residence |
| Assessed Land Val. | $312,120 |
| Assessed Improvement Val. | $311,994 |
| Last Owner Change | 06/08/2017 |
| Last Sale Amount | $594,005 |
| Tax Rate Area | 13 |
| Deed Ref No. (City Clerk) | 882859 |
| Deed Ref No. (City Clerk) | 1812831 |
| Deed Ref No. (City Clerk) | 1442447 |
| Deed Ref No. (City Clerk) | 1401567 |
| Deed Ref No. (City Clerk) | 1028192 |
| Deed Ref No. (City Clerk) | 1008483 |
| Deed Ref No. (City Clerk) | 0890967 |
| Deed Ref No. (City Clerk) | 0890966 |
| Deed Ref No. (City Clerk) | 0890965 |

Building 1

| Year Built | 1964 |
| Building Class | D75D |
| Number of Units | 1 |
| Number of Bedrooms | 2 |
| Number of Bathrooms | 2 |
| Building Square Footage | 2,250.0 (sq ft) |
| Building 2 | No data for building 2 |
| Building 3 | No data for building 3 |
| Building 4 | No data for building 4 |
| Building 5 | No data for building 5 |

▶ Case Numbers

▶ Citywide/Code Amendment Cases



# 3 APPLICATION FOR INSPECTION

**INSTRUCTIONS: 1. Applicant to Complete Numbered Items Only.**

| | LOT 26 | BLOCK | TRACT 22714 | DISTRICT NO. 2 |
|---|---|---|---|---|

1. LEGAL DESCR.

2. PRESENT USE OF BUILDING (1) Dwlg w/ att gar — NEW USE OF BUILDING (1) same

3. JOB ADDRESS 10366 Ormond St — Sunland

4. BETWEEN WHAT CROSS STREETS 183rd Av — AND Dead End

5. OWNER'S NAME Robert J. Kuhn — CITY Sunland

6. OWNER'S ADDRESS 10366 Ormond St — BUS. LIC. NO. ACTIVE STATE LIC. NO. — PHONE

7. ENGINEER — BUS. LIC. NO. ACTIVE STATE LIC. NO. — PHONE

8. ARCHITECT or DESIGNER — BUS. LIC. NO. ACTIVE STATE LIC. NO. — PHONE

9. ARCHITECT OR ENGINEER'S ADDRESS — CITY — ZIP

10. CONTRACTOR — BUS. LIC. NO. ACTIVE STATE LIC. NO.

11. SIZE OF EXISTING BLDG. WIDTH 110 LENGTH 30 — STORIES 2 HEIGHT 20 — NO. OF EXISTING BUILDINGS ON LOT AND USE 11 Dwlg w/ att gar

12. EXT. WALLS stucco — OTHER BUILDINGS ON LOT flat

13. JOB ADDRESS 10366 Ormond St

14. VALUATION TO INCLUDE ALL FIXED EQUIPMENT REQUIRED TO OPERATE AND USE PROPOSED BUILDING  $ 11,000.00

15. NEW WORK pitched roof over existing flat roof of exist'g SFD w. garage

NEW USE OF BUILDING Dwlg w/ att gar — SIZE OF ADDITION none — STORIES — HEIGHT

TYPE — OCC. — FLOOR AREA — TOTAL — PLANS CHECKED BY — APPLICATION RECEIVED BY

GUEST ROOMS 1240 — PARKING REQ'D — PARKING PROVIDED — CONT. INSP.

160.50

14.07 — .70

129.00 — 1.35

.015

VN — .475

CO

VN 33925

62, 90 B-PC
76, 00 B-CI
.70 E.I.

E. 75 OSS.
33988 C201

M8I93  I  01704788  I40.35 CHTO

---

## DECLARATIONS AND CERTIFICATIONS

### LICENSED CONTRACTORS DECLARATION

16. I hereby affirm that I am licensed under the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

Date _____ Lic. Class _____ Contractor _____ Lic. Number _____ (Signature)

### OWNER-BUILDER DECLARATION

17. I hereby affirm that I am exempt from the Contractor's License Law for the following reason (Sec. 7031.5, Business and Professions Code: Any city or county which requires a permit to construct, alter, improve, demolish, or repair any structure prior to its issuance, also requires the applicant for such permit to file a signed statement that he is licensed pursuant to the provisions of the Contractor's License Law (Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code) or that he is exempt therefrom and the basis for the alleged exemption. Any violation of Section 7031.5 by any applicant for a permit subjects the applicant to a civil penalty of not more than five hundred dollars ($500).

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale (Sec. 7044, Business and Professions Code: The Contractor's License Law does not apply to an owner of property who builds or improves thereon, and who does such work himself or through his own employees, provided that such improvements are not intended or offered for sale. If, however, the building or improvement is sold within one year of completion, the owner-builder will have the burden of proving that he did not build or improve for the purpose of sale.)

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project (Sec. 7044, Business and Professions Code: The Contractor's License Law does not apply to an owner of property who builds or improves thereon, and who contracts for such projects with a contractor(s) licensed pursuant to the Contractor's License Law).

☐ I am exempt under Sec. _____ B. & P. C. for this reason _____

Date 10-4-88 — Owner's Signature

### WORKERS' COMPENSATION DECLARATION

18. I hereby affirm that I have a certificate of consent to self-insure, or a certificate of Worker's Compensation Insurance, or a certified copy thereof (Sec. 3800, Lab. C.).

Policy No. _____ Company _____

☐ Certified copy is hereby furnished.
☐ Certified copy is filed with the Los Angeles City Dept. of Bldg. & Safety.

Date _____ Applicant's Signature

### CERTIFICATE OF EXEMPTION FROM WORKERS' COMPENSATION INSURANCE

19. I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the Workers' Compensation Laws of California.

Date 10-4-88 — Applicant's Signature

NOTICE TO APPLICANT: If, after making this Certificate of Exemption, you should become subject to the Workers' Compensation provisions of the Labor Code, you must forthwith comply with such provisions or this permit shall be deemed revoked.

### CONSTRUCTION LENDING AGENCY

20. I hereby affirm that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.).

Lender's Name _____ Lender's Address _____

21. I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

I realize that this permit is an application for inspection, that it does not approve or authorize the work specified herein, that it does not authorize or permit any violation or failure to comply with any applicable law, that neither the City of Los Angeles nor any board, department, officer or employee thereof make any warranty or shall be responsible for the performance or results of any work described herein, or the condition of the property or soil upon which such work is performed (See Sec. 91.0304 L.A.M.C.).

Signed _____ Position _____ Date 10-4-88
(Owner or agent having property owner's consent)

Bureau of Engineering

1 7 5 0

| | ADDRESS | |
|---|---|---|
| | DRIVEWAY | |
| | HIGHWAY | REQUIRED |
| | DEDICATION | COMPLETED |
| | FLOOD CLEARANCE | |

SEWERS

| | SEWERS AVAILABLE |
|---|---|
| | NOT AVAILABLE |
| | SFC PAID |
| | SFC DUE |

| | SFC NOT APPLICABLE | |
|---|---|---|
| Grading | PRIVATE SEWAGE SYSTEM APPROVED | |
| Conservation | APPROVED FOR ISSUE ☐  NO FILE ☐   FILE CLOSED ☐ | |
| Fire | APPROVED (TITLE 19) (L.A.M.C-5705) | |
| Housing | HOUSING AUTHORITY APPROVAL | |
| Planning | APPROVED UNDER CASE # | |
| Traffic | APPROVED FOR | |
| Construction Tax | RECEIPT NO. | DWELLING UNITS |

LEGAL DESCRIPTION

ON PLOT PLAN SHOW ALL BUILDINGS ON LOT AND USE OF EACH

SEE ATTACHED PLOT PLANS SHALL NOT EXTEND ABOVE THIS LINE

10

**3** APPLICATION FOR INSPECTION — CITY OF LOS ANGELES — DEPARTMENT OF BUILDING AND SAFETY
REPAIR—DEMOLISH AND USE CERTIFICATE OF OCCUPANCY

INSTRUCTIONS: 1. Applicant to Complete Numbered Items Only.

| | |
|---|---|
| LOT 26 | BLOCK TRACT 22714 | COUNTY REF. NO. |
| PRESENT USE OF BUILDING: dwlg w/att gar | NEW USE OF BUILDING: same | RA-1K |
| JOB ADDRESS: 10366 Ormond St | | NPD |
| BETWEEN CROSS STREETS: Tujunga Cyn | AND: dead end | |
| OWNER'S NAME: Ekuhr | | PHONE: 768-5958 | irreg |
| OWNER'S ADDRESS: 10366 Ormond St | CITY: Sunland | ZIP: 91040 | |
| ENGINEER: Ashton | LIC. NO. 25758 | ACTIVE STATE LIC. NO. 624-665 | |
| ARCHITECT OR ENGINEER: 987 E Foothill Bl | LIC. NO. Claremont | ACTIVE STATE LIC. NO. 91711 | hillside |
| CONTRACTOR: Better Homes Const | LIC. NO. 52298 | 503302 | 866-8707 | 5'PUE(F) |
| SIZE OF EXISTING BLDG. WIDTH 40 LENGTH 60 | STORIES 2 | HEIGHT 24 | USE OF EXISTING BLDG. 1) dwlg w/att gar | |
| EXTERIOR MATERIAL OF BLDG: stucco | ROOF comp | FLOOR wood | |
| JOB ADDRESS: 10366 Ormond St | | |

VALUATION TO INCLUDE ALL FIXED EQUIPMENT REQUIRED TO OPERATE AND USE PROPOSED BUILDING   $ 7,500.00

Add enclousres STD #144; (6x31)
at 2nd floor and (7x22) at 1st floor
dwlg w/att gar   above

VN   R3/M1   333   ZONED BY Harootoon.

nc   sfd   amf

| | | | |
|---|---|---|---|
| 50.15 | | | |
| 59.00 | .55 | | |

09/25/90 01:06:20PM WO1 T-76041C 12
BUILD PLAN CHE   50.15
B PRINT COMM IN   -59.00
E1 RESIDENTIAL   -0.55
ONE STOP   2.19
CARRY   -111.87
TO TRAN   760$

2.19

111.87                                90NV 10596

## DECLARATIONS AND CERTIFICATIONS

### LICENSED CONTRACTOR'S DECLARATION

16. I hereby affirm that I am licensed under the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.
Date 9-25-90   Lic. Number _____   Contractor _____ (Signature)

### OWNER-BUILDER DECLARATION

17. I hereby affirm that I am exempt from the Contractor's License Law for the following reason...

### WORKERS' COMPENSATION DECLARATION

18. I hereby affirm that I have a certificate of consent to self-insure, or a certificate of Workers' Compensation Insurance, or a certified copy thereof (Sec. 3800, Lab. C.).
Policy No. _____   Insurance Company S&I Fish

### CERTIFICATE OF EXEMPTION FROM WORKERS' COMPENSATION INSURANCE

19. I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the Workers' Compensation Laws of California.

### CONSTRUCTION LENDING AGENCY

20. I hereby affirm that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.).
Lender's Name _____   Lender's Address _____

21. I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signed _____   Conts   9-25-90
(Contractor or Agent having property owner's consent)   Position   Date

10



**1**

## APPLICATION FOR INSPECTION OF NEW BUILDING
## AND FOR CERTIFICATE OF OCCUPANCY

CITY OF LOS ANGELES

B&S B-1—Rev. 3-64

DEPT. OF BUILDING AND SAFETY

CENSUS TRACT

**INSTRUCTIONS:** 1. Applicant to Complete Numbered Items Only.
2. Plot Plan Required on Back of Original.

| | | |
|---|---|---|
| 1. LEGAL DESCR. | LOT 26 | BLK. | TRACT 22714 | DIST MAP 754B |
| 2. PURPOSE OF BUILDING (29) Ret. Wall   LA STD | | ZONE RA |
| 3. JOB ADDRESS 10366 Ormond St   Sunland | | FIRE DIST MFD |
| 4. BETWEEN CROSS STREETS Ditson   AND   D.E. | | INSIDE   COR. LOT |
| | | KEY   REV. COR. |
| 5. OWNER'S NAME William A. Devine   PHONE PO 3-7757 | | LOT SIZE |
| 6. OWNER'S ADDRESS   P. O. BOX   ZONE | | irreg |
| 10366 Ormond St   Sunland | | |
| 7. ARCHITECT OR DESIGNER   STATE LICENSE No.   PHONE | | REAR ALLEY |
| 8. ENGINEER   NONE   STATE LICENSE NO.   PHONE | | SIDE ALLEY |
| | | BLDG. LINE Hillside |
| 9. CONTRACTOR Owner   STATE LICENSE NO.   PHONE | | AFFIDAVITS |
| 10. SIZE OF NEW BLDG. 8'   STORIES   HEIGHT 4'   NO. OF EXISTING BUILDINGS ON LOT AND USE 1 dwell att gar | | |
| 11. MATERIAL OF CONSTRUCTION   EXT. WALLS   ROOF   FLOOR | | DISTRICT OFFICE ST |
| 12. JOB ADDRESS 10366 Ormond St. | | GRADING Yes |
| 13. VALUATION: TO INCLUDE ALL FIXED EQUIPMENT REQUIRED TO OPERATE AND USE PROPOSED BUILDING.   $ 200.00 | | CRIT. SOIL Yes |

**1**

| PURPOSE OF BUILDING Ret Wall | | VALUATION APPROVED | HIGHWAY DED. |
|---|---|---|---|
| TYPE | GROUP | STORIES | PLANS CHECKED | FLOOD |
| BLDG. AREA | MAX. OCC. | TOTAL | PLANS APPROVED | CONS. |
| DWELL UNITS 1 | GUEST ROOMS | SPACES PARKING   REQ'D   PROVIDED | APPLICATION APPROVED | ZONED BY |
| SPRINKLERS REQ'D SPECIFIED | | CONT. INSP.   NONE | | FILE WITH |
| P.C. No. | | | | INSPECTOR |

| P.C. 1.30 | S.P.C. X | G.P. 5.00 | B.P. 2.00 | I.E. X | O.S. X | C/O | TYPIST |
|---|---|---|---|---|---|---|---|

CASHIER'S USE ONLY

'AN 20 1965    FEB -1 1965

OG 6991
RP2 1609
ST 0741

## STATEMENT OF RESPONSIBILITY

I certify that in doing the work authorized hereby I will not employ any person in violation of the Labor Code of the State of California relating to workmen's compensation insurance.

"This permit is an application for Inspection, the issuance of which is not an approval or an authorization of the work specified herein. This permit does not authorize or permit, nor shall it be construed as authorizing or permitting the violation or failure to comply with any applicable law. Neither the City of Los Angeles, nor any board, department, officer or employee thereof make any warranty or shall be responsible for the performance or results of any work described herein, or the condition of the property or soil upon which such work is performed." (See Sec. 91.0202 L.A.M.C.)

Signed _William A. Devine_
(Owner or Agent)

| Bureau of Engineering | | Name | Date |
|---|---|---|---|
| | ADDRESS APPROVED | | |
| | SEWERS AVAILABLE | | |
| | NOT AVAILABLE | | |
| | DRIVEWAY APPROVED | | |
| | HIGHWAY DEDICATION REQUIRED | | |
| | COMPLETED | | |
| | FLOOD CLEARANCE APPROVED | | |
| Conservation | APPROVED FOR ISSUE FILE # | | |
| Plumbing | PRIVATE SEWAGE DISPOSAL SYSTEM APPROVED | | |
| Planning | APPROVED UNDER CASE # | | |
| Fire | APPROVED (TITLE 29) (L.A.M.C.-S700) | | |
| Traffic | APPROVED FOR | | |



**CITY OF LOS ANGELES**
**APPLICATION FOR INSPECTION OF GRADING**
**AND FOR GRADING CERTIFICATE**

B & S B-100 (R3.78)
DEPT. OF BUILDING AND SAFETY

**INSTRUCTIONS: 1. Applicant to Complete Numbered Items Only. 2. Plot Plan Required on Back of Original.**

| 1. LEGAL DESCR. | LOT 26 | BLK. | TRACT | 22714 | | DIST. MAP 7546 |
|---|---|---|---|---|---|---|
| | | | | | | GENERAL TRACT 1521.01 |

| 2. PURPOSE OF GRADING | ZONE |
|---|---|
| '70   Slope repair | RA-1 |

| 3. JOB ADDRESS | | FIRE DIST. |
|---|---|---|
| 10366 Ormond St. | SV | MFD |

| 4. BETWEEN CROSS STREETS | AND | LOT (TYPE) |
|---|---|---|
| Wheatland | DE | Int |

| 5. OWNER'S NAME | PHONE | LOT SIZE |
|---|---|---|
| Wm. A. Devine | 767 1770 | Irr |

| 6. OWNER'S ADDRESS | CITY | ZIP | ALLEY |
|---|---|---|---|
| Same | Sun. | 91040 | |

| 7. PLANS BY CIVIL ENGR. | BUS. LIC. NO. | ACTIVE STATE LIC. NO. | PHONE | ALLEY |
|---|---|---|---|---|
| ? | | | | |

| 8. SOIL ENGR. — TESTING AGENCY | BUS. LIC. NO. | ACTIVE STATE LIC. NO. | PHONE | BLDG. LINE |
|---|---|---|---|---|
| Earth Group | 23485 | 980 0890 | | Hillside |

| 9. ENGR. GEOLOGIST | BUS. LIC. NO. | ACTIVE STATE LIC. NO./CERT. NO. | PHONE | AFFIDAVITS |
|---|---|---|---|---|
| | | | | 5' PUE F. |

| 10. CONTRACTOR | BUS. LIC. NO. | ACTIVE STATE LIC. NO. | PHONE | |
|---|---|---|---|---|
| TBS | | | | Wind |

| 11. CONTRACTOR'S ADDRESS | CITY | ZIP |
|---|---|---|
| | | |

| 12. BRANCH LENDER | ADDRESS | CITY |
|---|---|---|
| | | |

| 13. JOB ADDRESS | DIST. OFFICE |
|---|---|
| 10366 Ormond St. | ST |

| 14. NUMBER OF CUBIC YARDS | CUT 100 | FILL 100 | SEISMIC STUDY ZONE |
|---|---|---|---|

| 15. MAXIMUM SLOPE | | COMPACTED FILLS | | RETAINING WALL REQUIRED | | GRADING |
|---|---|---|---|---|---|---|
| CUT | FILL | YES X | NO | YES | NO X | YES |
| H 76897 | | | | YARDAGE APPROVED Strang | | HIGHWAY DED. |
| See soil report for plan | | | | G.P.I. INSPECTOR | | FLOOD |
| CALIF. ENVIRONMENTAL QUALITY ACT REQUIREMENTS | | | | PLANS CHECKED | | CONS. |
| EXEMPT | | COMPLETED | | | | |

| BOND | AMOUNT | PLANS APPROVED | ZONED BY Brethour |
|---|---|---|---|
| ☐ CASH | DATE POSTED | APPLICATION APPROVED | FILE WITH |
| ☐ SURETY | CA # | BOARD FILE NO. | INSPECTOR |

| P.C. | S.P.C. | G.P.C. 50. | I.F. | G.P.I. | C/O |
|---|---|---|---|---|---|
| P.C. NO. | WORKER'S COMPENSATION INSURANCE CERTIFICATE ON FILE | EXEMPT | | TYPIST mm |

**PERMIT EXPIRES TWO YEARS AFTER FEE IS PAID OR 180 DAYS AFTER FEE IS PAID IF CONSTRUCTION IS NOT COMMENCED.**

DEC--1-78    29567  Ck VN●86838    E — 8    50.00

*(vertical text left margin: CASHIER'S USE ONLY)*

## LIMIT OF PERMIT

"This permit is an application for inspection, the issuance of which is not an approval or an authorization of the work specified herein. This permit does not authorize or permit, nor shall it be construed as authorizing or permitting the violation or failure to comply with any applicable law. Neither the City of Los Angeles, nor any board, department, officer or employee thereof make any warranty or shall be responsible for the performance or results of any work described herein, or the condition of the property or soil upon which such work is performed."          (See Sec. 91.0202 L.A.M.C.)

Signed _William A. Devine_
(Owner or Agent having Property Owner's Consent)
ALSO, sign statement on reverse side, if applicable.

I certify that all of the land included in the Tentative Tract Map is under my ownership or land on which offsite rights have been granted.

Signed _____
(Owner or Agent having Property Owner's Consent)

| | | Signature/Date |
|---|---|---|
| Bureau of Engineering | ADDRESS APPROVED | |
| | SEWERS AVAILABLE   YES   NO | |
| | FLOOD CLEARANCE | |
| | DRAINAGE TO WATERCOURSE APPROVED | |
| | GRADING IN WATERCOURSE APPROVED | |
| | GRADING ON PUBLIC PROPERTY APPROVED | |
| Plumb./Grad. | PRIVATE SEWER SYSTEM APPROVED | |
| Planning | APPROVED UNDER CASE # | |

12

WORKMAN COMPENSATION CERTIFICATION

*William A. Devine* OWNER        11-30-78
WILLIAM A. DEVINE

ON PLOT PLAN SHOW ALL BUILDINGS ON LOT AND USE OF EACH

13

**APPLICATION FOR INSPECTION**

**3**

CITY OF LOS ANGELES — DEPARTMENT OF BUILDING AND SAFETY
APPLICATION TO ADD — ALTER — REPAIR — DEMOLISH
AND FOR CERTIFICATE OF OCCUPANCY

INSTRUCTIONS: 1. Applicant to Complete Numbered Items Only.

| 1. LEGAL DESCR. | LOT 26 | BLOCK | TRACT 22714 | COUNTY REF. NO. | DIST. MAP 198B177 |
|---|---|---|---|---|---|
| | | | | | CENSUS TRACT 1021.01 |

| 2. PRESENT USE OF BUILDING | NEW USE OF BUILDING | ZONE RA-1-K |
|---|---|---|
| OD dwlg w/att gar | same | FIRE DIST | COUN. DIST. MFD 2 |

3. JOB ADDRESS   10366 Ormond St

| 4. BETWEEN CROSS STREETS | AND | LOT TYPE int |
| Wheatland | Sunland | |

| 5. OWNER'S NAME | PHONE | LOT SIZE irreg |
| David Bluhr | 768-5958 | |

| 6. OWNER'S ADDRESS | CITY | ZIP |
| 10366 Ormond St | Sunland | 91040 |

| 7. ENGINEER | BUS. LIC. NO. | ACTIVE STATE LIC. NO. | PHONE | ALLEY |
| Don Mood | 23276 | | 714-969-2067 | |

| 8. ARCHITECT OF DESIGNER | BUS. LIC. NO. | ACTIVE STATE LIC. NO. | PHONE | BLDG. LINE HILSIDE |
| Iron Shop | 1150 | | 714-598-5766 | |

| 9. ARCHITECT OR ENGINEER'S ADDRESS | CITY | ZIP | AFFIDAVITS 21 1571 |
| 3683 Pomona Bl | Pomona | 91768 | HWA |

| 10. CONTRACTOR | BUS. LIC. NO. | ACTIVE STATE LIC. NO. | PHONE | 21 1600 |
| George Cook | 551999 | | 916-6710 | |

| 11. SIZE OF EXISTING BLDG. WIDTH LENGTH | STORIES HEIGHT | USE OF EXISTING BUILDING OR LOT AND USE |
| | 1 | DWELL/GAR |

12. PREMISE MATERIAL OF EXISTING BLDG.   EXT. WALLS   ROOF   FLOOR

13. JOB ADDRESS   10366 Ormond St   STREET GUIDE

**3**

14. VALUATION TO INCLUDE ALL FIXED EQUIPMENT REQUIRED TO OPERATE AND USE PROPOSED BUILDING   $ 4500 ⁰⁰

15. NEW WORK   Replace exist. front windows w/same size. (DWELL)
Install LA STD #111 sprial stair case

| NEW USE OF BUILDING | SIZE OF ADDITION | STORIES | HEIGHT | FILE WITH |
| dwlg w/att gar | none | | | |

| TYPE | GROUP nc | FLOOR AREA | PLANS CHECKED NEWDIVADAL |
| nc | | | |

| DWELL UNITS nc | MAX OCC sfd | TOTAL | APPLICATION APPROVED | TYPIST amf |

| GUEST ROOMS | PARKING REQ'D | PARKING PROVIDED | INSPECTION ACTIVITY | INSPECTOR |

34.85

41.00   0.50

1.53

90WV 11429

---

**DECLARATIONS AND CERTIFICATIONS**

**LICENSED CONTRACTORS DECLARATION**

16. I hereby affirm that I am licensed under the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

Date 1-7-90   Lic. Class B2   Lic. Number 551999   Contractor _George Cook_

**OWNER-BUILDER DECLARATION**

17. I hereby affirm that I am exempt from the Contractor's License Law for the following reason (Sec. 7031.5, Business and Professions Code...)

**WORKERS' COMPENSATION DECLARATION**

18. I hereby affirm that I have a certificate of consent to self-insure, or a certificate of Worker's Compensation Insurance, or a certified copy thereof (Sec. 3800, Lab. C.).

**CERTIFICATE OF EXEMPTION FROM WORKERS COMPENSATION INSURANCE**

19. I certify that in the performance of the work for which this permit is issued, I shall not employ any person...

_George Cook_   No estate

**CONSTRUCTION LENDING AGENCY**

20. I hereby affirm that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.).

21. I certify that I have read this application and state that the above information is correct...

Signed _George Cook_   AGENT   11-1-90
(Owner or agent having property owner's consent)   Position   Date

13

# ZIMAS

Search          Reports          Resources          News!

10366 W ORMOND ST        Font: A A   +/-
                                A

**Address/Legal**

| | |
|---|---|
| Site Address | 10366 W ORMOND ST |
| ZIP Code | 91040 |
| PIN Number | 188B177   116 |
| Lot/Parcel Area (Calculated) | 23,388.5 (sq ft) |
| Thomas Brothers Grid | PAGE 503 - GRID B6 |
| Assessor Parcel No. (APN) | 2544030011 |
| Tract | TR 22714 |
| Map Reference | M B 649-93/95 |
| Block | None |
| Lot | 26 |
| Arb (Lot Cut Reference) | None |
| Map Sheet | 188B177 |

**Jurisdictional**

| | |
|---|---|
| Community Plan Area | Sunland - Tujunga - Lake View Terrace - Shadow Hills - East La Tuna Canyon |
| Area Planning Commission | North Valley |
| Neighborhood Council | Foothill Trails District |
| Council District | CD 7 - Monica Rodriguez |
| Census Tract # | 1021.07 |
| LADBS District Office | Van Nuys |
| Building Permit Info | View |

**Planning and Zoning**

| | |
|---|---|
| Special Notes | None |
| Zoning | RE40-1-K |
| Zoning Information (ZI) | ZI-2462 Specific Plan: San Gabriel/Verdugo Mountains Scenic Preservation |
| Zoning Information (ZI) | ZI-2462 Modifications to RE Zones and GF Area Hillside Area Regulations |
| Zoning Information (ZI) | ZI-2438 Saving Keeping in the City of Los Angeles |
| General Plan Land Use | Very Low I Residential |
| General Plan Note(s) | Yes |
| Hillside Area (Zoning Code) | Yes |
| Specific Plan Area | San Gabriel/Verdugo Mountains Scenic Preservation |
| Subarea | None |
| Special Land Use / Zoning | None |
| Historic Preservation Review | No |
| Historic Place LA | View |
| CDO: Community Design Overlay | None |
| CPIO: Community Plan Imp. Overlay | None |
| Subarea | None |
| CUGU: Clean Up-Green Up | None |



**DECLARATION OF SEVAN GORGINIAN**

I, Sevan Goginian,

1.  I am an attorney at law duly admitted to practice in the State of California and, inter alia, before the United States District Court for the Central District of California and this Court.  I am the former attorney of record for Secured Creditor Grachuy Arutynyan.  I have personal knowledge of the facts stated herein, except where stated on information and belief, and where so stated, I am informed and believe that such facts are true and correct.  If called and sworn as a witness, I could and would competently testify to the above.

2.      On September 17, 2020, I filed a motion to conduct an exam of Third-Party Appraiser Aren Kalustian Or Person With Most Knowledge (Ovanes John Gyurjian) At Golden State Appraisal Management Inc. (Docket Number 39).  The Court granted the motion.  (Docket Number 43.)   In response to the 2004 exam, Golden State produced the attached appraisal conducted in August, 2018.  A true and correct copy of the 2018 appraisal is attached hereto as Exhibit "1".

Executed on this 5th day of November, 2020, at Glendale, California.  I declare under the laws of United States of America and penalty of perjury that the foregoing is true and correct.

_____
Sevan Goginian

Supplemental Opposition to Motion to Avoid Lien

**EXHIBIT 1**

# APPRAISAL OF REAL PROPERTY



## LOCATED AT
10366 Ormond St
Sunland, CA 91040
Tract # 22714 Lot 26

## FOR
Golden West Alliance Inc
550 N Brand Blvd, Unit 170
Glendale, CA 91203

## OPINION OF VALUE
915,000

## AS OF
08/21/2018

## BY
Mariam Aivazian
Universal Valuation
7769 Clearfield Avenue
Panorama City, CA 91402
(310) 775-7676
mariamaivazian@universalvaluations.com

USPAP ADDENDUM

2019886
File No. 180804218

| Borrower | Anahit Harutyunyan | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 10366 Ormond St | | | | | |
| City | Sunland | County | Los Angeles | State | CA | Zip Code 91040 |
| Lender | Golden West Alliance Inc | | | | | |

**This report was prepared under the following USPAP reporting option:**

☒ Appraisal Report          This report was prepared in accordance with USPAP Standards Rule 2-2(a).

☐ Restricted Appraisal Report     This report was prepared in accordance with USPAP Standards Rule 2-2(b).

**Reasonable Exposure Time**

My opinion of a reasonable exposure time for the subject property at the market value stated in this report is: _____

The home values have maintained stable state during past 12 months. The supply is balanced with demand. The exposure time with sufficient marketing effort & reasonable listing price is estimated in range of 1-3 months. Exposure time exists before the effective date of the appraisal, whereas the marketing time exists immediately after that date (USPAP Stmnt 6 & Advisory Op.7).

**Additional Certifications**

I certify that, to the best of my knowledge and belief:

☒ I have NOT performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

☐ I HAVE performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

**Additional Comments**

INTENDED USER AND INTENDED USE:The intended user of this report is Golden West Alliance Inc. The intended use of this report is to support the underwriting requirements for a conventional mortgage. The scope of work in this report is customized for the intended use. This appraisal report may be inappropriate for other uses and jeopardize the user. Therefore, regardless the means of possession of this report, this appraisal may not be used or relied on for any use except the stated use. The appraiser assumes no obligation, liability or accountability for any other third party.

SOURCE OF MARKET VALUE DEFINITION: The market value definition is consistent with regulations published by Federal Regulatory agencies pursuant to Title XI of the Federal Institutions reform, recovery and enforcement act (FIRREA) of 1989.

**APPRAISER:**

Signature: _____
Name: Mariam Aivazian
Date Signed: 08/28/2018
State Certification #: AR044156
or State License #: _____
State: CA
Expiration Date of Certification or License: 11/06/2018
Effective Date of Appraisal: 08/21/2018

**SUPERVISORY APPRAISER: (only if required)**

Signature: _____
Name: _____
Date Signed: _____
State Certification #: _____
or State License #: _____
State: _____
Expiration Date of Certification or License: _____
Supervisory Appraiser Inspection of Subject Property:
☐ Did Not    ☐ Exterior-only from Street    ☐ Interior and Exterior

Uniform Residential Appraisal Report

2019886
File # 180804218

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

## SUBJECT

| | | | |
|---|---|---|---|
| Property Address 10366 Ormond St | City Sunland | State CA | Zip Code 91040 |
| Borrower Anahit Harutyunyan | Owner of Public Record Anahit Harutyunyan | County Los Angeles | |
| Legal Description Tract # 22714 Lot 26 | | | |
| Assessor's Parcel # 2544-039-011 | Tax Year 2017 | R.E. Taxes $ 7,256 | |
| Neighborhood Name Sunland Area | Map Reference 503/B6 | Census Tract 1021.07 | |

Occupant ☐ Owner ☒ Tenant ☐ Vacant    Special Assessments $ 0    ☐ PUD   HOA $ 0   ☐ per year ☐ per month
Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)
Assignment Type ☐ Purchase Transaction ☒ Refinance Transaction ☐ Other (describe)
Lender/Client Golden West Alliance Inc    Address 550 N Brand Blvd, Unit 170, Glendale, CA 91203
Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☒ Yes ☐ No
Report data source(s) used, offering price(s), and date(s). DOM 92;CRMLS#BB15019558. Listed on 11/01/16 for $649,000, reduced to $629,000 and sold
for $594,000 on 08/08/17. This was a short sale listing subject to lender's approval.

## CONTRACT

I ☐ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $             Date of Contract            Is the property seller the owner of public record? ☐ Yes ☐ No  Data Source(s)
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No
If Yes, report the total dollar amount and describe the items to be paid.

## NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location ☐ Urban ☒ Suburban ☐ Rural | | | Property Values ☐ Increasing ☒ Stable ☐ Declining | | | PRICE | AGE | One-Unit | 97 % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | | | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | | | $ (000) | (yrs) | 2-4 Unit | % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | | | Marketing Time ☒ Under 3 mths ☐ 3-6 mths ☐ Over 6 mths | | | 325 Low 5 | | Multi-Family | % |
| Neighborhood Boundaries    Market area is bounded south by La Tuna Canyon Rd, north by 210 Fwy, east | | | | | | 2,350 High 90 | | Commercial | 1 % |
| by Freeway 210 and west by Glenoaks Blvd. | | | | | | 900 Pred. 65 | | Other | 2 % |

Neighborhood Description    The neighborhood predominately consists of SFRs along with limited number of commercial/warehouse units alongside major
streets. Local neighborhood amenities i.e. public parks, employment centers, schools and shopping facilities are located within 2-5 mile radius. Land use
for "Other" refers to public streets, parks and other community places.
Market Conditions (including support for the above conclusions)    The home values have maintained stable state over past 12 months. The supply is balanced
with demand. The exposure time with sufficient marketing effort & reasonable listing price is estimated in range of 1-3 months. Exposure time exists before
the effective date of the appraisal, whereas the marketing time exists immediately after that date (USPAP Stmnt 6 & Advisory Op.7).

## SITE

| | | |
|---|---|---|
| Dimensions  See Plat Map | Area 8000 sf | Shape Rectangular | View B;CtySky;Mtn |
| Specific Zoning Classification  LARE40 | Zoning Description  Residential Estate, min. lot area 40,000SF; Hillside ordinance. | | |

Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)
Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No  If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street  Asphalt | ☒ | |
| Gas | ☒ | | Sanitary Sewer | ☒ | | Alley  None | | |

FEMA Special Flood Hazard Area ☐ Yes ☒ No   FEMA Flood Zone  D    FEMA Map #  06037C1330F    FEMA Map Date  09/26/2008
Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No  If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No  If Yes, describe
 Per public records the subject has 23388 SF Site area, however due to steep downhill towards the back side, the land utility is reduced by apprx.
70% leaving approx. 7000 SF for usable area, which is used in the Sales Comparison Approach. No other significant factors relating to the
subject's site, topography, shape, size or drainage were noted. Title report was not reviewed by the appraiser's. No external obsolescence noted.

## IMPROVEMENTS

| General Description | | Foundation | | Exterior Description | materials/condition | Interior | materials/condition |
|---|---|---|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | | ☐ Concrete Slab ☒ Crawl Space | | Foundation Walls | Concrete/Avg | Floors | WdLmnt/Gd |
| # of Stories  2 | | ☐ Full Basement ☒ Partial Basement | | Exterior Walls | Stucco/Stone/Gd | Walls | Drywall/Gd |
| Type ☒ Det. ☐ Att. ☐ S-Det./End Unit | | Basement Area  396 sq.ft. | | Roof Surface | Comp Shingle/Avg+ | Trim/Finish | Crwn,Base/Gd |
| ☒ Existing ☐ Proposed ☐ Under Const. | | Basement Finish  0 % | | Gutters & Downspouts | Metal/Gd | Bath Floor | Tile,Wd/Avg+ |
| Design (Style)  Traditional | | ☐ Outside Entry/Exit ☐ Sump Pump | | Window Type | Vinyl,Alum/Avg+ | Bath Wainscot | Tile/Avg+ |
| Year Built  1964 | | Evidence of ☐ Infestation  Unknown | | Storm Sash/Insulated | None | Car Storage | None |
| Effective Age (Yrs)  15 | | ☐ Dampness ☐ Settlement | | Screens | Metal/Avg+ | ☐ Driveway  # of Cars | |
| Attic | ☐ None | Heating ☒ FWA ☐ HWBB ☐ Radiant | | Amenities | ☐ Woodstove(s) #  0 | Driveway Surface | Concrete |
| ☐ Drop Stair ☐ Stairs | | ☐ Other  Fuel  Gas | | ☒ Fireplace(s) #  1 | ☒ Fence  Wood | ☒ Garage  # of Cars | 2 |
| ☐ Floor ☒ Scuttle | | Cooling ☒ Central Air Conditioning | | ☒ Patio/Deck  Deck | ☒ Porch  Concrete | ☐ Carport  # of Cars | 0 |
| ☐ Finished ☐ Heated | | ☐ Individual ☐ Other | | ☐ Pool  None | ☐ Other  None | ☐ Att. ☐ Det. ☒ Built-in | |

Appliances ☒ Refrigerator ☒ Range/Oven ☒ Dishwasher ☒ Disposal ☐ Microwave ☐ Washer/Dryer ☐ Other (describe)
Finished area above grade contains:    4 Rooms    2 Bedrooms    2.0 Bath(s)    2,404 Square Feet of Gross Living Area Above Grade
Additional features (special energy efficient items, etc.).    During inspection the utilities were on & appeared in working order. No appliance or climatization unit was
tested for operation; thus an assumption is made that they are in working order. Smoke & C/O detectors are installed. Water heater double strapped.
Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).    C3;Kitchen-remodeled-less than one year
ago;Bathrooms-remodeled-less than one year ago;The subject property is improved with 2bd/1bath dwelling with 2-car built-in garage and a
partial basement. Per owner they are planning to pull permits to finish this area as a bedroom or den w/full bathroom. This appraisal report is
made as-is and no value is given to this basement area as-finished. After last transfer the subject property underwent a major remodeling and
upgrades throughout the place. See page 3 for continued comments:
Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No  If Yes, describe

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No  If No, describe

Freddie Mac Form 70 March 2005                UAD Version 9/2011      Page 1 of 6                Fannie Mae Form 1004 March 2005

2019886
File # 180804218

## Uniform Residential Appraisal Report

| | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|

There are **11** comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 775,000 to $ 1,475,000 .
There are **35** comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 715,000 to $ 1,235,000 .

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 10366 Ormond St Sunland, CA 91040 | 9545 Hillrose St Shadow Hills, CA 91040 | | 10876 Wicks St Shadow Hills, CA 91040 | | 9565 Dale Ave Shadow Hills, CA 91040 | |
| Proximity to Subject | | 1.82 miles NE | | 1.02 miles NW | | 0.20 miles NE | |
| Sale Price | $ | $ 1,060,000 | | $ 1,000,000 | | $ 820,000 | |
| Sale Price/Gross Liv. Area | $ 274.54 sq.ft. | $ 318.32 sq.ft. | | $ 341.65 sq.ft. | | $ 431.58 sq.ft. | |
| Data Source(s) | | CRMLS#318001726;DOM 9 | | CRMLS#818000185;DOM 6 | | CRMLS#BB18032064;DOM 9 | |
| Verification Source(s) | | NDC Data; Doc#542778 | | NDC Data; Doc#227264 | | NDC Data; Doc#288006 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | ArmLth | | ArmLth | | ArmLth | |
| Concessions | | Conv;0 | | Conv;0 | | Cash;10000 | |
| Date of Sale/Time | | s05/18;c05/18 | | s03/18;c03/18 | | s03/18;c02/18 | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 8000 sf | 19381 sf | -57,000 | 19920 sf | -60,000 | 12000 sf | -20,000 |
| View | B;CtySky;Mtn | B;CtySky;Mtn | | N;Res; | 75,000 | B;CtySky;Mtn | |
| Design (Style) | DT2;Traditional | DT1;Mediter. | | DT2;Traditional | | DT1;Ranch | 0 |
| Quality of Construction | Q4 | Q4 | | Q4 | | Q4 | |
| Actual Age | 54 | 11 | 0 | 37 | 0 | 89 | 0 |
| Condition | C3 | C3 | | C3 | | C3 | 50,000 |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 4 2 2.0 | 6 3 2.1 | -5,000 | 7 4 3.0 | -10,000 | 6 3 2.1 | -5,000 |
| Gross Living Area | 2,404 sq.ft. | 3,330 sq.ft. | -69,000 | 2,927 sq.ft. | -39,000 | 1,900 sq.ft. | 38,000 |
| Basement & Finished | 396sf0sfin | 0sf | 0 | 0sf | 0 | 100sf0sfin | 0 |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FAU/CAC | FAU/CAC | | FAU/CAC | | FAU/CAC | |
| Energy Efficient Items | Rec.Lights | Rec.Lights | | Rec.Lights | | Rec.Lights | |
| Garage/Carport | 2gbi2dw | 3ga3dw | -10,000 | 3ga3dw | -10,000 | 2cp2dw | 20,000 |
| Porch/Patio/Deck | Deck | Patio | 0 | Patio | 0 | Patio | 0 |
| Amenities | None | None | | Pool/Spa | -40,000 | None | |
| Net Adjustment (Total) | | ☐ + ☒ - $ -141,000 | | ☐ + ☒ - $ -84,000 | | ☒ + ☐ - $ 83,000 | |
| Adjusted Sale Price | | Net Adj. 13.3 % | | Net Adj. 8.4 % | | Net Adj. 10.1 % | |
| of Comparables | | Gross Adj. 13.3 % $ 919,000 | | Gross Adj. 23.4 % $ 916,000 | | Gross Adj. 16.2 % $ 903,000 | |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☒ did ☐ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)    NDC Data, Agent Pro.
My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)    NDC Data, Agent Pro.
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 08/08/2017 | | | |
| Price of Prior Sale/Transfer | $594,000 | | | |
| Data Source(s) | NDC Data, CRMLS | NDC Data, CRMLS | NDC Data, CRMLS | NDC Data, CRMLS |
| Effective Date of Data Source(s) | 08/21/2018 | 08/21/2018 | 08/21/2018 | 08/21/2018 |

Analysis of prior sale or transfer history of the subject property and comparable sales    The subject's prior transfer was a short sale. The MLS listing has the
following note " AS A COMP PURPOSE ONLY. ASSESSOR WILL SHOW $594,000. HOWEVER, DUE TO BEING A SHORT SALE AND OTHER LIENS,
BUYER PAID APPROXI. $600,000. MORE THAN RECORDED AMOUNT". No other relevant facts pertaining to the sales history of the subject property or
the comparable sales are noted by the appraiser.

Summary of Sales Comparison Approach    An exhaustive search and thorough review of available data sources (NDC, CRMLS, local realtors) was conducted
for homes similar to subject. During research an effort was made to find homes within subject marketplace (within 2 mile radius) with similar view amenity
and condition. The subject area is known for its horse properties, which have equine keeping facilities and have much larger usable lot sizes. Therefore it
was necessary to screen through a large number of recent comps sales (comparable in terms of GLA & site size, room count, condition) in order to narrow
down to the selected 4 comp sales, which have similar GLA, condition, site utility & view amenity to the subject. All of the selected comps have been
thoroughly researched, analyzed & considered while deriving the opinion of market value of the subject. The comparables' GLA, lot size and bed/bath count
vary between MLS and public records. For the purpose of this appraiser gave more weight to public records for GLA and site size, and more
weight to MLS listings as they provide more accurate count for bed/bath and for most cases provide interior photos.
Indicated Value by Sales Comparison Approach $    915,000

Indicated Value by: Sales Comparison Approach $    915,000    Cost Approach (if developed) $    908,800    Income Approach (if developed) $    924,000
This report is based upon the fee simple interest, which in unencumbered and subject to assumptions and limiting conditions attached to and made a part
of this report.  See page 3 for Final Reconciliation Comments.

This appraisal is made ☒ "as is",  ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been
completed,  ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the
following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:  This Appraisal Report is intended for
use by the lender/client as indicated on Page 1 for a mortgage finance transaction only. This report is not intended for any other use.
Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting
conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$    915,000 , as of    08/21/2018 , which is the date of inspection and the effective date of this appraisal.

2019886

## Uniform Residential Appraisal Report

File # 180804218

ADDITIONAL COMMENTS

CONTINUED COMMENTS ON SUBJECT IMPROVEMENTS: The interior features new wood laminate floors, fresh coat of paint, upgraded mechanical system including copper plumbing, new electrical, partially updated windows and doors, partially repaired/replaced roof; remodeled kitchen w/new cabinets, stone counter tops and SS appliances; remodeled master bathroom w/quality tilework, new vanity and fixtures. For the purpose of this report the measured GLA of the subject property is used as opposed to the public records with extraordinary assumption made that the subject's actual GLA is all up to code and permitted. The combination of upgrades along with original items of construction combine for overall C3 condition, hence given the effective age, which is figured from an age-life base of 75 years

CONTINUED COMMENTS ON COMPARABLES: The hillside sites typically have reduced utility and less usable area than the actual size of the site. Some of the selected comps have hillside topography and for the purpose of this report the estimated usable lot size is used for those comps. The usable area of the lots is estimated by observing the aerial & plat maps combined with drive by inspections.
Comp 1 and 3 have similar marketable view. Comp 1 and 2 demonstrate somewhat similar condition to the subject. Comp 4 brackets the subject's bed/bath count. Comp 3 and 4 features older renovation and remodel, thus they both are adjusted for condition, although they both are rated C3. Comp 2 and 5 are adjusted for lack of view amenity. Comp 5 is an active listing.
Per public records the site size of Comp 3 is 31047 SF GLA, which has a reduced utility by approx. 35-40%, leaving approx. 12000 SF to usable area. Comp 4 per public records has a site size of 16787SF with approx. 8000 SF usable area and Comp 5 per public records has 15398 SF site, which has approx. 9000 SF of usable area.

COMMENTS ON WEIGHTING OF COMPS: During reconciliation the comparables are weighted as follows: the weighted average is used for Comparables 1, 2, and 3, with more weight placed on Comps 1 and 2 due to similar condition. Comp 4 is selected to bracket the subject's bed/bath count. Comp 5 is given the least weight due to being a listing.

RECONCILIATION: The Sales Comparison Approach best reflects typical buyers and sellers in this neighborhood and provides the most reliable indicator of value for the subject property. Most weight has been place on the Sales Comparison Approach to value, with emphasis on current levels of competition.
The Cost Approach tends to be reasonably reliable for newer homes and income units, where the property is developed to its highest and best use, and where the normal forces of supply and demand are in balance. However, due to the difficulty in estimating depreciation in older properties and the lack of market support for the estimated site value it is not considered as accurate indicator of value as the Sales Comparison Approach, therefore it is given secondary weight.
The Income Approach is given less weight as it is based on estimated forecasted market rents. The Gross Rental Multiplier is derived from rents of sales, which are obtained from recent MLS listings, yet deemed unreliable due to being unverifiable.

COMMENT ON APPRAISED VALUE OPINION: The appraised value opinion is supported by pre & post adjustment sale price indicators of the selected comp sales, and is higher than the Predominant Value of the subject market area as home with smaller GLAs and in inferior condition were also included in the general research, which does not make the subject property over-improved for the area.
The appraised value opinion is higher than the most recent purchase price, which is due to positive market reaction towards the major upgrades done to the property after it was sold combined with the fact that the property was sold below market value due to being a short sale.

COMMENT ON HIGHEST AND BEST USE: The subject property's highest and best use as-vacant and as-improved is the current use.

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)    The subject's land value was obtained by abstraction. It is noted that the subject's site value exceeds the 30% of the appraised value. The subject is located in a neighborhood with high land value, this factor does not adversely affect the property. The subject's land value is typical for the neighborhood and market area and is a result of positive locational factors, and is supported by the comps.

| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | = $ | 350,000 |
|---|---|---|---|
| Source of cost data   www.building-cost.net | DWELLING    2,404 Sq.Ft. @ $   250.00 | = $ | 601,000 |
| Quality rating from cost service    Avg+    Effective date of cost data   2018 | 396 Sq.Ft. @ $ | = $ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | = $ | |
| Public records 2250 SF GLA. On-site measurement 2404 SF GLA. The | Garage/Carport   500 Sq.Ft. @ $   70.00 | = $ | 35,000 |
| effective age of the subject property is figured from an age-life base of 75 | Total Estimate of Cost-New | = $ | 636,000 |
| years. Remaining economic life is an approximation. | Less    Physical    Functional    External | | |
| External/Functional obsolescence - none noted. | Depreciation    127,200 | = $( | 127,200) |
| | Depreciated Cost of Improvements | = $ | 508,800 |
| | "As-is" Value of Site Improvements | = $ | 50,000 |
| Estimated Remaining Economic Life (HUD and VA only)    60 Years | INDICATED VALUE BY COST APPROACH | = $ | 908,800 |

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

| Estimated Monthly Market Rent $   4200   X Gross Rent Multiplier   220   = $   924,000   Indicated Value by Income Approach |
|---|

Summary of Income Approach (including support for market rent and GRM)    The derived GRM indicator is based on the comp sales and estimated forecasted market rents, therefore the income approach is given less weight.

### PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)?   ☐ Yes   ☐ No   Unit type(s)   ☐ Detached   ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

| Total number of phases | Total number of units | Total number of units sold |
|---|---|---|
| Total number of units rented | Total number of units for sale | Data source(s) |

Was the project created by the conversion of existing building(s) into a PUD?   ☐ Yes   ☐ No   If Yes, date of conversion.

Does the project contain any multi-dwelling units?   ☐ Yes   ☐ No   Data Source

Are the units, common elements, and recreation facilities complete?   ☐ Yes   ☐ No   If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?   ☐ Yes   ☐ No   If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

2019886

### Uniform Residential Appraisal Report

File # 180804218

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK:   The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

INTENDED USE:   The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER:   The intended user of this appraisal report is the lender/client.

DEFINITION OF MARKET VALUE:   The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:   The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Uniform Residential Appraisal Report

2019886
File # 180804218

APPRAISER'S CERTIFICATION:   The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Uniform Residential Appraisal Report

2019886
File # 180804218

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

SUPERVISORY APPRAISER'S CERTIFICATION:    The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  Mariam Aivazian | Name |
| Company Name  Universal Valuation | Company Name |
| Company Address  7769 Clearfield Avenue | Company Address |
| Panorama City, CA 91402 | |
| Telephone Number  (310) 775-7676 | Telephone Number |
| Email Address  mariamaivazian@universalvaluations.com | Email Address |
| Date of Signature and Report  08/28/2018 | Date of Signature |
| Effective Date of Appraisal  08/21/2018 | State Certification # |
| State Certification #  AR044156 | or State License # |
| or State License # | State |
| or Other (describe)  State # | Expiration Date of Certification or License |
| State  CA | |
| Expiration Date of Certification or License  11/06/2018 | SUBJECT PROPERTY |
| | ☐ Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED | ☐ Did inspect exterior of subject property from street |
| 10366 Ormond St | Date of Inspection |
| Sunland, CA 91040 | ☐ Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $  915,000 | Date of Inspection |
| LENDER/CLIENT | |
| Name  Golden State AMC | COMPARABLE SALES |
| Company Name  Golden West Alliance Inc | |
| Company Address  550 N Brand Blvd, Unit 170, Glendale, CA | ☐ Did not inspect exterior of comparable sales from street |
| 91203 | ☐ Did inspect exterior of comparable sales from street |
| Email Address | Date of Inspection |

Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

2019886
File # 180804218

## Uniform Residential Appraisal Report

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 10366 Ormond St Sunland, CA 91040 | 9714 Rotta Ave Shadow Hills, CA 91040 | | 10110 Sunland Blvd Sunland, CA 91040 | | | |
| Proximity to Subject | | 0.42 miles NE | | 1.55 miles NE | | | |
| Sale Price | $ | $ 740,000 | | $ 800,000 | | $ | |
| Sale Price/Gross Liv. Area | $ 274.54 sq.ft. | $ 487.16 sq.ft. | | $ 412.58 sq.ft. | | $ sq.ft. | |
| Data Source(s) | | CRMLS#BB18034404;DOM 10 | | CRMLS#BB18157786;DOM 52 | | | |
| Verification Source(s) | | NDC Data; Doc#275216 | | NDC Data | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | Arm;Lth | | Listing | | | |
| Concessions | | Cash;1000 | | | | | |
| Date of Sale/Time | | s03/18;c02/18 | | Active | | | |
| Location | N;Res; | N;Res; | | N;Res; | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | | |
| Site | 8000 sf | 8000 sf | | 9000 sf | -5,000 | | |
| View | B;CtySky;Mtn | B;CtySky;Mtn | | B;LtdSght;Mtn | +50,000 | | |
| Design (Style) | DT2;Traditional | DT1;Mediter. | 0 | DT2;Mediter. | 0 | | |
| Quality of Construction | Q4 | Q4 | | Q4 | | | |
| Actual Age | 54 | 52 | 0 | 25 | 0 | | |
| Condition | C3 | C3 | +50,000 | C3 | | | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 4  2  2.0 | 4  2  2.0 | | 6  3  2.1 | -5,000 | | |
| Gross Living Area | 2,404 sq.ft. | 1,519 sq.ft. | +66,000 | 1,939 sq.ft. | +35,000 | sq.ft. | |
| Basement & Finished | 396sf0sfin | 0sf | 0 | 0sf | 0 | | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | Average | | | |
| Heating/Cooling | FAU/CAC | FAU/CAC | | FAU/CAC | | | |
| Energy Efficient Items | Rec.Lights | Rec.Lights | | Rec.Lights | | | |
| Garage/Carport | 2gbi2dw | 2ga2dw | 0 | 2ga2dw | 0 | | |
| Porch/Patio/Deck | Deck | Patio | 0 | Patio | 0 | | |
| Amenities | None | None | | None | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☒ +  ☐ - | $ 116,000 | ☒ +  ☐ - | $ 75,000 | ☐ +  ☐ - | $ |
| Adjusted Sale Price | | Net Adj.  15.7 % | | Net Adj.  9.4 % | | Net Adj.  % | |
| of Comparables | | Gross Adj.  15.7 % | $ 856,000 | Gross Adj.  11.9 % | $ 875,000 | Gross Adj.  % | $ |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 08/08/2017 | | | |
| Price of Prior Sale/Transfer | $594,000 | | | |
| Data Source(s) | NDC Data, CRMLS | NDC Data, CRMLS | NDC Data, CRMLS | |
| Effective Date of Data Source(s) | 08/21/2018 | 08/21/2018 | 08/21/2018 | |

Analysis of prior sale or transfer history of the subject property and comparable sales    No other relevant facts pertaining to above presented comparables were
noted by the appraiser.

Analysis/Comments    GRID ADJUSTMENTS: Adjustments to the comp sales reflect the market's reaction towards the differences between the subject &
comparables. The Client guidelines of 1) 10% of sale price or less adjustment per line, is exceeded due to large adjustments for location for Comp 5.
-Site area at $5 square foot (with minimum adjustments of $5,000 rounded).
-Square footage at $75 (with minimum adjustments of $5,000 rounded).
-Bedroom adjustment is reflected in GLA adjustments.
-Bathroom at $10,000; Half bathroom $5,000.
-Condition/quality adjustment at $50,000. Condition ratings are per the UAD requirement, however within the C1-C6 ratings there can be variances in
degree of condition; i.e. updated baths and upgraded kitchen for one comp vs. upgraded baths with upgraded kitchen for another. Both may be considered
similar condition ratings based on the UAD ratings, however may have a difference in dollar adjustment applied based on the degree of the
upgrades/remodeling. Sales comparison comments are provided to assist the reader in understanding the adjustments applied.
-Pool/Spa at $25,000; View amenity at $50,000 & $75,000; Garage at $10,000 per space.
No adjustment is made for fireplace, as its contributing value is too small to accurately measure.

COMMENT ON ADVERSE ENVIRONMENTAL CONDITIONS: The appraiser has no specific knowledge of hidden or unapparent conditions relating to the
property's structure that would make it a potential health hazard. The appraiser observed no obvious damage to the subject property due to any natural
disaster. Furthermore, the appraiser has assumed there are no hidden or unapparent conditions of the property site, the subsoil, or the structures that
would make the property more or less valuable. The appraiser is not responsible for any such conditions that do exist or any engineering that might be
required to discover whether such factors exist. The appraiser is not a home or environmental inspector. The appraiser provides an opinion of value. The
appraisal does not guarantee that the property is free of defects or environmental problems. Mold may be present in areas the appraiser cannot see.

Form 1004UAD.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# SINGLE FAMILY COMPARABLE RENT SCHEDULE

This form is intended to provide the appraiser with a familiar format to estimate the market rent of the subject property.  Adjustments should be made only for items of significant difference between the comparables and the subject property.

| ITEM | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 10366 Ormond St<br>Sunland, CA 91040 | 10137 Wheatland Ave<br>Sunland, CA 91040 | | 9818 Wheatland Ave<br>Sunland, CA 91040 | | 10222 Horsehaven St<br>Sunland, CA 91040 | |
| Proximity to Subject | | 0.97 miles N | | 0.53 miles N | | 0.38 miles SE | |
| Date Lease Begins<br>Date Lease Expires | 09/2017<br>08/2020 | 08/18<br>1 year lease | | 08/18<br>1 year lease | | 04/18-03/19<br>1 year lease | |
| Monthly Rental | If Currently<br>Rented: $ 4,200 | $ 4,200 | | $ 4,500 | | $ 4,200 | |
| Less: Utilities | $ 0 | $ 0 | | $ 0 | | $ 0 | |
| Furniture | 0 | 0 | | 0 | | 0 | |
| Adjusted<br>Monthly Rent | $ 4,200 | $ 4,200 | | $ 4,500 | | $ 4,200 | |
| Data Source | NDC,AgntPro<br>Inspection,MLS | CRMLS#817002052<br>L.Agent at (818) 248-2248 | | CRMLS#818003739<br>L.Agent at (818) 790-6774 | | CRMLS#BB17166496<br>L.Agent at 818-239-3500 | |
| RENT ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(–)$ Adjust. | DESCRIPTION | +(–)$ Adjust. | DESCRIPTION | +(–)$ Adjust. |
| Rent<br>Concessions | | 0 | | 0 | | 0 | |
| Location/View | N;Res;<br>B;CtySky;Mtn | N;Res;<br>B;CtySky;Mtn | | N;Res; | +500 | N;Res; | +500 |
| Design and Appeal | DT2;Traditional | DT2;Traditional | | DT2;Traditional | | DT2;Mediter. | |
| Age/Condition | 54<br>C3 | 93<br>C4 | +800 | 61<br>C4 | +800 | 13<br>C3 | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 4  2  2.0 | 5  3  2.0 | | 7  4  3.0 | -100 | 7  4  3.0 | -100 |
| Gross Living Area | 2,404 Sq. Ft. | 2,795 Sq. Ft. | -200 | 2,780 Sq. Ft. | -200 | 2,457 Sq. Ft. | |
| Other (e.g., basement, etc.) | 396sf0sfin | 0sf | | 0sf | | 0sf | |
| Other: | 2 Car Garage<br>None | 2 Car Garage<br>Pool | -500 | 2 Car Garage<br>ADU 1bd/1ba | -1,200 | 2 Car Garage<br>Pool | -500 |
| Net Adj. (total) | | ☒ + ☐ – $ | 100 | ☐ + ☒ – $ | -200 | ☐ + ☒ – $ | -100 |
| Indicated Monthly<br>Market Rent | | $ | 4,300 | $ | 4,300 | | 4,100 |

Comments on market data, including the range of rents for single family properties, an estimate of vacancy for single family rental properties, the general trend of rents and vacancy, and support for the above adjustments.  (Rent concessions should be adjusted to the market, not to the subject property.)    The rental data is limited in the subject market area, as typically landlords in this area are advertising the rentals by themselves without listing their homes in the MLS. Some rental listings are noted in Craigslist.com & apartments.com, which however only reports the available inventory and does not provide historic data. No rent concessions are noted for the comparables. The vacancy rate is noted to be at approx 3%. Typically, homes are leased unfurnished, on 12-month lease bases and then turn to month-to-month if the parties are interested. The applied adjustments to the rental comparables are market derived.

Final Reconciliation of Market Rent:    The subject property is vacant. During reconciliation all 3 rental comparables are considered while deriving a rental value opinion. The subject property's market rent is estimated at $4200 per month.

I (WE) ESTIMATE THE MONTHLY MARKET RENT OF THE SUBJECT AS OF    08/21/2018    20 __    TO BE $ 4,200

Appraiser(s) SIGNATURE                                      Review Appraiser  SIGNATURE
                                                           (If applicable)

NAME  Mariam Aivazian                                      NAME

Freddie Mac Form 1000  (8/88) [Y2K]                                                    Fannie Mae Form 1007  (8/88)

Universal Valuations (310) 775-7676

Form RNT - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

180804218

# Operating Income Statement
### One- to Four-Family Investment Property and Two- to Four-Family Owner-Occupied Property

Property Address

| 10366 Ormond St | Sunland | CA | 91040 |
|---|---|---|---|
| Street | City | State | Zip Code |

General Instructions: This form is to be prepared jointly by the loan applicant, the appraiser, and the lender's underwriter. The applicant must complete the following schedule indicating each unit's rental status, lease expiration date, current rent, market rent, and the responsibility for utility expenses. Rental figures must be based on the rent for an "unfurnished" unit.

| | Currently Rented | Expiration Date | Current Rent Per Month | Market Rent Per Month | Utility Expense | Paid By Owner | Paid By Tenant |
|---|---|---|---|---|---|---|---|
| Unit No. 1 | Yes ☒ No ☐ | 08/2020 | $ 4,200 | $ 4,200 | Electricity | ☐ | ☒ |
| Unit No. 2 | Yes ☐ No ☐ | | $ | $ | Gas | ☐ | ☒ |
| Unit No. 3 | Yes ☐ No ☐ | | $ | $ | Fuel Oil | ☐ | ☐ |
| Unit No. 4 | Yes ☐ No ☐ | | $ | $ | Fuel (Other) | ☐ | ☐ |
| Total | | | $ 4,200 | $ 4,200 | Water/Sewer | ☐ | ☒ |
| | | | | | Trash Removal | ☐ | ☒ |

The applicant should complete all of the income and expense projections and for existing properties provide actual year-end operating statements for the past two years (for new properties the applicant's projected income and expenses must be provided). This Operating Income Statement and any previous operating statements the applicant provides must then be sent to the appraiser for review, comment, and/or adjustments next to the applicant's figures (e.g. Applicant/Appraiser 288/300). If the appraiser is retained to complete the form instead of the applicant, the lender must provide to the appraiser the aforementioned operating statements, mortgage insurance premium, HOA dues, leasehold payments, subordinate financing, and/or any other relevant information as to the income and expenses of the subject property received from the applicant to substantiate the projections. The underwriter should carefully review the applicant's/appraiser's projections and the appraiser's comments concerning those projections. The underwriter should make any final adjustments that are necessary to more accurately reflect any income or expense items that appear unreasonable for the market. (Real estate taxes and insurance on these types of properties are included in PITI and not calculated as an annual expense item) Income should be based on the current rents, but should not exceed market rents. When there are no current rents because the property is proposed, new, or currently vacant, market rents should be used.

## Annual Income and Expense Projection for Next 12 months

| Income (Do not include income for owner-occupied units) | | By Applicant/Appraiser | Adjustments by Lender's Underwriter |
|---|---|---|---|
| Gross Annual Rental (from unit(s) to be rented) | (Current) | $ 50,400 | $ |
| Other Income (include sources) | | + | + |
| Total | | $ 50,400 | $ |
| Less Vacancy/Rent Loss | | − 1,512 ( 3 %) | − ( %) |
| Effective Gross Income | | $ 48,888 | $ |

Expenses (Do not include expenses for owner-occupied units)

| | | By Applicant/Appraiser | Adjustments by Lender's Underwriter |
|---|---|---|---|
| Electricity  Paid by Tenant (Typical) | | 0 | |
| Gas  Paid by Tenant (Typical) | | 0 | |
| Fuel Oil | | | |
| Fuel _____ (Type - _____ ) | | | |
| Water/Sewer  Paid by Tenant (Typical) | | 0 | |
| Trash Removal  Paid by Tenant (Typical) | | 0 | |
| Pest Control | | 0 | |
| Other Taxes or Licenses  Insurance (Estimated) | | 1,100 | |
| Casual Labor | | | |
| This includes the costs for public area cleaning, snow removal, etc., even though the applicant may not elect to contract for such services. | | | |
| Interior Paint/Decorating  (Estimated) | | 0 | |
| This includes the costs of contract labor and materials that are required to maintain the interiors of the living unit. | | | |
| General Repairs/Maintenance  Paid by Owner | | 300 | |
| This includes the costs of contract labor and materials that are required to maintain the public corridors, stairways, roofs, mechanical systems, grounds, etc. | | | |
| Management Expenses  Self Managed (Typical) | | 0 | |
| These are the customer expenses that a professional management company would charge to manage the property. | | | |
| Supplies | | | |
| This includes the costs of items like light bulbs, janitorial supplies, etc. | | | |
| Total Replacement Reserves - See Schedule on Pg. 2  (Estimated) | | 368 | |
| Miscellaneous | | 2,664 | |
| ----- | | | |
| ----- | | | |
| ----- | | | |
| ----- | | | |
| ----- | | | |
| ----- | | | |
| ----- | | | |
| Total Operating Expenses | | $ 4,432 | $ |

| Freddie Mac | This Form Must Be Reproduced By Seller | Fannie Mae |
|---|---|---|
| Form 998 Aug 88 | Page 1 of 2 | Form 216 Aug 88 |

Replacement Reserve Schedule

Adequate replacement reserves must be calculated regardless of whether actual reserves are provided for on the owner's operating statements or are customary in the local market. This represents the total average yearly reserves. Generally, all equipment and components that have a remaining life of more than one year - such as refrigerators, stoves, clothes washers/dryers, trash compactors, furnaces, roofs, and carpeting, etc. - should be expensed on a replacement cost basis.

| Equipment | | Replacement Cost | | Remaining Life | | | | By Applicant/ Appraiser | Lender Adjustments |
|---|---|---|---|---|---|---|---|---|---|
| Stoves/Ranges | @ | $ 1,000 | ea. ÷ | 25 Yrs. x | 1 | Units = | $ | 40 | $ |
| Refrigerators | @ | $ | ea. ÷ | Yrs. x | | Units = | $ | | $ |
| Dishwashers | @ | $ | ea. ÷ | Yrs. x | | Units = | $ | | $ |
| A/C Units | @ | $ | ea. ÷ | Yrs. x | | Units = | $ | | $ |
| C. Washer/Dryers | @ | $ | ea. ÷ | Yrs. x | | Units = | $ | | $ |
| HW Heaters | @ | $ 1,200 | ea. ÷ | 25 Yrs. x | 1 | Units = | $ | 48 | $ |
| Furnace(s) | @ | $ | ea. ÷ | Yrs. x | | Units = | $ | | $ |
| (Other) FAU/CAC | @ | $ 7,000 | ea. ÷ | 25 Yrs. x | 1 | Units = | $ | 280 | $ |
| Roof | @ | $ | ÷ | Yrs. x One Bldg. = | | | $ | | $ |

Carpeting (Wall to Wall)

| | | | | | Remaining Life | | | | |
|---|---|---|---|---|---|---|---|---|---|
| (Units) | Total Sq. Yds. @ | $ | Per Sq. Yd. ÷ | Yrs. = | | | $ | | $ |
| (Public Areas) | Total Sq. Yds. @ | $ | Per Sq. Yd. ÷ | Yrs. = | | | $ | | $ |

Total Replacement Reserves. (Enter on Pg. 1)     $ 368     $

## Operating Income Reconciliation

$ 48,888  −  $ 4,432  =  $ 44,456  ÷ 12 =  $ 3,705
Effective Gross Income        Total Operating Expenses        Operating Income                    Monthly Operating Income

$ 3,705  −  $  =  $
Monthly Operating Income        Monthly Housing Expense        Net Cash Flow

(Note: Monthly Housing Expense includes principal and interest on the mortgage, hazard insurance premiums, real estate taxes, mortgage insurance premiums, HOA dues, leasehold payments, and subordinate financing payments.)

Underwriter's instructions for 2-4 Family Owner-Occupied Properties

- If Monthly Operating Income is a positive number, enter as "Net Rental Income" in the "Gross Monthly Income" section of Freddie Mac Form 65/Fannie Mae Form 1003. If Monthly Operating Income is a negative number, it must be included as a liability for qualification purposes.

- The borrower's monthly housing expense-to-income ratio must be calculated by comparing the total Monthly Housing Expense for the subject property to the borrower's stable monthly income.

Underwriter's instructions for 1-4 Family Investment Properties

- If Net Cash Flow is a positive number, enter as "Net Rental Income" in the "Gross Monthly Income" section of Freddie Mac Form 65/Fannie Mae Form 1003. If Net Cash Flow is a negative number, it must be included as a liability for qualification purposes.

- The borrower's monthly housing expense-to-income ratio must be calculated by comparing the total monthly housing expense for the borrower's primary residence to the borrower's stable monthly income.

Appraiser's Comments (Including sources for data and rationale for the projections)
Estimated rental amounts, expenses, and remaining life estimates for the Replacement Reserve Schedule are figured from an analysis of field research and based upon the subject's highest income earning potential and typical life expectancy of physical dwelling. All numbers are rounded to the nearest dollar amount.

| Mariam Aivazian | | 08/28/2018 |
|---|---|---|
| Appraiser Name | Appraiser Signature | Date |

Underwriter's Comments and Rationale for Adjustments

| | | |
|---|---|---|
| Underwriter Name | Underwriter Signature | Date |

Freddie Mac
Form 998 Aug 88

Page 2 of 2

Fannie Mae
Form 216 Aug 88

Market Conditions Addendum to the Appraisal Report

2019886

File No. 180804218

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| Property Address | 10366 Ormond St | City | Sunland | State | CA | ZIP Code | 91040 |
|---|---|---|---|---|---|---|---|

Borrower    Anahit Harutyunyan

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

**MARKET RESEARCH & ANALYSIS**

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 11 | 12 | 12 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | 1.83 | 4.00 | 4.00 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Total # of Comparable Active Listings | 10 | 8 | 8 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 5.45 | 2.00 | 2.00 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Sale & List Price, DOM, Sale/List % | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Median Comparable Sale Price | $830,000 | $904,160 | $839,500 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Sales Days on Market | 43 | 36 | 25 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Comparable List Price | $849,500 | $884,475 | $860,000 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Listings Days on Market | 35 | 71 | 34 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Sale Price as % of List Price | 98.05% | 102.33% | 100.00% | ☐ Increasing | ☒ Stable | ☐ Declining |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? | | ☐ Yes | ☒ No | ☐ Increasing | ☒ Stable | ☐ Declining |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).    The California Regional Multiple Listing Service, Inc. MLS indicated 9 of 35 (25.7%) of the closed sales in the market area between 08/21/2017 and 08/21/2018 contained seller concessions.  Concessions ranged between $1,000 and $20,000, and the median concession was $3,000. For 7-12 months prior, 1 of 11 transactions (9.1%) had concessions. For 4-6 months prior, 6 of 12 transactions (50.0%) had concessions. For the 3 months prior to the effective date, 2 of 12 transactions (16.7%) had concessions.

Are foreclosure sales (REO sales) a factor in the market?    ☐ Yes    ☒ No    If yes, explain (including the trends in listings and sales of foreclosed properties).

Cite data sources for above information.    The Market Conditions Addenda was completed with data from California Regional Multiple Listing Service, Inc. MLS with an effective date of 08/21/2018.

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.

All conclusions are based on information obtained within the neighborhood boundaries and are comparable specific.

Based on supplemental research, analysis and interviews with local real estate professionals, the real estate market in the subject neighborhood is noted to be in stable state. As of the effective date of this report there were 11 listing comparables in the neighborhood, 1 of which was selected in this report.

**CONDO/CO-OP PROJECTS**

If the subject is a unit in a condominium or cooperative project , complete the following:    N/A    Project Name:    N/A

| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Total # of Active Comparable Listings | | | | ☐ Declining | ☐ Stable | ☐ Increasing |
| Months of Unit Supply (Total Listings/Ab.Rate) | | | | ☐ Declining | ☐ Stable | ☐ Increasing |

Are foreclosure sales (REO sales) a factor in the project?    ☐ Yes    ☐ No    If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.    N/A

**APPRAISER**

| Signature | | Signature | |
|---|---|---|---|
| Appraiser Name | Mariam Aivazian | Supervisory Appraiser Name | |
| Company Name | Universal Valuation | Company Name | |
| Company Address | 7769 Clearfield Avenue, Panorama City, CA 91402 | Company Address | |
| State License/Certification # | AR044156    State    CA | State License/Certification #    State | |
| Email Address | mariamaivazian@universalvaluations.com | Email Address | |

Form 1004MC2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

**Subject Photo Page**

| Borrower | Anahit Harutyunyan | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 10366 Ormond St | | | | | |
| City | Sunland | County | Los Angeles | State | CA | Zip Code | 91040 |
| Lender/Client | Golden West Alliance Inc | | | | | |



**Subject Front**

10366 Ormond St
Sales Price
Gross Living Area          2,404
Total Rooms                4
Total Bedrooms             2
Total Bathrooms            2.0
Location                   N;Res;
View                       B;CtySky;Mtn
Site                       8000 sf
Quality                    Q4
Age                        54



**Subject Rear**



**Subject Street**

| Borrower | Anahit Harutyunyan | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 10366 Ormond St | | | | | | |
| City | Sunland | County | Los Angeles | State | CA | Zip Code | 91040 |
| Lender/Client | Golden West Alliance Inc | | | | | | |



### Street Scene

| | |
|---|---|
| 10366 Ormond St | |
| Sales Price | |
| Gross Living Area | 2,404 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | B;CtySky;Mtn |
| Site | 8000 sf |
| Quality | Q4 |
| Age | 54 |



### Side View



### Side View

Subject Exterior Photo Page

| Borrower | Anahit Harutyunyan | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 10366 Ormond St | | | | | |
| City | Sunland | County | Los Angeles | State | CA | Zip Code | 91040 |
| Lender/Client | Golden West Alliance Inc | | | | | |



**Front View**

10366 Ormond St
Sales Price
Gross Living Area      2,404
Total Rooms      4
Total Bedrooms      2
Total Bathrooms      2.0
Location      N;Res;
View      B;CtySky;Mtn
Site      8000 sf
Quality      Q4
Age      54



**Deck View**



**Deck View**

Subject Exterior Photo Page

| Borrower | Anahit Harutyunyan | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 10366 Ormond St | | | | | |
| City | Sunland | County | Los Angeles | State | CA | Zip Code | 91040 |
| Lender/Client | Golden West Alliance Inc | | | | | |



### Rear/Side View

| | |
|---|---|
| 10366 Ormond St | |
| Sales Price | |
| Gross Living Area | 2,404 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | B;CtySky;Mtn |
| Site | 8000 sf |
| Quality | Q4 |
| Age | 54 |



### City Lights & Mtn Views



### City Lights & Mtn Views

Subject Interior Photo Page

| Borrower | Anahit Harutyunyan | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 10366 Ormond St | | | | | |
| City | Sunland | County | Los Angeles | State | CA | Zip Code 91040 |
| Lender/Client | Golden West Alliance Inc | | | | | |



### Entry

10366 Ormond St
Sales Price
Gross Living Area          2,404
Total Rooms               4
Total Bedrooms            2
Total Bathrooms           2.0
Location                  N;Res;
View                      B;CtySky;Mtn
Site                      8000 sf
Quality                   Q4
Age                       54



**Living Room**



**Dining Area**

| Borrower | Anahit Harutyunyan | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 10366 Ormond St | | | | | |
| City | Sunland | County | Los Angeles | State | CA | Zip Code 91040 |
| Lender/Client | Golden West Alliance Inc | | | | | |



### Kitchen

| | |
|---|---|
| 10366 Ormond St | |
| Sales Price | |
| Gross Living Area | 2,404 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | B;CtySky;Mtn |
| Site | 8000 sf |
| Quality | Q4 |
| Age | 54 |



### Kitchen View



### Hallway

Subject Interior Photo Page

| | |
|---|---|
| Borrower | Anahit Harutyunyan |
| Property Address | 10366 Ormond St |
| City | Sunland |
| Lender/Client | Golden West Alliance Inc |

| | | | | | |
|---|---|---|---|---|---|
| | | County | Los Angeles | State | CA | Zip Code | 91040 |



### Bedroom 1

10366 Ormond St

| | |
|---|---|
| Sales Price | |
| Gross Living Area | 2,404 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | B;CtySky;Mtn |
| Site | 8000 sf |
| Quality | Q4 |
| Age | 54 |



### Bedroom 2



### Bathroom 1

Subject Interior Photo Page

| Borrower | Anahit Harutyunyan | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 10366 Ormond St | | | | | | |
| City | Sunland | County | Los Angeles | State | CA | Zip Code | 91040 |
| Lender/Client | Golden West Alliance Inc | | | | | | |



**Bathroom 1 View**

| | |
|---|---|
| 10366 Ormond St | |
| Sales Price | |
| Gross Living Area | 2,404 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | B;CtySky;Mtn |
| Site | 8000 sf |
| Quality | Q4 |
| Age | 54 |



**Bathroom 2**



**Laundry**

## Subject Interior Photo Page

| Borrower | Anahit Harutyunyan | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 10366 Ormond St | | | | | | |
| City | Sunland | County | Los Angeles | State | CA | Zip Code | 91040 |
| Lender/Client | Golden West Alliance Inc | | | | | | |



### Garage Interior

| | |
|---|---|
| 10366 Ormond St | |
| Sales Price | |
| Gross Living Area | 2,404 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | B;CtySky;Mtn |
| Site | 8000 sf |
| Quality | Q4 |
| Age | 54 |

**Water Heater Double Strapped**



**CO Detector**



## Subject Interior Photo Page

| Borrower | Anahit Harutyunyan | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 10366 Ormond St | | | | | |
| City | Sunland | County | Los Angeles | State | CA | Zip Code | 91040 |
| Lender/Client | Golden West Alliance Inc | | | | | |



### Basement

10366 Ormond St
Sales Price
Gross Living Area        2,404
Total Rooms              4
Total Bedrooms           2
Total Bathrooms          2.0
Location                 N;Res;
View                     B;CtySky;Mtn
Site                     8000 sf
Quality                  Q4
Age                      54

Proposed Bedroom or Den



### Basement

Proposed Bedroom or Den



### Basement

Proposed Bath addition

**Comps Photos** **Drive By Inspection**

| Borrower | Anahit Harutyunyan | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 10366 Ormond St | | | | | | |
| City | Sunland | County | Los Angeles | State | CA | Zip Code | 91040 |
| Lender/Client | Golden West Alliance Inc | | | | | | |





**9545 Hillrose St**                    **9565 Dale Ave**





**9714 Rotta Ave**                    **10110 Sunland Blvd**

Comparable Photo Page

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Anahit Harutyunyan | | | | | | |
| Property Address | 10366 Ormond St | | | | | | |
| City | Sunland | County | Los Angeles | | State | CA | Zip Code 91040 |
| Lender/Client | Golden West Alliance Inc | | | | | | |



**COMPARABLE 1**

9545 Hillrose St

| | |
|---|---|
| Prox. to Subject | 1.82 miles NE |
| Sale Price | 1,060,000 |
| Borrower | 3,330 |
| Lender/Client | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.1 |
| Location | N;Res; |
| View | B;CtySky;Mtn |
| Site | 19381 sf |
| Quality | Q4 |
| Age | 11 |

MLS Photo



**COMPARABLE 2**

10876 Wicks St

| | |
|---|---|
| Prox. to Subject | 1.02 miles NW |
| Sale Price | 1,000,000 |
| Gross Living Area | 2,927 |
| Total Rooms | 7 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 19920 sf |
| Quality | Q4 |
| Age | 37 |



**COMPARABLE 3**

9565 Dale Ave

| | |
|---|---|
| Prox. to Subject | 0.20 miles NE |
| Sale Price | 820,000 |
| Gross Living Area | 1,900 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.1 |
| Location | N;Res; |
| View | B;CtySky;Mtn |
| Site | 12000 sf |
| Quality | Q4 |
| Age | 89 |

MLS Photo

| Borrower | Anahit Harutyunyan | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 10366 Ormond St | | | | | |
| City | Sunland | County | Los Angeles | State | CA | Zip Code 91040 |
| Lender/Client | Golden West Alliance Inc | | | | | |



### COMPARABLE 4

9714 Rotta Ave
| | |
|---|---|
| Prox. to Subject | 0.42 miles NE |
| Sale Price | 740,000 |
| Borrower | 1,519 |
| Lender/Client | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | B;CtySky;Mtn |
| Site | 8000 sf |
| Quality | Q4 |
| Age | 52 |

MLS Photo



### COMPARABLE 5

10110 Sunland Blvd
| | |
|---|---|
| Prox. to Subject | 1.55 miles NE |
| Sale Price | 800,000 |
| Gross Living Area | 1,939 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.1 |
| Location | N;Res; |
| View | B;LtdSght;Mtn |
| Site | 9000 sf |
| Quality | Q4 |
| Age | 25 |

MLS Photo

### COMPARABLE 6

| | |
|---|---|
| Prox. to Subject | |
| Sale Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

Rentals Photos 1-3

| Borrower | Anahit Harutyunyan | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 10366 Ormond St | | | | | | |
| City | Sunland | County | Los Angeles | | State | CA | Zip Code | 91040 |
| Lender/Client | Golden West Alliance Inc | | | | | | |



### Rental 1

| | |
|---|---|
| 10137 Wheatland Ave | |
| Proximity to Subject | 0.97 miles N |
| Adj. Monthly Rent | 4,200 |
| Gross Living Area | 2,795 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | B;CtySky;Mtn |
| Condition | C4 |
| Age | 93 |

MLS Photo



### Rental 2

| | |
|---|---|
| 9818 Wheatland Ave | |
| Proximity to Subject | 0.53 miles N |
| Adj. Monthly Rent | 4,500 |
| Gross Living Area | 2,780 |
| Total Rooms | 7 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.0 |
| Location | N;Res; |
| View | N;Res; |
| Condition | C4 |
| Age | 61 |

MLS Photo



### Rental 3

| | |
|---|---|
| 10222 Horsehaven St | |
| Proximity to Subject | 0.38 miles SE |
| Adj. Monthly Rent | 4,200 |
| Gross Living Area | 2,457 |
| Total Rooms | 7 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.0 |
| Location | N;Res; |
| View | N;Res; |
| Condition | C3 |
| Age | 13 |

| Borrower | Anahit Harutyunyan | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 10366 Ormond St | | | | | | |
| City | Sunland | County | Los Angeles | State | CA | Zip Code | 91040 |
| Lender/Client | Golden West Alliance Inc | | | | | | |

**Sketch is designed to visualize the property and is not an architectural draft report.**



TOTAL Sketch by a la mode, inc.

**Area Calculations Summary**

| Living Area | | Calculation Details | |
|---|---|---|---|
| First Floor | 1504.25 Sq ft | 0.5 × 28.8 × 14 = | 201.6 |
| | | 0.5 × 10.2 × 8.5 = | 43.35 |
| | | 0.5 × 10.13 × 8.5 = | 43.07 |
| | | 18.67 × 8.5 = | 158.66 |
| | | 0.5 × 20.87 × 17.5 = | 182.57 |
| | | 50 × 17.5 = | 875 |
| Second Floor | 900 Sq ft | 30 × 30 = | 900 |
| **Total Living Area (Rounded):** | **2404 sq ft** | | |
| **Non-living Area** | | | |
| 2 Car Garage | 500 Sq ft | 25 × 20 = | 500 |
| Deck | 495.38 Sq ft | 0.5 × 8 × 9.6 = | 38.4 |
| | | 23 × 8 = | 184 |
| | | 0.5 × (15.19 + 14.6) × 14.5 = | 216 |
| | | 0.5 × 15.19 × 7.5 = | 56.97 |
| Basement | 396 Sq ft | 8 × 7.5 = | 60 |
| | | 28 × 12 = | 336 |

**Property Location**

| | | | | | |
|---|---|---|---|---|---|
| Address: | 10366 ORMOND ST | City: | SUNLAND | Zip: | 91040-1414 |
| APN#: | 2544-039-011 | Use Code: | Single Family Residence | County: | Los Angeles |
| Tract: | 22714 | Census Tract: | 1021.07 | Zone: | LARE40 |
| Map Page/Grid: | 503/ B6 | Legal Desc: | TRACT # 22714 LOT 26 | | |
| Total Assessed Value: | 599,839 | Tax Amount: | 7,255.63 | | |
| Percent Improvement: | 30.00 | Tax Year: | 2017 | | |

**Current Owner Information**

| | | | |
|---|---|---|---|
| Current Owner: | HARUTYUNYAN,ANAHIT | Owner Address: | 10366 ORMOND ST |
| City, State, Zip: | SUNLAND, CA, 91040-1414 | Owner Occupied: | Yes |
| Last Transaction: | 08/10/2017 | Deed Type: | deed of trust |
| Amount: | | Document: | 0000904713 |

**Last sale Information**

| | | | |
|---|---|---|---|
| Transferred From: | BRADPIECE,THEODORE C | Seller Address: | |
| Recording / Sale Date: | 08/08/2017 / 06/21/2017 | Prior Recording / Sale Date: | 08/28/2000 / |
| Most Recent Sale Price: | 594,000 | Prior Sale Price: | 424,000 |
| Document Number: | 0000890966 | Prior Document No.: | 0001344974 |
| Document Type: | grant deed/deed of trust | Prior Document Type: | high liability |

**Lender Information**

| | | | |
|---|---|---|---|
| Lender: | | Full/Partial: | F |
| Loan Amount / 2nd Trust Deed: | 0 / 0 | Loan Type: | conventional |

**Physical Information**

| | | | | | |
|---|---|---|---|---|---|
| Building Area: | 2,250 | # of Bedrooms: | 2 | Lot Size: | 23,388 |
| Additional: | 0 | # of Bathrooms: | 2.00 | Year Built / Effective: | 1964 / 1967 |
| Garage: | 0 | # of Stories: | 2 | Heating: | Central |
| First Floor: | 0 | Total Rooms: | 8 | Cooling: | |
| Second Floor: | 0 | # of Units: | 1 | Roof Type: | |
| Third Floor: | 0 | Garage/Carport: | Yes / | Construction/Quality: | Primary Material Unlisted / 0 |
| Basement Finished: | 0 | Fireplaces: | 0 | Building Shape: | |
| Basement Unfinished: | 0 | Pool/Spa: | No | View: | |

©2018 Copyright NDCdata.com All Rights Reserved. **National Data Collective Inc.**

Plat Map

| Borrower | Anahit Harutyunyan | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 10366 Ormond St | | | | | |
| City | Sunland | County | Los Angeles | State | CA | Zip Code | 91040 |
| Lender/Client | Golden West Alliance Inc | | | | | |



Subject
10366 Ormond St

TRACT NO. 22714
M.B. 649-93-95

| Borrower | Anahit Harutyunyan | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 10366 Ormond St | | | | | | |
| City | Sunland | County | Los Angeles | | State | CA | Zip Code | 91040 |
| Lender/Client | Golden West Alliance Inc | | | | | | |



2019886
File No.    1B0804218

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Condition Ratings and Definitions

C1

The improvements have been very recently constructed and have not previously been occupied. The entire structure and all components are new and the dwelling features no physical depreciation.*

*Note: Newly constructed improvements that feature recycled materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100% new foundation and the recycled materials and the recycled components have been rehabilitated/re-manufactured into like-new condition. Recently constructed improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (i.e., newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).

C2

The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category either are almost new or have been recently completely renovated and are similar in condition to new construction.

C3

The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

C4

The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

C5

The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

C6

The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

Quality Ratings and Definitions

Q1

Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

Q2

Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality interior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

Q3

Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

Q4

Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

Form UADDEFINE - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Quality Ratings and Definitions (continued)

Q5

Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

Q6

Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure

Definitions of Not Updated, Updated, and Remodeled

Not Updated

Little or no updating or modernization. This description includes, but is not limited to, new homes.

Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

Updated

The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.

An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

Remodeled

Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.

A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases.  Quarter baths (baths that feature only a toilet) are not included in the bathroom count.  The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

Example:
3.2 indicates three full baths and two half baths.

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
### (Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Abbreviations Used in Data Standardization Text

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| A | Adverse | Location & View |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| B | Beneficial | Location & View |
| Cash | Cash | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| Comm | Commercial Influence | Location |
| c | Contracted Date | Date of Sale/Time |
| Conv | Conventional | Sale or Financing Concessions |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| DOM | Days On Market | Data Sources |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| Ind | Industrial | Location & View |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| Listing | Listing | Sale or Financing Concessions |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| BsyRd | Busy Road | Location |
| o | Other | Basement & Finished Rooms Below Grade |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| s | Settlement Date | Date of Sale/Time |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
| WtrFr | Water Frontage | Location |
| Wtr | Water View | View |
| Woods | Woods View | View |

Other Appraiser-Defined Abbreviations

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| Av. | Average | Improvements |
| CompShingle | Composition Shingle | Improvements |
| Alum.Sliding | Aluminum Sliding | Improvements |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



Copy of E&O

# LEXINGTON INSURANCE COMPANY

## WILMINGTON, DELAWARE

Administrative Offices – 99 High Street, Floor 23,  Boston, Massachusetts 02110-23110

| | |
|---|---|
| **Certificate Number:** | 011564799-05 |
| **This Certificate forms a part of Master Policy Number:** | 018389876-05 |
| **Renewal of Master Policy Number :** | 018389876-04 |

---
**YOUR RISK PURCHASING GROUP MASTER POLICY IS A CLAIMS MADE POLICY.
READ THE ATTACHED MASTER POLICY CAREFULLY**

---

THE AMERICAN ACADEMY OF STATE CERTIFIED APPRAISERS

CERTIFICATE DECLARATIONS

**1. Name and Address of Certificate Holder:**   Universal Valuations/
Green Line Realty t/a
7769 Clearfield Avenue
Panorama City                    CA    91402

**2. Certificate Period:**    **Effective Date:**    09/27/17    **to Expiration Date:**    09/27/18
12:01 a.m. Local Time at the Address of the Insured.

**2a. Retroactive Date:**    09/27/10
12:01 a.m. Local Time at the Address of the Insured.

**3. Limit of Liability:**    $    1,000,000    each claim
$    2,000,000    aggregate limit

**4. Deductible:**    $1,000 each claim

**5. Professional Covered Services insured by this policy are:** <u>REAL ESTATE APPRAISAL SERVICES</u>

**6. Advance Certificate Holder Premium:**    $    857

**7. Minimum Earned Premium:**    25% or    $    214

**Forms and Endorsements:**
PRG 3512 (12/15) Real Estate Appraisers Professional Liability Coverage Form, PRG 2078 (01/17) Addendum to the
Declarations, PRG 3935 (2/16) Premises Liability Coverage Amendatory Endorsement, 89644 (6/13) Economic Sanctions
Endorsement, 91222 (09/16) Policyholder Notice, 118477 (03/15) Policyholder Notice, PRG 3150 (10/05) Real Estate
Appraisers Professional Liability Insurance Declarations

**Additional Endorsements applicable to this Certificate only:**
PRG 3638 (05/13) Contingent Real Estate Appraisal Management Company Extension

**Agency Name and Address:**    INTERCORP, INC.
1438-F West Main Street
Ephrata, PA 17522-1345

---
IT IS HEREBY UNDERSTOOD AND AGREED THAT THE CERTIFICATE HOLDER AGREES TO ALL TERMS AND CONDITIONS AS
SET FORTH IN THE ATTACHED MASTER POLICY.

THIS POLICY IS ISSUED BY YOUR RISK PURCHASING GROUP INSURER WHICH MAY NOT BE SUBJECT TO ALL OF THE
INSURANCE LAWS AND REGULATIONS OF YOUR STATE.  STATE INSURANCE INSOLVENCY GUARANTY FUNDS ARE NOT
AVAILABLE FOR YOUR RISK PURCHASING GROUP INSURER.

---

*Allen D Barry IV*                    County: Los Angeles

Authorized Representative OR
Countersignature (in states where applicable)            **Date:** September 15, 2017

**PRG 3152 (10/05)**

**TO THE HONORABLE SANDRA R. KLEIN, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, KATHY DOCKERY CHAPTER 13 TRUSTEE, DEBTOR, HER COUNSEL OF RECORD AND OTHER PARTIES IN INTEREST:**

Pursuant to *Rule 201* of the Federal Rules of Evidence, Creditor Grachuy Arutyunyan as trustee for Arutyunyan Living Trust hereby requests that the Court take judicial notice of the following facts and/or documents, the veracity of which are not the subject of any reasonable dispute.

1.    A true and correct copy of the divorce case that was filed on August 3, 2020 is attached hereto as Exhibit "1."

2.  A true and correct copy of the complaint for forfeiture against the Debtor's husband is attached hereto as Exhibit "2."

DATED: February 17, 2021                 Respectfully submitted,

Havkin & Shrago

By: _____
Stella Havkin
Attorneys for Secured Creditor Grachuy
Arutyunyan as trustee for Arutyunyan Living
Trust

Motion to Convert ----Page 11

**EXHIBIT 1**

FL-100

| PARTY WITHOUT ATTORNEY OR ATTORNEY | STATE BAR NUMBER: | FOR COURT USE ONLY |
|---|---|---|

NAME: Baris Babasyan
FIRM NAME:
STREET ADDRESS: 1965 Allen Rd. Apt 200
CITY: Melvindale        STATE: MI    ZIP CODE: 48122
TELEPHONE NO.: 313-753-9407    FAX NO.:
E-MAIL ADDRESS: solomangoldwasher@gmail.com
ATTORNEY FOR (name): IN Pro Per

**FILED**
Superior Court of California
County of Los Angeles

AUG 0 3 2020

Sherri R. Carter, Executive Officer/Clerk
By _Zenaida Gonzalez_, Deputy
Zenaida Gonzalez

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Los Angeles
STREET ADDRESS: 6230 Sylmar Ave.
MAILING ADDRESS: 6230 Sylmar Ave.
CITY AND ZIP CODE: Van Nuys, CA 91401
BRANCH NAME:

PETITIONER: Baris Babasyan
RESPONDENT: Anahit Harutyunyan

| PETITION FOR | ☐ AMENDED | CASE NUMBER: |
|---|---|---|
| ☒ **Dissolution (Divorce) of:** ☒ Marriage   ☐ Domestic Partnership | | 20PDFL01098 |
| ☐ **Legal Separation of:** ☐ Marriage   ☐ Domestic Partnership | | |
| ☐ **Nullity of:** ☐ Marriage   ☐ Domestic Partnership | | |

1. **LEGAL RELATIONSHIP** *(check all that apply):*
   a. ☒ We are married.
   b. ☐ We are domestic partners and our domestic partnership was established in California.
   c. ☐ We are domestic partners and our domestic partnership was NOT established in California.

2. **RESIDENCE REQUIREMENTS** *(check all that apply):*
   a. ☒ Petitioner ☒ Respondent  has been a resident of this state for at least six months and of this county for at least three months immediately preceding the filing of this *Petition. (For a divorce, unless you are in the legal relationship described in 1b., at least one of you must comply with this requirement.)*
   b. ☐ Our domestic partnership was established in California. Neither of us has to be a resident or have a domicile in California to dissolve our partnership here.
   c. ☐ We are the same sex, were married in California, but currently live in a jurisdiction that does not recognize, and will not dissolve, our marriage. This *Petition* is filed in the county where we married.
   Petitioner lives in *(specify):*        Respondent lives in *(specify):*

3. **STATISTICAL FACTS**
   a. ☒ (1) Date of marriage *(specify):* 10/03/1992        (2) Date of separation *(specify):* 12-10-2019
      (3) Time from date of marriage to date of separation *(specify):*    26 Years    Months —
   b. ☐ (1) Registration date of domestic partnership with the California Secretary of State or other state equivalent *(specify below):*
      (2) Date of separation *(specify):*
      (3) Time from date of registration of domestic partnership to date of separation *(specify):*    Years    Months

4. **MINOR CHILDREN**
   a. ☒ There are no minor children.
   b. ☐ The minor children are:
      <u>Child's name</u>        <u>Birthdate</u>    <u>Age</u>

      (1) ☐ continued on Attachment 4b.    (2) ☐ a child who is not yet born.
   c. If any children listed *above* were born before the marriage or domestic partnership, the court has the authority to determine those children to be children of the marriage or domestic partnership.
   d. If there are minor children of Petitioner and Respondent, a completed *Declaration Under Uniform Child Custody Jurisdiction and Enforcement Act (UCCJEA)* (form FL-105) must be attached.
   e. ☐ Petitioner and Respondent signed a voluntary declaration of parentage or paternity. *(Attach a copy if available.)*

Form Adopted for Mandatory Use
Judicial Council of California
FL-100 [Rev. January 1, 2020]

**PETITION—MARRIAGE/DOMESTIC PARTNERSHIP**
**(Family Law)**

Family Code, §§ 297, 299, 2320, 2330, 3409
www.courts.ca.gov

| PETITIONER: Baris Babasyan | | FL-100 |
|---|---|---|
| RESPONDENT: Anahit Harutyunyan | CASE NUMBER: | |

**Petitioner requests that the court make the following orders:**

5. **LEGAL GROUNDS** (Family Code sections 2200–2210, 2310–2312)

   a. [X] Divorce    or    [ ] Legal separation    of the marriage or domestic partnership based on *(check one)*:
      (1) [X] irreconcilable differences.    (2) [ ] permanent legal incapacity to make decisions.

   b. [ ] Nullity of void marriage or domestic partnership based on
      (1) [ ] incest.    (2) [ ] bigamy.

   c. [ ] Nullity of voidable marriage or domestic partnership based on
      (1) [ ] petitioner's age at time of registration of domestic    (4) [ ] fraud.
          partnership or marriage.
      (2) [ ] prior existing marriage or domestic partnership.    (5) [ ] force.
      (3) [ ] unsound mind.    (6) [ ] physical incapacity.

6. **CHILD CUSTODY AND VISITATION (PARENTING TIME)**

   | | Petitioner | Respondent | Joint | Other |
   |---|---|---|---|---|
   | a. Legal custody of children to ................................................. | [ ] | [ ] | | [ ] |
   | b. Physical custody of children to ............................................. | [ ] | [ ] | [ ] | [ ] |
   | c. Child visitation (parenting time) be granted to ..................... | [ ] | [ ] | | [ ] |

   As requested in    [ ] form FL-311    [ ] form FL-312    [ ] form FL-341(C)
                      [ ] form FL-341(D)    [ ] form FL-341(E)    [ ] Attachment 6c(1)

7. **CHILD SUPPORT**

   a. If there are minor children born to or adopted by Petitioner and Respondent before or during this marriage or domestic partnership, the court will make orders for the support of the children upon request and submission of financial forms by the requesting party.

   b. An earnings assignment may be issued without further notice.

   c. Any party required to pay support must pay interest on overdue amounts at the "legal" rate, which is currently 10 percent.

   d. [ ] Other *(specify):*

8. **SPOUSAL OR DOMESTIC PARTNER SUPPORT**

   a. [ ] Spousal or domestic partner support payable to    [ ] Petitioner    [ ] Respondent
   b. [X] Terminate (end) the court's ability to award support to    [ ] Petitioner    [X] Respondent
   c. [ ] Reserve for future determination the issue of support payable to    [ ] Petitioner    [ ] Respondent
   d. [ ] Other *(specify):*

9. **SEPARATE PROPERTY**

   a. [X] There are no such assets or debts that I know of to be confirmed by the court.

   b. [ ] Confirm as separate property the assets and debts in    [ ] *Property Declaration* (form FL-160).    [ ] Attachment 9b.
          [ ] the following list.                                          Item                                      Confirm to

08/04/20

| PETITIONER: Baris Babasyan<br>RESPONDENT: Anahit Harutyunyan | CASE NUMBER: | FL-100 |
|---|---|---|

## 10. COMMUNITY AND QUASI-COMMUNITY PROPERTY

a. [ X ] There are no such assets or debts that I know of to be divided by the court.

b. [ ] Determine rights to community and quasi-community assets and debts. All such assets and debts are listed
       [ ] in *Property Declaration* (form FL-160 )    [ ] in Attachment 10b.
       [ ] as follows *(specify)*:

## 11. OTHER REQUESTS

a. [ ] Attorney's fees and costs payable by   [ ] Petitioner   [ ] Respondent

b [ ] Petitioner's former name be restored to *(specify)*:

c. [ ] Other *(specify)*:

    [ ] Continued on Attachment 11c.

## 12. I HAVE READ THE RESTRAINING ORDERS ON THE BACK OF THE SUMMONS, AND I UNDERSTAND THAT THEY APPLY TO ME WHEN THIS PETITION IS FILED.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 7/21/2020

Baris Babasyan
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PETITIONER)

Date: 7/21/2020.
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF ATTORNEY FOR PETITIONER)

---

**FOR MORE INFORMATION:** Read *Legal Steps for a Divorce or Legal Separation* (**form FL-107-INFO**) and visit "Families Change" at www.familieschange.ca.gov — an online guide for parents and children going through divorce or separation.

**NOTICE:** You may redact (black out) social security numbers from any written material filed with the court in this case other than a form used to collect child, spousal or partner support.

**NOTICE—CANCELLATION OF RIGHTS:** Dissolution or legal separation may automatically cancel the rights of a domestic partner or spouse under the other domestic partner's or spouse's will, trust, retirement plan, power of attorney, pay-on-death bank account, survivorship rights to any property owned in joint tenancy, and any other similar thing. It does not automatically cancel the right of a domestic partner or spouse as beneficiary of the other partner's or spouse's life insurance policy. You should review these matters, as well as any credit cards, other credit accounts, insurance polices, retirement plans, and credit reports, to determine whether they should be changed or whether you should take any other actions. Some changes may require the agreement of your partner or spouse or a court order.

FL-110

# SUMMONS (Family Law)
## CITACIÓN (Derecho familiar)

**NOTICE TO RESPONDENT** *(Name):*  Anahit Harutyuyan
*AVISO AL DEMANDADO (Nombre):*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**FILED**
Superior Court of California
County of Los Angeles

AUG 0 3 2020

Sherri R. Carter, Executive Officer/Clerk

By _Zenaida Gonzalez_, Deputy
Zenaida Gonzalez

> You have been sued. Read the information below and on the next page.
> *Lo han demandado. Lea la información a continuación y en la página siguiente.*

**Petitioner's name is:** Baris Babasyan
*Nombre del demandante:*

CASE NUMBER *(NÚMERO DE CASO):*

| | |
|---|---|
| You have **30 calendar days** after this *Summons* and *Petition* are served on you to file a *Response* (form FL-120) at the court and have a copy served on the petitioner. A letter, phone call, or court appearance will not protect you. | *Tiene 30 días de calendario después de haber recibido la entrega legal de esta Citación y Petición para presentar una Respuesta (formulario FL-120) ante la corte y efectuar la entrega legal de una copia al demandante. Una carta o llamada telefónica o una audiencia de la corte no basta para protegerlo.* |
| If you do not file your *Response* on time, the court may make orders affecting your marriage or domestic partnership, your property, and custody of your children. You may be ordered to pay support and attorney fees and costs. | *Si no presenta su Respuesta a tiempo, la corte puede dar órdenes que afecten su matrimonio o pareja de hecho, sus bienes y la custodia de sus hijos. La corte también le puede ordenar que pague manutención, y honorarios y costos legales.* |
| For legal advice, contact a lawyer immediately. Get help finding a lawyer at the California Courts Online Self-Help Center (www.courts.ca.gov/selfhelp), at the California Legal Services website (www.lawhelpca.org), or by contacting your local county bar association. | *Para asesoramiento legal, póngase en contacto de inmediato con un abogado. Puede obtener información para encontrar un abogado en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en el sitio web de los Servicios Legales de California (www.lawhelpca.org) o poniéndose en contacto con el colegio de abogados de su condado.* |
| **NOTICE—RESTRAINING ORDERS ARE ON PAGE 2:** These restraining orders are effective against both spouses or domestic partners until the petition is dismissed, a judgment is entered, or the court makes further orders. They are enforceable anywhere in California by any law enforcement officer who has received or seen a copy of them. | *AVISO—LAS ÓRDENES DE RESTRICCIÓN SE ENCUENTRAN EN LA PÁGINA 2: Las órdenes de restricción están en vigencia en cuanto a ambos cónyuges o miembros de la pareja de hecho hasta que se despida la petición, se emita un fallo o la corte dé otras órdenes. Cualquier agencia del orden público que haya recibido o visto una copia de estas órdenes puede hacerlas acatar en cualquier lugar de California.* |
| **FEE WAIVER:** If you cannot pay the filing fee, ask the clerk for a fee waiver form. The court may order you to pay back all or part of the fees and costs that the court waived for you or the other party. | *EXENCIÓN DE CUOTAS: Si no puede pagar la cuota de presentación, pida al secretario un formulario de exención de cuotas. La corte puede ordenar que usted pague, ya sea en parte o por completo, las cuotas y costos de la corte previamente exentos a petición de usted o de la otra parte.* |


[SEAL]

1. The name and address of the court are *(El nombre y dirección de la corte son):*
   Los Angeles Superior Court - Van Nuys Courthouse East
   6230 Sylmar Ave, Van Nuys, CA 91401

2. The name, address, and telephone number of the petitioner's attorney, or the petitioner without an attorney, are: *(El nombre, dirección y número de teléfono del abogado del demandante, o del demandante si no tiene abogado, son):*
   Baris Babasyan
   1965 Allen Rd. Apt 200
   Melvindale, MI 48122

SHERRI R CARTER, Executive Officer/Clerk

Date *(Fecha):*    AUG 0 3 2020    Clerk , by *(Secretario, por)* _Zenaida Gonzalez_ , Deputy *(Asistente)*
ZENAIDA GONZALEZ

08/04/20

Form Adopted for Mandatory Use
Judicial Council of California
FL-110 [Rev. January 1, 2015]

**SUMMONS**
**(Family Law)**

Family Code, §§ 232, 233, 2024.7, 2040, 7700;
Code of Civil Procedure, §§ 412.20, 416.60–416.90
www.courts.ca.gov

FL-110

## STANDARD FAMILY LAW RESTRAINING ORDERS

Starting immediately, you and your spouse or domestic partner are restrained from:

1. removing the minor children of the parties from the state or applying for a new or replacement passport for those minor children without the prior written consent of the other party or an order of the court;

2. cashing, borrowing against, canceling, transferring, disposing of, or changing the beneficiaries of any insurance or other coverage, including life, health, automobile, and disability, held for the benefit of the parties and their minor children;

3. transferring, encumbering, hypothecating, concealing, or in any way disposing of any property, real or personal, whether community, quasi-community, or separate, without the written consent of the other party or an order of the court, except in the usual course of business or for the necessities of life; and

4. creating a nonprobate transfer or modifying a nonprobate transfer in a manner that affects the disposition of property subject to the transfer, without the written consent of the other party or an order of the court. Before revocation of a nonprobate transfer can take effect or a right of survivorship to property can be eliminated, notice of the change must be filed and served on the other party.

You must notify each other of any proposed extraordinary expenditures at least five business days prior to incurring these extraordinary expenditures and account to the court for all extraordinary expenditures made after these restraining orders are effective. However, you may use community property, quasi-community property, or your own separate property to pay an attorney to help you or to pay court costs.

## ÓRDENES DE RESTRICCIÓN ESTÁNDAR DE DERECHO FAMILIAR

En forma inmediata, usted y su cónyuge o pareja de hecho tienen prohibido:

1. llevarse del estado de California a los hijos menores de las partes, o solicitar un pasaporte nuevo o de repuesto para los hijos menores, sin el consentimiento previo por escrito de la otra parte o sin una orden de la corte;

2. cobrar, pedir prestado, cancelar, transferir, deshacerse o cambiar el nombre de los beneficiarios de cualquier seguro u otro tipo de cobertura, como de vida, salud, vehículo y discapacidad, que tenga como beneficiario(s) a las partes y su(s) hijo(s) menor(es);

3. transferir, gravar, hipotecar, ocultar o deshacerse de cualquier manera de cualquier propiedad, inmueble o personal, ya sea comunitaria, cuasicomunitaria o separada, sin el consentimiento escrito de la otra parte o una orden de la corte, excepto en el curso habitual de actividades personales y comerciales o para satisfacer las necesidades de la vida; y

4. crear o modificar una transferencia no testamentaria de manera que afecte la asignación de una propiedad sujeta a transferencia, sin el consentimiento por escrito de la otra parte o una orden de la corte. Antes de que se pueda eliminar la revocación de una transferencia no testamentaria, se debe presentar ante la corte un aviso del cambio y hacer una entrega legal de dicho aviso a la otra parte.

Cada parte tiene que notificar a la otra sobre cualquier gasto extraordinario propuesto por lo menos cinco días hábiles antes de realizarlo, y rendir cuenta a la corte de todos los gastos extraordinarios realizados después de que estas órdenes de restricción hayan entrado en vigencia. No obstante, puede usar propiedad comunitaria, cuasicomunitaria o suya separada para pagar a un abogado que lo ayude o para pagar los costos de la corte.

---

**NOTICE—ACCESS TO AFFORDABLE HEALTH INSURANCE:** Do you or someone in your household need affordable health insurance? If so, you should apply for Covered California. Covered California can help reduce the cost you pay towards high quality affordable health care. For more information, visit www.coveredca.com. Or call Covered California at 1-800-300-1506.

**AVISO—ACCESO A SEGURO DE SALUD MÁS ECONÓMICO:** ¿Necesita seguro de salud a un costo asequible, ya sea para usted o alguien en su hogar? Si es así, puede presentar una solicitud con Covered California. Covered California lo puede ayudar a reducir el costo que paga por seguro de salud asequible y de alta calidad. Para obtener más información, visite www.coveredca.com. O llame a Covered California al 1-800-300-0213.

---

## WARNING—IMPORTANT INFORMATION

California law provides that, for purposes of division of property upon dissolution of a marriage or domestic partnership or upon legal separation, property acquired by the parties during marriage or domestic partnership in joint form is presumed to be community property. If either party to this action should die before the jointly held community property is divided, the language in the deed that characterizes how title is held (i.e., joint tenancy, tenants in common, or community property) will be controlling, and not the community property presumption. You should consult your attorney if you want the community property presumption to be written into the recorded title to the property.

## ADVERTENCIA—IMFORMACIÓN IMPORTANTE

De acuerdo a la ley de California, las propiedades adquiridas por las partes durante su matrimonio o pareja de hecho en forma conjunta se consideran propiedad comunitaria para fines de la división de bienes que ocurre cuando se produce una disolución o separación legal del matrimonio o pareja de hecho. Si cualquiera de las partes de este caso llega a fallecer antes de que se divida la propiedad comunitaria de tenencia conjunta, el destino de la misma quedará determinado por las cláusulas de la escritura correspondiente que describen su tenencia (por ej., tenencia conjunta, tenencia en común o propiedad comunitaria) y no por la presunción de propiedad comunitaria. Si quiere que la presunción comunitaria quede registrada en la escritura de la propiedad, debería consultar con un abogado.

FL-110 [Rev. January 1, 2015]

**SUMMONS**
(Family Law)

Page 2 of 2

NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY OR PARTY WITHOUT ATTORNEY:

Baris Babasyan
1965 Allen Rd. Apt 200
Melvindale , MI 48122

STATE BAR NUMBER

*Reserved for Clerk's File Stamp*

ATTORNEY FOR (Name): IN Pro Per

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

COURTHOUSE ADDRESS:

6230 Sylmar Ave, Van Nuys, CA 91401

PETITIONER/PLAINTIFF:

Baris Babasyan

RESPONDENT/DEFENDANT:

Anahit Harutyunyan

**FILED**
Superior Court of California
County of Los Angeles

AUG 0 3 2020

Sherri R. Carter, Executive Officer/Clerk

By *Zenaida Gonzalez*, Deputy
Zenaida Gonzalez

### FAMILY LAW CASE COVER SHEET AND
### CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO DISTRICT

CASE NUMBER:

20PDFL01098

| This form is required for all new Family Law cases filed in the Los Angeles Superior Court |
|---|

This case cover sheet is required so that the court can assign your case to the correct district for filing and hearing. It satisfies the requirement for a certificate authorizing filing in the district, as set forth in Los Angeles Superior Court Rules 2.3 and 5.2. It must be completed and submitted to the court along with the original Complaint or Petition in all Family Law cases filed in any district of the Los Angeles Superior Court.

### I. Consent to Electronic Notification *(optional)*

☑ I agree to accept information electronically from the court at the following email address and/or cell phone number

| Email Address | Cell Phone |
|---|---|
| solomangoldwasher@gmail.com | 313-753-9407 |

### II. Address of Petitioner

| Street (including Apt. #) | City | State | Zip Code |
|---|---|---|---|
| 1965 Allen Rd. Apt 200 | Melvindale | MI | 48122 |

### III. Address of ☑ Respondent / ☐ Joint Petitioner *(Do not complete this section if filing a Minor's contract case)*

| Street (including Apt. #) | City | State | Zip Code |
|---|---|---|---|
| 10366 Ormond st | Sunland | CA | 91040 |

### IV. Case Information

| Date of Marriage/Domestic Partnership *(if applicable)* | Date of Separation *(if applicable)* | Are there Minor Children Involved? | ☐ Yes ☑ No |
|---|---|---|---|
| 10-03-1992 | 12-10-2019 | *If yes, indicate how many:* | |

| Parties agree to mediate: *(check one, if applicable)* | ☐ Property and Support<br>☐ Property Only<br>☐ Support Only | Parties intend to proceed by: *(check one, if applicable)* | ☐ Default<br>☐ Stipulated Judgment<br>☐ Use of private dispute resolution judge<br>☐ Collaborative Law process |
|---|---|---|---|

Do other parties need to be joined to the action to resolve the case? ☐ Yes ☑ No

LASC FAM 020 Rev. 10/18
For Mandatory Use

### FAMILY LAW CASE COVER SHEET
AND CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO DISTRICT

Page 1 of 3
LASC Rule 2.3 & 5.2

## V.  Interpreter Request

The Los Angeles Superior Court provides *free* interpreter services to participants in all family law cases. You may also request an interpreter online via the *Interpreter Request Portal* available at http://www.lacourt.org. Click the "Online Services" tab to access the *Interpreter Request Portal*.

Do you need an interpreter?   ☑ Yes   ☐ No    *If yes, indicate the language requested:* Armenian

## VI.  District Assignment

**Step 1.** In the "Type of Action" column below, select **one** type of action which best describes the nature of this case. For dissolution, nullity, and legal separation cases select one option each in sections A, B, and C.

**Step 2.** Across from the "Type of Action" you selected, place an "X" in the column that corresponds to the reason for your choice of district. Note that you may only select from the boxes that are *not* shaded.

| TYPE OF ACTION (check one) | May be filed in Central District | District where one or more of the parties resides | Child resides within the county | District where the Petitioner resides | Any court location |
|---|---|---|---|---|---|
| **Dissolution, Nullity, and Legal Separation** *(required: select one option each in sections A, B, and C below)* | | | | | |
| **Section A** (check one): ☑ Dissolution / ☐ Nullity / ☐ Legal Separation  **Section B** (check one): ☐ With Minor Children / ☑ Without Minor Children  **Section C** (check one): ☐ Domestic Partnership / ☑ Marriage | | | | | |
| **Dept. of Child Support Services (DCSS)** | | | | | |
| ☐ DSU – Summons and Complaint [4814] | | | | | |
| ☐ DSU – Statement – Registration of California Support Order [4811] | | | | | |
| ☐ DSU – Petition – Uniform Support [4810] | | | | | |
| ☐ DSU – Statement – Registration Out-of-State Support Order [4812] | | | | | |
| **Establish Parental Relationship** | | | | | |
| ☐ Petition – Establish Parental Relationship [4040] | | | | | |
| ☐ Petition – Special Immigrant Juvenile Status [4068] | | | | | |
| ☐ Petition – Request – Set Aside Voluntary Dec. of Paternity [4054] | | | | | |
| **Joint Petition for Summary Dissolution** | | | | | |
| ☐ Marriage [4041]   ☐ Domestic Partnership [4042] | | | | | |
| **Surrogacy** *(if selected, also complete Section VIII, "Surrogacy Case Jurisdiction", on page 3 of this form)* | | | | | |
| ☐ Surrogacy – Stipulation and Order [4324] | | | | | |
| **Other Family Law** | | | | | |
| ☐ Petition – Custody and Support of Minor Child [4032] | | | | | |
| ☐ Registration of Out-of-State Custody Order [4052] | | | | | |
| ☐ Statement – Registration of California Support Order [4190] | | | | | |
| ☐ Petition – Grandparent/Third Party Visitation [4327] | | | | | |
| ☐ Request – Release Confidential Marriage License/Certificate [4407] | | | | | |
| ☐ Petition – Minor's Contract (FC § 6751) [4047] | | | | | |
| ☐ Petition – Habeas Corpus – Family Law [4011] | | | | | |
| ☐ Custody Order – Juvenile Final Judgment – Closing Order [174] | | | | | |
| ☐ Petition – Elder/Dependent Adult Abuse [226] | | | | | |
| ☐ Order – Register Out-of-State/Tribal Court Restraining Order [4325] | | | | | |
| ☐ Petition – Family Law Other [4329] | | | | | |
| **Consent for Minor to Marry/Establish Domestic Partnership** | | | | | |
| ☐ Marriage [4031]   ☐ Domestic Partnership [4030] | | | | | |
| **Restraining Orders/Domestic Violence (DV) Prevention** *Note: Use Civil Case Cover Sheet (LA CIV109) for all Civil Restraining Orders* | | | | | |
| ☐ DV Prevention *with* Minor Children [4038] | | | | | |
| ☐ DV Prevention *without* Minor Children [4039] | | | | | |

LASC FAM 020 Rev. 10/18
For Mandatory Use

**FAMILY LAW CASE COVER SHEET**
**AND CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO DISTRICT**

| **VII.** | **Address of Minor Child(ren)** *(if known)* |

Complete this section only if you have selected "Child Resides within the County" as an applicable reason for case assignment in Section V above. Do *not* complete this section if this case falls under Family Code § 6751.

| Street (including Apt. #) | City | State | Zip Code |
|---|---|---|---|
| | | | |

---

| **VIII.** | **Surrogacy Case Jurisdiction** – *Required only for Surrogacy actions (Family Code § 7962)* |

| Please select the appropriate grounds for jurisdiction in Los Angeles County: | ☐ Child is anticipated to be born in Los Angeles County |
|---|---|
| | ☐ Intended parent or intended parents reside in Los Angeles County |
| | ☐ Surrogate resides in Los Angeles County |
| | ☐ Assisted reproduction agreement for gestational carriers was executed in Los Angeles County |
| | ☐ Medical procedures pursuant to the agreement are to be performed in Los Angeles County |

---

| **IX.** | **Certification / Declaration of Assignment** |

The undersigned hereby certifies and declares that the above entitled matter is properly filed for assignment to the: *(check one option below)*

| ☐ Central | ☑ East | ☐ North |
|---|---|---|
| ☐ North Valley | ☐ Northeast | ☐ Northwest |
| ☐ South | ☐ South Central | ☐ Southeast |
| ☐ Southwest | ☐ West *(Domestic Violence Only)* | |

District of the Los Angeles Superior Court under Code of Civil Procedure § 392 et seq., 2300 et seq. of the Family Code, and Local Rules 2.3 and 5.2 of this court for reason checked above.  I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  7 / 21 / 2020.

(SIGNATURE OF ATTORNEY/PARTY WITHOUT ATTORNEY)

08/04/20

LASC FAM 020 Rev. 10/18
For Mandatory Use

**FAMILY LAW CASE COVER SHEET**
AND CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO DISTRICT

Page 3 of 3
LASC Rule 2.3 & 5.2

**EXHIBIT 2**

## LUCAS COUNTY COMMON PLEAS COURT
## CASE DESIGNATION

TO:    **Bernie Quilter, Clerk of Courts**      CASE NO.___

G-4801-CI-0201704280-000
Judge
MICHAEL R GOULDING

JUDGE_____

**The following type of case is being filed:**
**Professional Malpractice**
☐ Legal Malpractice (L)
☐ Medical Malpractice (M)
**Product Liability (B)**
☐

**Other Tort (C)**
☐

**Workers' Compensation**
☐ State Funded (D)
☐ Self Insured (K)

**Administrative Appeal (F)**
☐

**Commercial Docket**
☐

By submitting the complaint, with the
signature of the Attorney, the Attorney
affirms that the name of person with
settlement authority and his/her direct
phone number will be provided upon
request to a party or counsel in this matter

**Other Civil**
☐ Consumer Fraud (N)    ☑ Forfeiture
☐ Appropriation (P)    ☐ Court Ordered
☐ Other Civil (H)    Certificate of Title

This case was previously dismissed pursuant to CIVIL RULE 41 and is to be assigned to
Judge N/A_____, the original Judge at the time of dismissal. The
previously filed case number was CI_____.

This case is a Declaratory Judgment case with a personal injury or related case currently
pending. The pending case number is N/A_____, assigned to
Judge _____.

This case is to be reviewed for consolidation in accordance with Local Rule 5.02 as a
companion or related case. This designation sheet will be sent by the Clerk of Courts to
the newly assigned Judge for review with the Judge who has the companion or related
case with the lowest case number. The Judge who would receive the consolidated case
may accept or deny consolidation of the case. Both Judges will sign this designation
sheet to indicate the action taken. If the Judge with the lowest case number agrees to
accept, the reassignment of the case by the Administration Judge shall be processed. If
there is a disagreement between the Judges regarding consolidation, the matter may be
referred to the Administrative Judge.

Related/companion case number N/A_____    Assigned Judge_____

_____    _____
Approve/Deny                Date    Approve/Deny                Date

**Attorney**    JENNIFER M. LAMBDIN    ASST PROS ATTY
**Address**    711 ADAMS ST 2ND FLOOR
TOLEDO OH 43604
**Telephone**    419 213 4687

FILED
LUCAS COUNTY

2017 OCT -2  PM 2: 06

COMMON PLEAS COURT
BERNIE QUILTER
CLERK OF COURT

ORIGINAL

## IN THE COMMON PLEAS COURT OF LUCAS COUNTY, OHIO

| | | |
|---|---|---|
| IN RE:  Forfeiture of | * | Case No.    **G-4801-CI-0201704280-000** |
| $60,000.00 in U.S. currency | | **Judge** |
| $18,600.00 in U.S. currency | * | JUDGE    **MICHAEL R GOULDING** |
| | * | COMPLAINT |
| STATE OF OHIO, | | |
| | * | |
| Plaintiff, | | Julia R. Bates |
| | * | Lucas County, Ohio Prosecuting Attorney |
| v. | | By: Jennifer M. Lambdin |
| | * | Assistant Prosecuting Attorney |
| BARIS BABASYAN | | 711 Adams St. 2nd Fl. |
| 8601 Glen Oaks Blvd. | * | Toledo, Ohio  43604 |
| Sun Valley CA 91352 | | Phone:    (419)213-2001 |
| | * | Fax:    (419)213-2011 |
| and | | |
| NATALIYA SHEVCHENKO | | |
| 4717 Ben Ave. #302 | | |
| Valley Village CA 91607, | | |
| | | |
| Defendants. | * | Registration No. 0069603 |

---

## **COMPLAINT FOR CIVIL FORFEITURE**

Julia R. Bates, Prosecuting Attorney, Lucas County, Ohio, brings this civil action for

forfeiture of personal property located in Lucas County, Ohio, pursuant to R.C. 2981.01, et seq., and

alleges:

1.  This is an action for forfeiture of personal property  used in or derived from the

commission of  felony drug abuse offenses, in violation of R.C. 2981.05.

2.  This Court has jurisdiction pursuant to R.C. 2981.

1

3. Julia A. Bates, as Prosecuting Attorney of Lucas County, Ohio, is authorized to bring this action by R.C. 2981.05.

4. The property sought to be forfeited to the State of Ohio, subject to any existing liens duly established in this cause, is described as follows:

$60,000.00 in U.S. currency
$18,600.00 in U.S. currency

5. The above described property was received, retained, possessed, or disposed of by Defendants Baris Babasyan and Nataliya Shevchenko and was an amount exceeding fifteen thousand dollars and the defendants knew or had reasonable cause to believe that the property was allegedly derived from the commission of an offense subject to forfeiture proceedings in violation of Section 2927.21 of the Revised Code.

6. The property described in paragraph four (4) above was seized and notice of forfeiture provided to Defendants by the City of Toledo, Ohio Department of Police Operations on or about May 3, 2017 pursuant to authority granted by R.C. 2981.01, et seq.

7. The property described in paragraph four (4) is forfeitable property as an instrumentality defined in R.C. 2981.02 in that it was used in or derived from the commission of felony criminal offenses or, in the alternative, proceeds derived from or acquired from the commission of felony criminal offenses.

2

WHEREFORE, the Plaintiff requests that the Court order forfeiture of the property

to the State of Ohio.

Respectfully submitted,

Jennifer M. Lambdin
Assistant Prosecuting Attorney

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

5950 Canoga Avenue, Suite 400, Woodland Hills, CA 91367

A true and correct copy of the foregoing document entitled (*specify*):Supplemental Objection to Confirmation;
Declarations and Request for Judicial Notice

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 02/19/2021_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
havkinlaw@earthlink.net; stella@havkinandshrago.com        ustpregion16.la.edf@usdoj.gov
efiling@CH13LA.com ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
vahe@kglawapc.com    lnussbaum@nussbaumapc.com, info@nussbaumapc.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)  02/19/2021_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Sandra R. Klein                    Kathy Dockery
United States Bankruptcy Court              Chapter 13 Trustee
255 E. Temple Street                          801 S. Figueroa St., #1850
Los Angeles, CA 90012                        Los Angeles, CA 90017

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/19/2021 | Stella Havkin | | /s/ Stella Havkin |
|---|---|---|---|
| *Date* | *Printed Name* | | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.