

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

CHAPTER __13.00__

APPEAL?  ☐ Yes  ☒ No
APPEAL No. _____
(if known)

(File this form on the related case docket)

Ordering Party's Name: __Stella Havkin__  Attorney Bar# __134334__
Law Firm: __Havkin & Shrago Attorneys at Law__
Mailing Address: __5950 Canoga Avenue, Suite 400, Woodland Hills, CA 91367__

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement\*\***): _____
Telephone: (__818__) __999-1568__     E-mail: __stella@havkinandshrago.com__
Bankruptcy Case #: __2:20-bk-15381-SK__    Adversary Proceeding #/MP #: _____
Date of Hearing (**complete a SEPARATE form for EACH hearing date**): __3/4/2021__  Time: __10:00 a.m.__
Debtor: __Anahit Harutyunyan__
Adversary Proceeding Name: _____ vs. _____
Hearing Judge: __S. Klein__    Courtroom #: __LA 1575__
**TRANSCRIBER:** __Briggs Reporting__   **ALTERNATE:** __Echo Reporting__
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

**Transcript Type:**   **NOTE:** The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.
**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ Ordinary (30 days)   ☐ 3 Days         ☐ Entire Hearing
☐ 14 Days              ☐ Daily (24 hours) ☐ Ruling/Opinion of Judge only
☒ 7 Days                                 ☐ Testimony of Witness _____
                                          ☐ Other* _____ (name of witness)

*Special Instructions: _____
**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

### TO BE COMPLETED BY THE COURT
☐ **Judge Ordered Transcript\*\*:** Clerk must **docket this form**; CM/ECF will automatically notify Procurement.
Date Request Filed: _____   Date Sent to Transcriber: _____   By ☐FDS ☐Mail ☐Messenger
Digital Recording (or Analog Tape Recording)
(Tape #: ____) Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____
(Tape #: ____) Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____
Court Recorder: _____  Division: _____  Processed by: _____

### **TRANSCRIBER INSTRUCTIONS
**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.

*Rev. November 2018. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*